**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an
amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or  passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Dana** <br> First name <br><br> _____ <br> Middle name <br><br> **Hollister** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. |  |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1042 |  |

Debtor 1    **Dana Hollister**                                                    Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br>_____<br>EINs | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br>_____<br>EINs |
| **5. Where you live** | **1923 Micheltorena Street**<br>**Los Angeles, CA 90039**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1    **Dana Hollister**                                                                    Case number *(if known)*

---

| Part 2: | **Tell the Court About Your Bankruptcy Case** |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    **Dana Hollister**                                                    Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.    Go to Part 4.

■ Yes.    Name and location of business

**The Paramour**
Name of business, if any

**1923 Micheltorena Street**
**Los Angeles, CA 90039**
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

■    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

■ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

Number, Street, City, State & Zip Code

---

Debtor 1    **Dana Hollister**                                                    Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Dana Hollister** _____    Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

■ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Dana Hollister** _____    Signature of Debtor 2 _____
Signature of Debtor 1

Executed on   **March  6, 2018** _____    Executed on _____
MM / DD / YYYY                                                          MM / DD / YYYY

---

Debtor 1    **Dana Hollister**                                      Case number *(if known)*

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

Signature of Attorney for Debtor                Date      **March 6, 2018**
                                                          MM / DD / YYYY

**David A. Tilem**
Printed name

**Law Offices of David A. Tilem**
Firm name

**206 N. Jackson Street, #201**
**Glendale, CA 91206**
Number, Street, City, State & ZIP Code

Contact phone    **(818) 507-6000**            Email address      **DavidTilem@TilemLaw.com**

**103825 CA**
Bar number & State

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Dana Hollister** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

|  | | | Unsecured claim |
|---|---|---|---|
| **1** | **Commercial Bank of California**<br>**805 Wilshire Blvd.**<br>**Santa Monica, CA 90401**<br><br>_____<br>_____<br>Contact<br>**310-873-5150**<br>Contact phone | What is the nature of the claim? **Loan Guaranty**<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply<br><br>Does the creditor have a lien on your property?<br>■ No<br>☐ Yes. Total claim (secured and unsecured)<br>Value of security:<br>Unsecured claim | $ **$3,676,000.00**<br><br><br><br><br><br><br><br>$ _____<br>- $ _____<br>$ _____ |
| **2** | **Spring 7 Loft, LLC a/k/a BOBS, LLC**<br>**600 S. Spring St.**<br>**Los Angeles, CA 90014**<br><br>**Sasha Dewar**<br><br>**sasha@laloftrental.com**<br>Contact | What is the nature of the claim? _____<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply<br><br>Does the creditor have a lien on your property?<br>■ No<br>☐ Yes. Total claim (secured and unsecured) | $ **$1,100,000.00**<br><br><br><br><br><br><br><br><br>$ _____ |

B104 (Official Form 104)                    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                    Page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor 1    **Dana Hollister**                                    Case number *(if known)* _____

☐                                                                            _____

**213-891-1954**                              Value of security:              - $ _____
Contact phone                                 Unsecured claim                   $ _____

---

**3**

**Anea Enterprises, Inc.**
**3142 Pacific Coast Hwy., #209**
**Torrance, CA 90505**

What is the nature of the claim?          **3842 - 3852 W. Roble**    $ **1,100,000.00**
                                          **Vista Dr., Los Angeles,**
                                          **CA 90027.  Balloon**
                                          **4/23/18.**                   _____

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

**Heather Morphew**                       Does the creditor have a lien on your property?

**heather@almeragroup.net**               ■    No
Contact                                   ☐    Yes. Total claim (secured and unsecured)    $ _____

**310-750-6400**                          Value of security:              - $ _____
Contact phone                             Unsecured claim                   $ _____

---

**4**

**Dartplace Ltd/Watson**
**20 Seymour Road**
**London SW18 5JA, UK**

What is the nature of the claim?          **Personal Guaranty**    $ **833,000.00**

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

**Michael Watson**                        Does the creditor have a lien on your property?

**Michael.Watson@canopius.com**           ■    No
Contact                                   ☐    Yes. Total claim (secured and unsecured)    $ _____

**+44-7753-635683**                       Value of security:              - $ _____
Contact phone                             Unsecured claim                   $ _____

---

**5**

**Robins Kaplan**
**2049 Century Park East, #3400**
**Los Angeles, CA 90067**

What is the nature of the claim?          **Legal Fees**    $ **700,000.00**

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

**Michael Geibelson**                     Does the creditor have a lien on your property?

**mgeibelson@robinskaplan.com**           ■    No
Contact                                   ☐    Yes. Total claim (secured and unsecured)    $ _____
                                          Value of security:              - $ _____

---

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor 1    **Dana Hollister**                                    Case number *(if known)* _____

**310-229-5823**
Contact phone                                    Unsecured claim                    $ _____

---

| 6 | | | |
|---|---|---|---|

**Steven Vitalos**
**6115 1/2 Winans Dr.**
**Los Angeles, CA 90068**

What is the nature of the claim?    **Personal Loan**    $ **$500,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?

**svitalos@ymail.com**
Contact
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

**818-404-2799**
Contact phone                    Value of security:    - $ _____
                                Unsecured claim    $ _____

---

| 7 | | | |
|---|---|---|---|

**Antonette Venetos**
**14021 Marquesas Way**
**Marina Del Rey, CA 90292**

What is the nature of the claim?    **Personal Loan**    $ **$436,974.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

**ptoniv@hotmail.com**
Contact
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

**818-426-4340**
Contact phone                    Value of security:    - $ _____
                                Unsecured claim    $ _____

---

| 8 | | | |
|---|---|---|---|

**Frances Martin**
**6115 1/2 Winans Dr.**
**Los Angeles, CA 90068**

What is the nature of the claim?    **Personal Loan**    $ **$300,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?

**fvmartin@sbcglobal.net**
Contact
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

**323-636-1064**
Contact phone                    Value of security:    - $ _____
                                Unsecured claim    $ _____

---

| 9 | | | |
|---|---|---|---|

**Toni Maier**
**8033 W. Sunset Blvd., #569**
**Los Angeles, CA 90046**

What is the nature of the claim?    **Personal Loan**    $ **$275,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent

---

B 104 (Official Form 104)            For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims            Page 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Dana Hollister**  _____    Case number *(if known)* _____

☐ Unliquidated
☐ Disputed
■ None of the above apply

**Shannon Lay**  _____

shannon@onlocation.com
Contact

323-469-9941
Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

Value of security:    - $ _____
Unsecured claim    $ _____

---

| 10 | **Juckniess Law Firm**<br>302 E. Liberty Street, #203<br>Ann Arbor, MI 48104 |
|----|--|

**What is the nature of the claim?**    **Legal Fees**    $ **250,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Rick Juckniess**  _____

Rick@Juckniesslaw.com
Contact

734-707-1515
Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

Value of security:    - $ _____
Unsecured claim    $ _____

---

| 11 | **Olson Kundig**<br>159 S. Jackson St., #600<br>Seattle, WA 98104 |
|----|--|

**What is the nature of the claim?**    **Architecural services**<br>**206-624-5670**    $ **214,916.29**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

press@olsonkundig.com
Contact

206-624-5670
Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

Value of security:    - $ _____
Unsecured claim    $ _____

---

| 12 | **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
|----|--|

**What is the nature of the claim?**    **Federal Income Taxes**    $ **180,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Dana Hollister**                                    Case number *(if known)*

| | |
|---|---|
| | ☐ No |
| Contact | ☐ Yes. Total claim (secured and unsecured) $ |
| **800-973-0424** | Value of security: - $ |
| Contact phone | Unsecured claim $ |

---

**13**

**Sue Balmforth**
**2658 Griffith Park Blvd., #313**
**Los Angeles, CA 90039**

What is the nature of the claim?    **Personal Loan**    $ **$170,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) $

**sue@bountifulhome.com**
Contact

Value of security: - $

**310-450-3620**
Contact phone

Unsecured claim $

---

**14**

**Keith Greco**
**Greco Decor, Inc.**
**2750 Casitas Ave.**
**Los Angeles, CA 90039**

What is the nature of the claim?    **Purchase of interest in Cliffs, LLC**    $ **$150,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) $

Contact

Value of security: - $

**310-291-4471**
Contact phone

Unsecured claim $

---

**15**

**Glyn Aeppel**
**175 Rennell Drive**
**Southport, CT 06890**

What is the nature of the claim?    **Personal Loan**    $ **$120,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) $

**gaeppel@glencovecapital.com**
Contact

Value of security: - $

**203-434-4602**
Contact phone

Unsecured claim $

---

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 5

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    __Dana Hollister_____    Case number *(if known)*_____

---

**16**

Rachel  Bartov Douglas
1965 Redcliff Street
Los Angeles, CA 90039

What is the nature of the claim?    **Personal Loan**    $ **$75,000.00**
**Balloon 6/5/19**

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

Does the creditor have a lien on your property?

rachel.bartov@gmail.com
Contact

■    No
☐    Yes. Total claim (secured and unsecured)    $ _____

310-704-3713
Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

---

**17**

Josh Klinghoffer
3130 Wilshire Blvd., #600
Santa Monica, CA 90403

What is the nature of the claim?    **Personal Loan**    $ **$75,000.00**

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

Christian Molina

Does the creditor have a lien on your property?

Christian.Molina@providentfm.c
om
Contact

■    No
☐    Yes. Total claim (secured and unsecured)    $ _____

310-282-5165
Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

---

**18**

Advance Merchant Finance
433 N Camden Dr., #810
Beverly Hills, CA 90210

What is the nature of the claim?    **Guarantor**    $ **$75,000.00**
**Villan's Tavern**

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

Kendall Gilberti-Severson

Does the creditor have a lien on your property?

kseverson@arffinancial.com
Contact

■    No
☐    Yes. Total claim (secured and unsecured)    $ _____

310-433-7925
Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

---

**19**

What is the nature of the claim?    **Guarantor**    $ **$75,000.00**
**Alexander's Brite Spot**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Dana Hollister**                                    Case number *(if known)*

| **Advance Merchant Finance** | **As of the date you file, the claim is:** Check all that apply | |
| 433 N Camden Dr., #810 | ☐ Contingent | |
| Beverly Hills, CA 90210 | ☐ Unliquidated | |
| | ☐ Disputed | |
| | ■ None of the above apply | |

**Does the creditor have a lien on your property?**

**Kendall Gilberti-Severson**

| kseverson@arffinancial.com | ■ No | |
| Contact | ☐ Yes. Total claim (secured and unsecured) | $ |
| **310-433-7925** | Value of security: | - $ |
| Contact phone | Unsecured claim | $ |

---

**20**

| **Law Office of Randy Snyder** | **What is the nature of the claim?**   **Legal Fees**   $ **$60,000.00** |
| 21333 Oxnard Street, 1st Fl. | **As of the date you file, the claim is:** Check all that apply |
| Woodland Hills, CA 91367 | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| | ■ None of the above apply |

**Does the creditor have a lien on your property?**

**Randy Snyder**

| rsnyder@rsslegal.com | ■ No | |
| Contact | ☐ Yes. Total claim (secured and unsecured) | $ |
| **818-222-7677** | Value of security: | - $ |
| Contact phone | Unsecured claim | $ |

---

**Part 2.   Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____                    X _____
**Dana Hollister**                                        Signature of Debtor 2
Signature of Debtor 1

Date   **March 6, 2018**                            Date _____

---

B 104 (Official Form 104)        **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**        Page 7

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## United States Bankruptcy Court
### Central District of California

In re   **Dana Hollister**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the  named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 6, 2018**

Signature

**Dana Hollister**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Los Angeles**                    , California.

Date:          **March 6, 2018**

**Dana Hollister**
Signature of Debtor


Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

B201 - Notice of Available Chapters (Rev. 06/14)                                                                                    USBC, Central District of California

| | |
|---|---|
| Name: | **David A. Tilem** |
| Address: | **206 N. Jackson Street, #201** |
| | **Glendale, CA 91206** |
| Telephone: | **(818) 507-6000**        Fax:    **(818) 507-6800** |

■ Attorney for Debtor
☐ Debtor in Pro Per

<div align="center">

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

</div>

| List all names including trade names, used by Debtor(s) within last 8 years: | Case No.: |
|---|---|
| **Dana Hollister** | <div align="center">**NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code)</div> |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.    **Services Available from Credit Counseling Agencies**

       **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

       **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

2.    **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

       **Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)**

1.   Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.   Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3.  **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Dana Hollister**                                          X _____        **March  6, 2018**
Printed Name(s) of Debtor(s)                                   Signature of Debtor                           Date

Case No. (if known) _____                         X _____
                                                               Signature of Joint Debtor (if any)           Date

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Dana Hollister** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B................................................. | $    **38,400,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................ | $    **10,655,621.30** |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................. | $    **49,055,621.30** |

**Part 2:    Summarize Your Liabilities**

| | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    **30,370,844.57** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $    **310,609.83** |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $    **10,411,466.89** |
| | **Your total liabilities** | $    **41,092,921.29** |

**Part 3:    Summarize Your Income and Expenses**

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $    **8,000.00** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*....................................................... | $    **8,046.00** |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■    Yes

7.    **What kind of debt do you have?**

☐    **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■    **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    **Dana Hollister**                                                  Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 310,609.83 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 310,609.83 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **Dana Hollister** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | | | |

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

**1.1**

**1923 Micheltorena Street**
Street address, if available, or other description

**Los Angeles        CA      90039-0000**
City                State      ZIP Code

**Los Angeles**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$36,000,000.00** | **$36,000,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Dana Hollister**                                                Case number *(if known)*

**If you own or have more than one, list here:**

1.2

**1910 Micheltorena Street**

Street address, if available, or other description

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Los Angeles**    **CA**    **90039-0000**

City    State    ZIP Code

**Current value of the entire property?**    **Current value of the portion you own?**

**$2,400,000.00**    **$2,400,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Los Angeles**

County

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.....................................................................=>    | **$38,400,000.00** |

**Part 2:**    **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1    Make:    **Mercedes Benz**

Model:    **G55 Class**

Year:    **2011**

Approximate mileage: _____

Other information:

**Vehicle is fully encumbered. Location: 1923 Micheltorena Street, Los Angeles CA 90039**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    **Current value of the portion you own?**

**$70,000.00**    **$70,000.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.....................................................................=>    | **$70,000.00** |

**Part 3:**    **Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1    **Dana Hollister**                                          Case number *(if known)*_____

6.  **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | | |
   |---|---|
   | **See Attachment - 1923 Michetorena Inventory. Location: 1923 Micheltorena Street, Los Angeles CA 90039** **See Attachment - Kitchen appliances: Location: 1923 Micheltorena Street, Los Angeles CA 90039** | **$1,487,300.00** |

7.  **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   | | |
   |---|---|
   | **46' television - $1,000; Macbook pro - $1,500; Assorted I-pads - $1,000.** **Location: 1923 Micheltorena Street, Los Angeles CA 90039** | **$3,500.00** |

8.  **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes.  Describe.....

   | | |
   |---|---|
   | **All located at 1923 Micheltorena Street, Los Angeles CA 90039** **Stained glass - $3,000** **Chinese opera hats - $2,400.** **Books - $20,000** **Pottery - $15,000** **Vintage handbags - $10,000** **Vintage clothing - $10,000** | **$60,400.00** |

9.  **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

   | | |
   |---|---|
   | **Pelleton, treadmill machines** **Location: 1923 Micheltorena Street, Los Angeles CA 90039** | **$1,100.00** |

10. **Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes.  Describe.....

11. **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

   | | |
   |---|---|
   | **Womens clothes and accessories** **Location: 1923 Micheltorena Street, Los Angeles CA 90039** | **$12,500.00** |

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1      **Dana Hollister** _____      Case number *(if known)* _____

■ Yes. Describe.....

| | |
|---|---|
| Collection of vintage and costume jewelry<br>Location: 1923 Micheltorena Street, Los Angeles CA 90039 | $10,000.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No

■ Yes. Describe.....

| | |
|---|---|
| Dog<br>Location: 1923 Micheltorena Street, Los Angeles CA 90039 | $10.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No

■ Yes. Give specific information.....

| | |
|---|---|
| Salvage construction/decoration materials (like used antique doors)<br>Location: 1923 Micheltorena Street, Los Angeles CA 90039 | $12,000.00 |

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................

$1,586,810.00

**Part 4:  Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes...........................................................................................

| | |
|---|---|
| Cash<br>Location: 1923 Micheltorena Street, Los Angeles CA 90039 | $200.00 |

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes....................... Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **City National Bank Account No. 1940** | $53,677.72 |
| 17.2. | **Checking** | **City National Bank Account No. 7221** | $2.36 |
| 17.3. | **Checking** | **City National Bank Account No. 3307** | $15.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Dana Hollister**                                                                    Case number *(if known)*

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes.  Give specific information about them..................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **The Paramour Estate, Inc.** | **100** | % | **$0.00** |
| **Oh Happy Day, LLC** | **100** | % | **$3,600,000.00** |
| **Bridge Tavern, LLC** | **100** | % | **$510,000.00** |
| **GJV, Inc.** | **100** | % | **$451,000.00** |
| **1629 Griffith, LLC** | **100** | % | **$1,200,000.00** |
| **3626 Sunset, LLC -  Value is 50% of equity shown in draft 2/28/2018 balance sheet.** | **50** | % | **$230,182.00** |
| **Vintage Event Design, LLC** | **50** | % | **$1,100,000.00** |
| **Cliff's LLC - Value is 50%.** | **50%** | % | **$1,000,000.00** |
| **Gypsy Saloon, Inc.**<br>**Location: 1923 Micheltorena Street, Los Angeles CA 90039**<br>**Operating restaurant was sold 2017.**<br>**Has no remaining assets.** | **100%** | % | **$0.00** |
| **Hollister Venetos Holdings, Inc.**<br>**Location: 1923 Micheltorena Street, Los Angeles CA 90039**<br>**Has no assets, no operating business** | **100%** | % | **$0.00** |
| **Dap Dining, Inc.**<br>**Location: 1923 Micheltorena Street, Los Angeles CA 90039**<br>**Operating restaurant was sold.  Corporation has no assets at this time.** | **33%** | % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes. Give specific information about them
        Issuer name:

| Debtor 1 | **Dana Hollister** | Case number *(if known)* |
|---|---|---|

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No
☐ Yes. List each account separately.

Type of account:                Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
■ Yes. .....................

Institution name or individual:

| **Rent** | **Security deposit for lease of property located at 1629 Griffith Park Place, Los Angeles, CA 90029** | $250,000.00 |
|---|---|---|

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes.............

Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes.............

Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No
■ Yes.  Give specific information about them...

| **See Schedule attached of URLs** | $500.00 |
|---|---|

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
■ Yes.  Give specific information about them...

| **Type 47 liquor license used by Cliff's LLC in operation of its restaurant.** | $95,000.00 |
|---|---|

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    **Dana Hollister**                                                    Case number *(if known)*

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
   benefits; unpaid loans you made to someone else

   ☐ No

   ■ Yes.  Give specific information..

   | | |
   |---|---|
   | Ryan Lynch, Psomas, P.O. Box 51463, Los Angeles, CA 90051. Retainer paid to contractor - refund balance due. | $4,034.22 |

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☐ No

   ■ Yes. Name the insurance company of each policy and list its value.

   | Company name: | Beneficiary: | Surrender or refund value: |
   |---|---|---|
   | Debtor has a term life insurance policy with no cash surrender value. | | $0.00 |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.

   ■ No

   ☐ Yes.  Give specific information.

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☐ No

   ■ Yes.  Describe each claim.........

   | | |
   |---|---|
   | Sisters of Immaculate Heart counter claims - info to be provided by Daniel Allender | $500,000.00 |
   | Claims against Odyssesus Investment Group, LLC, Gideon Kotzer and Daniel Kotzer arising from action pending in LASC Case #BC641794. | Unknown |
   | Pierre Casanova, 1336 Mohawk St., Los Angeles, CA 90026. Claim for partition of Cliff's, LLC, 3626 Sunset, LLC and Vintage Event Design, LLC | Unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ☐ No

   ■ Yes.  Describe each claim.........

   | | |
   |---|---|
   | See response to #33. | $0.00 |

35. **Any financial assets you did not already list**

   ■ No

   ☐ Yes.  Give specific information.

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
   for Part 4. Write that number here**................................................................................................................    | $8,994,611.30 |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

Debtor 1    **Dana Hollister**                                                Case number *(if known)* _____

37. **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
■ No
☐ Yes.  Describe.....

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
■ Yes.  Describe.....

| Assorted printers, fax machines, scanners.<br>Location: 1923 Micheltorena Street, Los Angeles CA 90039 | $3,000.00 |

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☐ No
■ Yes.  Describe.....

| Pressure washer, leaf blower, lawn mower.<br>Location: 1923 Micheltorena Street, Los Angeles CA 90039 | $1,200.00 |

41. **Inventory**
■ No
☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
■ No
☐ Yes.  Give specific information about them...................
Name of entity:                              % of ownership:

43. **Customer lists, mailing lists, or other compilations**
■ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

■ No
☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
■ No
☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.**................................................................................................................

$4,200.00

Debtor 1    **Dana Hollister**                                                      Case number *(if known)* _____

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................          **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .......................................................................................... | **$38,400,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$70,000.00** |
| 57. | **Part 3: Total personal and household items, line 15** | **$1,586,810.00** |
| 58. | **Part 4: Total financial assets, line 36** | **$8,994,611.30** |
| 59. | **Part 5: Total business-related property, line 45** | **$4,200.00** |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** |

62.  **Total personal property.** Add lines 56 through 61...          **$10,655,621.30**    Copy personal property total          **$10,655,621.30**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62                                              **$49,055,621.30**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## Summary Page

| Item | Value | Page # |
|------|-------|--------|
| Mirrors | $177,500.00 | 2 |
| Beds | $108,500.00 | 3 |
| Statues | $275,200.00 | 4 |
| Art | $149,500.00 | 5 |
| Chandeliers | $92,500.00 | 6 |
| Light Fixtures | $107,800.00 | 7 |
| Armoirs | $116,200.00 | 8 |
| Sofas | $59,100.00 | 9 |
| Tables | $79,600.00 | 10 |
| Cloisonne | $185,100.00 | 11 |
| Chairs | $81,900.00 | 12 |
| Rugs | $51,200.00 | 13 |
| | | |
| **Total** | **$1,484,100.00** | |

## Mirrors

| Item | # | Value |
|------|---|-------|
| Foyer | | |
| | 1 | $3,000.00 |
| Zebra Hall | | |
| | 1 | $5,000.00 |
| | 2 | $5,000.00 |
| Dining Room | | |
| | 1 | $47,000.00 |
| Butler's Pantry | | |
| | Oval | $1,500.00 |
| Ballroom | | |
| | 1 | $8,000.00 |
| Den | | |
| | 1 | $6,000.00 |
| | 2 | $1,000.00 |
| | 3 | $1,000.00 |
| Marks room | | |
| | 1 | $8,000.00 |
| | 1 | $4,000.00 |
| Bridal | | |
| | 1 | $8,500.00 |
| | 2 | $4,500.00 |
| Brick Room | | |
| | 1 | $8,000.00 |
| Bridal bath | | |
| | 1 | $5,000.00 |
| | 2 | $1,500.00 |
| Landing | | |
| | 1 | $2,500.00 |
| Canfield | | |
| | Lincoln | $5,000.00 |
| | Pier | $4,000.00 |
| Canfield bath | | |
| | 1 | $2,000.00 |
| Moreno | | |
| | 1 | $2,000.00 |
| Moreno Bath | | |
| | 1 | $5,000.00 |
| | 2 | $3,000.00 |
| Fiona | | |
| | 1 | $1,800.00 |
| Fiona Bath | | |
| | 1 | $1,500.00 |
| Wong | | |
| | Silver | $1,500.00 |

## Mirrors

| Item | # | Value |
|------|---|-------|
| Balcony Suite | | |
| | 1 | $1,200.00 |
| Balcony Bath | | |
| | 1 | $2,500.00 |
| Coach Cottage | | |
| | Lg Rect | $3,000.00 |
| | Star burst | $1,500.00 |
| | Over sink | $2,000.00 |
| Gate Cottage | | |
| | By spriral | $3,500.00 |
| Corner Cottage | | |
| | Over bed | $2,000.00 |
| | Over sink | $1,500.00 |
| | Over vanity | $1,500.00 |
| | Oval kitchen | $1,000.00 |
| By Air conditioner | | |
| | Lg Rect | $3,500.00 |
| Bottom of stairs | | |
| | Lg Rect | $3,000.00 |
| Bedroom | | |
| | Lg Rect | $6,000.00 |
| **Total** | | **$177,500.00** |

## Beds

| Item | # | Value |
|------|---|-------|
| Gilded mirror bed | | $1,800.00 |
| Lion bed | | $2,000.00 |
| Plastic bed | | $6,000.00 |
| Venecian headboard | | $2,500.00 |
| Bridal bed | | $6,000.00 |
| Indian Beds | | |
| | 1 | $7,000.00 |
| | 2 | $7,000.00 |
| | 3 | $7,000.00 |
| | 4 | $7,000.00 |
| Moreno Bed | | $10,000.00 |
| Barley Beds | | |
| | 1 | $3,000.00 |
| | 2 | $3,000.00 |
| | 3 | $2,500.00 |
| Opium bed - den | | $10,000.00 |
| DeeAnna bed | | $1,000.00 |
| Ralph Lauren Bed | | $2,500.00 |
| Corner Cottage bed | | $1,200.00 |
| 1902 Guest Rm bed | | $1,000.00 |
| Circle Chinese bed | | $12,000.00 |
| Vampire bed | | $2,000.00 |
| Crown bed | | $6,000.00 |
| Inlaid opium bed | | $8,000.00 |
| **Total** | | **$108,500.00** |

## Statues

| Item | # | Value |
|------|---|-------|
| Voldemart bride | | $1,000.00 |
| Zebra | | $20,000.00 |
| Emu | | $4,000.00 |
| Shell Angel | | $1,000.00 |
| Modonna/child | | $3,000.00 |
| Gothic apse | | $3,000.00 |
| shiva | | $2,200.00 |
| Liberty | | $3,500.00 |
| winged lady | | $4,200.00 |
| Rose | | $3,000.00 |
| Statue/bird hall | | $4,000.00 |
| Angel of death | | $4,000.00 |
| Marble winged lady | | $5,000.00 |
| wolf | | $3,500.00 |
| bust on mantle | | $2,000.00 |
| puck (window sill) | | $6,000.00 |
| Polar Bear | | $25,000.00 |
| Buddha (den) | | $2,000.00 |
| Diana | | $2,000.00 |
| Bacchus | | $2,000.00 |
| Baby Bacchus (pool) | | $9,000.00 |
| dancing lady (circle) | | $6,000.00 |
| Angel w/ staff | | $3,500.00 |
| Gothic candlesticks | | $3,600.00 |
| tiger | | $85,000.00 |
| musk ox | | $10,000.00 |
| big blue ceramic Urn | | $10,000.00 |
| front door foo dogs | | $4,000.00 |
| Eleyonne head | | $1,500.00 |
| b/w Morrocan fountain | | $1,000.00 |
| penguin | | $2,000.00 |
| kitchen birds | | $4,000.00 |
| Crest of England | | $8,000.00 |
| Bambi | | $1,000.00 |
| Moors | | $3,000.00 |
| Ceramic Fish | | $3,000.00 |
| Bronze Gothic Candlesticks | | |
| | Pair 1 | $3,200.00 |
| | Pair 2 | $2,400.00 |
| Coach Cottage | | |
| | Medusa | $2,000.00 |
| Gate Cottage | | |
| Nude Lady by Spiral stables | | $1,800.00 |
| | Mary | $3,000.00 |
| | Angel | $1,800.00 |
| | Horse heads | $6,000.00 |
| **Total** | | **$275,200.00** |

## Art

| Item | # | Value |
|------|---|-------|
| Horse lady | | $4,000.00 |
| Ships | | |
| | 1 | $3,000.00 |
| | 2 | $3,000.00 |
| Lady/angel | | $35,000.00 |
| devil/lady | | $25,000.00 |
| Archangle | | $6,000.00 |
| Matador | | $4,000.00 |
| Sacred Heart | | $3,000.00 |
| Saint/palm | | $3,000.00 |
| Psyche | | $4,000.00 |
| God | | $9,000.00 |
| Pink lady/dove | | $8,000.00 |
| 4 Tonkas | | $30,000.00 |
| Adam and Eve | | $10,000.00 |
| Elephant necklace | | $2,500.00 |
| **Total** | | **$149,500.00** |

## Chandeliers

| Item | # | Value |
| --- | --- | --- |
| Foyer | | $3,500.00 |
| main hall | | |
| | 1 | $8,000.00 |
| | 2 | $3,000.00 |
| dining room | | $12,000.00 |
| sun room | | $8,000.00 |
| basement kitchen | | $4,000.00 |
| den | | |
| | 1 | $3,000.00 |
| | 2 | $3,000.00 |
| Marks room | | $3,500.00 |
| Bridal bedroom | | $3,000.00 |
| bridal baths | | |
| | 1 | $2,500.00 |
| | 2 | $2,500.00 |
| brick room | | $1,800.00 |
| Canfield sitting room | | $4,000.00 |
| Canfield/moreno bath | | |
| | 1 | $2,000.00 |
| | 2 | $2,000.00 |
| Moreno bedroom | | $8,000.00 |
| Moreno hall | | $2,200.00 |
| Moreno dressing room | | $1,100.00 |
| Upper North Hall - pair | | $1,500.00 |
| Fiona bedroom | | $1,800.00 |
| Fiona bath | | $3,500.00 |
| Wong | | $1,800.00 |
| Balcony Suite bath | | $2,000.00 |
| Corner Cottage tub | | $1,800.00 |
| Stables bedroom | | $3,000.00 |
| **Total** | | **$92,500.00** |

## Light Fixtures

| Item | # | Value |
|---|---|---|
| Front Door | | $3,500.00 |
| Coatroom | | |
| | 1 | $1,200.00 |
| | 2 | $1,200.00 |
| Zebra hall | | |
| | 2 | $3,000.00 |
| | 2 | $3,000.00 |
| Butler's Pantry | | |
| | 1 | $1,000.00 |
| | 2 | $1,000.00 |
| Kitchen | | |
| globe | | $1,000.00 |
| lady sconce | | $2,800.00 |
| silver sconces | | |
| | 1 | $2,000.00 |
| | 2 | $2,000.00 |
| globe | | $1,000.00 |
| Main Hall sconce | | |
| | 1 | $4,000.00 |
| | 2 | $4,000.00 |
| Stairwell | | $3,500.00 |
| Balcony Suite | | |
| Pagoda | | $1,800.00 |
| 4 fortuny | | $4,000.00 |
| | | |
| Pool over 3 doors | | $2,500.00 |
| 4 standing fortuny lamps | | $12,000.00 |
| fortuny multi shade sconces | | |
| 1 | 1 | $4,000.00 |
| 2 | 2 | $4,000.00 |
| 4 ballroom light fixtures | | $24,000.00 |
| Coach Cottage | | |
| Stars | | $3,000.00 |
| sconces | | $1,200.00 |
| Gate Cottage | | |
| Morrocan lantern | | $1,500.00 |
| sconce kitchen | | $3,000.00 |
| Corner Cottage | | |
| Over bed fixture | | $5,000.00 |
| kitchen fixture | | $1,000.00 |
| Abalone fixture | | $1,000.00 |
| Stables | | |
| jeweled lantern | | $1,600.00 |
| lantern in bath | | $4,000.00 |
| **Total** | | **$107,800.00** |

## Armoirs/Cabinets/Screens/dressers

| Item | # | Value |
|------|---|-------|
| Buffet in dining room | | $3,000.00 |
| Italian cabinet - ballroom | | $3,000.00 |
| Chinese cabinets bar | | |
| | 1 | $2,200.00 |
| | 2 | $2,200.00 |
| Cream leaved dresser | | $8,000.00 |
| Bridal armoir | | $4,000.00 |
| Chinese cabinets upper hall | | |
| | 1 | $10,000.00 |
| | 2 | $10,000.00 |
| Emperor screen | | $20,000.00 |
| Moreno dresser | | $4,000.00 |
| Canfield big black cabinet | | $10,000.00 |
| Canfield small black cabinet | | $4,000.00 |
| Cabinet in BP | | $2,000.00 |
| Sweater cabinets kitchen | | |
| | 1 | $2,000.00 |
| | 2 | $2,000.00 |
| Gate Cottage | | |
| medical cabinet dining room | | $1,500.00 |
| medical cabinet TC | | $1,500.00 |
| Corner Cottage | | |
| Morrocan vanity | | $8,000.00 |
| Stables | | |
| medical cabinet kitchen | | $1,500.00 |
| hutch bedroom | | $1,000.00 |
| Dresser matches CC bed | | $1,500.00 |
| 2 painted Tibetan Cabinets | | $2,000.00 |
| Chinese credenza Moreno | | $1,800.00 |
| Metal trunk | | $2,500.00 |
| Curtain armoir | | $1,000.00 |
| Legged Italian cabinet | | $1,500.00 |
| Landing cabinet | | $3,500.00 |
| Multi drawer cabint | | $2,500.00 |
| **Total** | | **$116,200.00** |

## Sofas

| Item | | # | Value |
|---|---|---|---|
| Paisley sun room | | | $1,800.00 |
| maroon flair arm | | | $3,500.00 |
| Orange carved wood | | | $12,000.00 |
| NY white puffy | | | $1,000.00 |
| brick room | | | |
| | leather | 1 | $2,000.00 |
| | leather | 2 | $2,000.00 |
| teal upper hallway | | | $6,000.00 |
| bench BP | | | $3,000.00 |
| bench North Wing | | | $4,000.00 |
| tall back Italian bench | | | $1,500.00 |
| tall back Chinese bench | | | $4,500.00 |
| bench kitchen nook | | | $2,800.00 |
| kitchen red floral | | | $1,000.00 |
| Coach Cottage | | | |
| | leather Restoration | | $1,800.00 |
| Gate Rottage | | | |
| | black/white striped | | $1,200.00 |
| puff arm camel colored leather | | | $2,000.00 |
| red floral hump back hallway | | | $3,000.00 |
| black rolled armed leather distressed | | | $1,000.00 |
| Roman stone bench | | | $5,000.00 |
| **Total** | | | **$59,100.00** |

# Tables

| Item | # | Value |
| --- | --- | --- |
| dining table | | $8,000.00 |
| sun room table | | $6,000.00 |
| leather library table | | $1,500.00 |
| foyer altar table | | $7,000.00 |
| Zebra altar table | | $1,500.00 |
| carved black table hall | | $2,000.00 |
| big Tibetan altar tabel | | $5,000.00 |
| chinese red altar table | | $2,500.00 |
| 2 cloisonne altar tables | | $4,000.00 |
| 4 carved Chinese pedistals | | $3,500.00 |
| desk Fred damaged | | $2,500.00 |
| Silver mermaid table | | $5,000.00 |
| carved women desk | | $3,000.00 |
| "zebra" table | | $2,500.00 |
| metal industrial carts | | |
| | 1 | $1,000.00 |
| | 2 | $1,000.00 |
| | 3 | $1,000.00 |
| MGM Vanity | | $6,000.00 |
| gold Chinese pedestal dining room | | $2,000.00 |
| red inlayed desk | | $1,000.00 |
| Butcher Block | | $2,500.00 |
| triangle glided table | | $3,600.00 |
| Coach Cottage | | |
| printers block | | $2,500.00 |
| Gate Cottage | | |
| marble/wood dining table | | $3,000.00 |
| Stables | | |
| Marble counter | | $2,000.00 |
| **Total** | | **$79,600.00** |

## Cloisonne

| Item | Value |
| --- | --- |
| 2 incense burners (pool) | $25,000.00 |
| 2 Urns dining table | $15,000.00 |
| 2 Urns foyer table | $12,000.00 |
| 4 tall vases | $8,000.00 |
| 2 small vases | $3,000.00 |
| 2 small pedestals | $5,000.00 |
| 2 tall pedestals | $8,000.00 |
| 2 yellow vases | $7,000.00 |
| 2 "hatted" urns | $8,000.00 |
| 2 round Urns small | $6,000.00 |
| 2 R2D2 vases | $2,500.00 |
| 2 platters | $3,600.00 |
| Various bowls | $12,000.00 |
| 1 table | $8,000.00 |
| 3 handled bowls | $7,000.00 |
| 4 candle sticks | $4,000.00 |
| 2 lidded bulb Urns | $6,000.00 |
| 2 vases with eyes | $4,000.00 |
| 2 floor lamps | $9,000.00 |
| 2 big vases foyer | $4,000.00 |
| 2 armed pedestals (pool) | $8,000.00 |
| 2 blue spherical Urns | $8,000.00 |
| 2 dragon Urns | $6,000.00 |
| 2 square vases | $3,000.00 |
| 1 Dragon tri leg Urn | $3,000.00 |
| **Total** | **$185,100.00** |

## Chairs

| Item | # | Value |
|------|---|-------|
| mauve carved dragon | | $1,000.00 |
| 2 bishops chairs | | $2,500.00 |
| Dining Room set | | $4,000.00 |
| Carved Chinese dragon | | |
| | 1 | $1,200.00 |
| | 2 | $1,200.00 |
| | 3 | $1,200.00 |
| | 4 | $2,300.00 |
| | 5 | $2,300.00 |
| Lg Chinese carved | | |
| | 1 | $1,800.00 |
| | 2 | $1,800.00 |
| 2 orange velvet club chairs | | $3,500.00 |
| 2 seance chairs | | $1,800.00 |
| 2 hears castle chairs | | $4,000.00 |
| white "tea" set | | $1,800.00 |
| 2 velvet green chairs | | $2,000.00 |
| overstuffed blue Victorian | | $1,500.00 |
| silk Italian hallway set | | $2,000.00 |
| 2 Chinese landing chairs | | $1,000.00 |
| Coach Cottage | | |
| leather rocker | | $1,200.00 |
| Gate Cottage | | |
| leather carved arm chair | | $1,500.00 |
| leather rocker | | $1,200.00 |
| Outdoor: | | |
| 3 Ricardo Maltaban | | $6,000.00 |
| 4 wicker peacock chairs | | $4,000.00 |
| 4 metal peacock chairs set | | $4,800.00 |
| orange/white patio set | | $1,500.00 |
| Wood carved "king" chair | | $1,800.00 |
| 2 brown suede "sling" | | $4,000.00 |
| alligaor chair | | $2,000.00 |
| Victorian Horn chiar | | $6,000.00 |
| 2 "duke" chairs ballroom | | $3,000.00 |
| paisley tuffet | | $5,000.00 |
| 2 gilded red chairs | | $3,000.00 |
| **Total** | | **$81,900.00** |

## Rugs

| Item | Value |
| --- | --- |
| Dining Room | $8,000.00 |
| Sun Room | $2,000.00 |
| Den | $2,000.00 |
| Canfield Sitting Room | $8,000.00 |
| Wong Room | $3,000.00 |
| Hallway Runner | $4,000.00 |
| Kitchen Runner | $6,500.00 |
| Orange Runner | $3,200.00 |
| Black Dragon carpet | $4,500.00 |
| Tibetean Orange | $4,000.00 |
| Coach Cottage carpet | $3,200.00 |
| Gate Cottage carpet | $2,800.00 |
| **Total** | **$51,200.00** |

KITCHEN APPLIANCES AT 1923 MICHELTORENA

| | |
|---|---|
| Kitchen stove | $1,500 |
| Purple stove | $3,600 |
| 24" stove #1 | $2,000 |
| 24" stove #2 | $2,000 |
| Vintage fridge | $1,400 |
| Smeg fridge | $2,000 |
| Assorted smaller appliances | $1,500 |
| Total | $14,000 |

FURNITURE IN OFFSITE STORAGE

| | |
|---|---|
| Chinese desk | $10,000 |
| Chinese cabinet | $1,000 |
| Hotel round | $15,000 |
| Triceratops head | $8,000 |
| Chinese shelf | $1,200 |
| Antler table | $1,000 |
| Total | $36,200 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Dana Hollister** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt          4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1923 Micheltorena Street Los Angeles, CA 90039  Los Angeles County**<br>Line from *Schedule A/B*: **1.1** | $36,000,000.00 | ☑ $75,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **2011 Mercedes Benz G55 Class Vehicle is fully encumbered. Location: 1923 Micheltorena Street, Los Angeles CA 90039**<br>Line from *Schedule A/B*: **3.1** | $70,000.00 | ☑ $213.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| **46' television - $1,000; Macbook pro - $1,500; Assorted I-pads - $1,000. Location: 1923 Micheltorena Street, Los Angeles CA 90039**<br>Line from *Schedule A/B*: **7.1** | $3,500.00 | ☑ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Pelleton, treadmill machines Location: 1923 Micheltorena Street, Los Angeles CA 90039**<br>Line from *Schedule A/B*: **9.1** | $1,100.00 | ☑ $1,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Womens clothes and accessories Location: 1923 Micheltorena Street, Los Angeles CA 90039**<br>Line from *Schedule A/B*: **11.1** | $12,500.00 | ☑ $12,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    **Dana Hollister**

_____
Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Collection of vintage and costume jewelry**<br>**Location: 1923 Micheltorena Street, Los Angeles CA 90039**<br>Line from *Schedule A/B*: **12.1** | $10,000.00 | ■  $8,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |
| **Dog**<br>**Location: 1923 Micheltorena Street, Los Angeles CA 90039**<br>Line from *Schedule A/B*: **13.1** | $10.00 | ■  $10.00<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.050** |
| **Salvage construction/decoration materials (like used antique doors)**<br>**Location: 1923 Micheltorena Street, Los Angeles CA 90039**<br>Line from *Schedule A/B*: **14.1** | $12,000.00 | ■  $3,200.00<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.030** |
| **Assorted printers, fax machines, scanners.**<br>**Location: 1923 Micheltorena Street, Los Angeles CA 90039**<br>Line from *Schedule A/B*: **39.1** | $3,000.00 | ■  $3,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.060** |
| **Pressure washer, leaf blower, lawn mower.**<br>**Location: 1923 Micheltorena Street, Los Angeles CA 90039**<br>Line from *Schedule A/B*: **40.1** | $1,200.00 | ■  $1,200.00<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐  No

        ☐  Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dana Hollister** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

    ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

**Part 1:**   **List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |
| **2.1**  **Bank of America** Creditor's Name | **Describe the property that secures the claim:** 1910 Micheltorena Street Los Angeles, CA 90039 | $749,484.00 | $2,400,000.00 | $0.00 |

**2.1**  **Bank of America**
Creditor's Name

P.O. Box 31785
Tampa, FL 33631
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
1910 Micheltorena Street Los Angeles, CA 90039

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred**  6/28/2005        **Last 4 digits of account number**  4438

---

**2.2**  **DeeAnna Staats**
Creditor's Name

15301 Ventura Blvd.,
Suite B470
Sherman Oaks, CA 91403
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
1923 Micheltorena Street Los Angeles, CA 90039

| | Column A | Column B | Column C |
|---|---|---|---|
| | $950,000.00 | $36,000,000.00 | $0.00 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred**  2/1/2017        **Last 4 digits of account number**  _____

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1 **Dana Hollister**
_____     Case number _(if know)_ _____
First Name      Middle Name      Last Name

---

| 2.3 | **DeeAnna Staats** | **Describe the property that secures the claim:** | $700,000.00 | $2,400,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**1910 Micheltorena Street Los Angeles, CA 90039**

**15301 Ventura Blvd., Suite B470 Sherman Oaks, CA 91403**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  **2/1/2017**      **Last 4 digits of account number** _____

---

| 2.4 | **Los Angeles County** | **Describe the property that secures the claim:** | $4,000.00 | $360,000,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**Treasurer & Tax Collector P.O. Box 54018 Los Angeles, CA 90054**

**1923 Micheltorena Street, Los Angeles, CA**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Tax Lien**

**Date debt was incurred**  **11/27/2017**      **Last 4 digits of account number**   **9114**

---

| 2.5 | **Los Angeles County** | **Describe the property that secures the claim:** | $0.00 | $0.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**Treasurer & Tax Collector P.O. Box 54018 Los Angeles, CA 90054**

**1923 Micheltorena Street, Los Angeles, CA**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** _____      **Last 4 digits of account number**   **0010,0021**

---

| 2.6 | **Los Angeles County** | **Describe the property that secures the claim:** | $0.00 | $0.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

---

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 6

Debtor 1   **Dana Hollister**

First Name          Middle Name          Last Name                  Case number (if know) _____

| Creditor's Name | |
|---|---|

**Treasurer & Tax Collector**
P.O. Box 54018
**Los Angeles, CA 90054**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Date debt was incurred _____

**1910 Micheltorena Street, Los Angeles, CA**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    **5010**

---

| 2.7 | **Roman Catholic Archbishop of LA** | Describe the property that secures the claim: | $10,146,842.57 | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**J. Michael Henningan**
**McKool, Smith & Henningan, PC**
**300 S. Grand Ave., #2900**
**Los Angeles, CA 90017**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Date debt was incurred   **2/6/2018**

**All assets - real property by way of abstract, and personal property by way of Judgment Debtor Examination**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

| 2.8 | **Select Portfolio Servicing, Inc.** | Describe the property that secures the claim: | $4,392,437.00 | $36,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**P.O. Box 65250**
**Salt Lake City, UT 84165**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Date debt was incurred   **9/30/2005**

**1923 Micheltorena Street Los Angeles, CA 90039**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    **5811**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Dana Hollister**

First Name          Middle Name          Last Name

Case number (if know) _____

| | | |
|---|---|---|

**2.9** | **Specialized Loan Servicing, LLC** | **Describe the property that secures the claim:** | **$114,000.00** | **$2,400,000.00** | **$0.00**

Creditor's Name

> **1910 Micheltorena Street Los Angeles, CA 90039**

**P.O. Box 105219
Atlanta, GA 30348-5219**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**   **8/25/2006**     **Last 4 digits of account number**   **4118**

---

**2.10** | **Spring 7 Loft, LLC a/k/a BOBS, LLC** | **Describe the property that secures the claim:** | **$8,000,000.00** | **$36,000,000.00** | **$0.00**

Creditor's Name

> **1923 Micheltorena Street Los Angeles, CA 90039**

**600 S. Spring St.
Unit Office
Los Angeles, CA 90014**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**   **11/21/2014**     **Last 4 digits of account number** _____

---

**2.11** | **TD Auto Finance** | **Describe the property that secures the claim:** | **$69,787.00** | **$70,000.00** | **$0.00**

Creditor's Name

> **2011 Mercedes Benz BG Class**

**P.O. Box 16039
Lewiston, ME 04243**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**   **2/4/2018**     **Last 4 digits of account number**   **0424**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Dana Hollister**
_____ _____ _____      Case number (if know) _____
First Name    Middle Name    Last Name

| 2.1 2 | **The Bird Nest, LLC** | Describe the property that secures the claim: | $5,244,294.00 | Unknown | $0.00 |

Creditor's Name

**c/o Michael Starler, Eric Rown**
**Greenberg Traurig, LLP**
**1840 Century Park E., #1900**
**Los Angeles, CA 90067**

Number, Street, City, State & Zip Code

**All assets - real property by way of abstract, and personal property by way of Judgment Debtor Examination**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

**Who owes the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☒ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred  **2/5/2018**        Last 4 digits of account number  _____

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$30,370,844.57** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$30,370,844.57** |

**Part 2:**  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Bank of America**
**100 North Tryon Street**
**Charlotte, NC 28202**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**EResidentAgent, Inc.**
**c/o Jeff Unger**
**12121 Wilshire Blvd., #1201**
**Los Angeles, CA 90025**

On which line in Part 1 did you enter the creditor?  **2.12**

Last 4 digits of account number  **c/o The Bird Nest, LLC**

---

☐ Name, Number, Street, City, State & Zip Code
**Jose A. Debasa**
**Agent for Service of Process**
**3424 Wilshire Blvd.,**
**Los Angeles, CA 90010-2202**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Randolph Erich Steiner**
**Agent for Service of Process**
**3424 Wilshire Blvd.**
**Los Angeles, CA 90010-2202**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Select Portfolio Servicing, Inc.**
**P.O. Box 65450**
**Salt Lake City, UT 84165**

On which line in Part 1 did you enter the creditor?  **2.8**

Last 4 digits of account number ___

---

Official Form 106D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 5 of 6

| Debtor 1 | **Dana Hollister** | | Case number (if know) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

☐ Name, Number, Street, City, State & Zip Code
**Select Portfolio Servicing, Inc.**
**3217 S. Decker Lake Dr.**
**Salt Lake City, UT 84119-3284**

On which line in Part 1 did you enter the creditor?  **2.8**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Specialized Loan Servicing, LLC**
**8742 Lucent Boulevard**
**Highlands Ranch, CO 80129-2386**

On which line in Part 1 did you enter the creditor?  **2.9**

Last 4 digits of account number ___

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Dana Hollister** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Calif Employment Dev Dept** | Last 4 digits of account number  1567 | **$17,063.83** | **$17,063.83** | **$0.00** |

Priority Creditor's Name
**P.O. Box 826215**
**Sacramento, CA 94230-6215**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    2012

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

Employment taxes 4th qtr 2011 - 3rd qtr 2012

| | | | | | |
|---|---|---|---|---|---|
| 2.2 | **Franchise Tax Board** | Last 4 digits of account number | $59,736.00 | $59,736.00 | $0.00 |

Priority Creditor's Name
**P.O. Box 1673**
**Sacramento, CA 95812-1673**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    2016

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

State Income Taxes

Debtor 1   **Dana Hollister**

Case number (*if know*)

| | | |
|---|---|---|
| **2.3** | **Internal Revenue Service** | |

Last 4 digits of account number _____   **$53,810.00**   **$53,810.00**   **$0.00**

Priority Creditor's Name
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?   **2015**

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent

□ Unliquidated

□ Disputed

**Type of PRIORITY unsecured claim:**

□ Domestic support obligations

■ Taxes and certain other debts you owe the government

□ Claims for death or personal injury while you were intoxicated

□ Other. Specify _____

**Federal Income Taxes**

| | | |
|---|---|---|
| **2.4** | **Internal Revenue Service** | |

Last 4 digits of account number _____   **$180,000.00**   **$160,173.00**   **$19,827.00**

Priority Creditor's Name
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?   **2016**

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent

□ Unliquidated

□ Disputed

**Type of PRIORITY unsecured claim:**

□ Domestic support obligations

■ Taxes and certain other debts you owe the government

□ Claims for death or personal injury while you were intoxicated

□ Other. Specify _____

**Federal Income Taxes**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3.   **Do any creditors have nonpriority unsecured claims against you?**

□ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1  **Dana Hollister**

Case number (if know) _____

---

| 4.1 | **Advance Merchant Finance** | Last 4 digits of account number | **GJV** | $75,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**433 N Camden Dr., #810**
**Beverly Hills, CA 90210**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **1/26/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guarantor**
**Alexander's Brite Spot**

---

| 4.2 | **Advance Merchant Finance** | Last 4 digits of account number | **Bridge** | $75,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**433 N Camden Dr., #810**
**Beverly Hills, CA 90210**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **1/26/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guarantor**
**Villan's Tavern**

---

| 4.3 | **Andrew Kahn/GEMS** | Last 4 digits of account number | | $1,500.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**4003 Cumberland Ave.**
**Los Angeles, CA 90027**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **3/28/17**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Securty Deposit**

---

Debtor 1    **Dana Hollister**

Case number (if know) _____

---

| 4.4 | **Andy Given** | Last 4 digits of account number ___ ___ ___ ___ | **$6,000.00** |

Nonpriority Creditor's Name

**8997 St. Ives Drive**
**West Hollywood, CA 90069**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Security deposit for event at The Paramour**

---

| 4.5 | **Anea Enterprises, Inc.** | Last 4 digits of account number ___ ___ ___ ___ | **$1,100,000.00** |

Nonpriority Creditor's Name

**3142 Pacific Coast Hwy., #209**
**Torrance, CA 90505**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **10/20/2015 - 2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **3842 - 3852 W. Roble Vista Dr., Los Angeles, CA 90027.  Balloon 4/23/18.**

---

| 4.6 | **Antonette Venetos** | Last 4 digits of account number ___ ___ ___ ___ | **$436,974.00** |

Nonpriority Creditor's Name

**14021 Marquesas Way**
**Marina Del Rey, CA 90292**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
■ Yes

When was the debt incurred?    **2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Loan**

---

Debtor 1    **Dana Hollister**

Case number *(if know)* _____

---

| 4.7 | **Claire Downes & Brenden Gallagher** | Last 4 digits of account number _____ | **$6,000.00** |

Nonpriority Creditor's Name

**1738 N. Kingsley Dr., #4**
**Los Angeles, CA 90027**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Security deposit for event at The Paramour**

---

| 4.8 | **Commercial Bank of California** | Last 4 digits of account number    **3100** | **$3,676,000.00** |

Nonpriority Creditor's Name

**805 Wilshire Blvd.**
**Santa Monica, CA 90401**

When was the debt incurred?    **6/1/2017**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Loan Guaranty**

---

| 4.9 | **Coral Dabarera & Eli Edelson** | Last 4 digits of account number _____ | **$14,000.00** |

Nonpriority Creditor's Name

**3713 Kelton Ave., #3**
**Los Angeles, CA 90034**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Security deposit for event at The Paramour**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Dana Hollister**

Case number (if know)

---

**4.10**

**Courtney Wilk & Daniel Mandel**
Nonpriority Creditor's Name
**1259 Guerrero St.**
**San Francisco, CA 94110**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    $15,500.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Security deposit for event at The Paramour.**

---

**4.11**

**Danielle Gharst & Chris Cahill**
Nonpriority Creditor's Name
**4811 Frieda Drive**
**Los Angeles, CA 90065**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    $17,500.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Security deposit for event at The Paramour**

---

**4.12**

**Darla Linvill & Everett Livingston**
Nonpriority Creditor's Name
**3630 Marathon St., #326**
**Los Angeles, CA 90026**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    $11,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Security deposit for event at The Paramour**

---

Debtor 1  **Dana Hollister**                                                                     Case number (if know) _____

---

**4.1 3**

**Dartplace Ltd/Watson**
Nonpriority Creditor's Name
**20 Seymour Road**
**London SW18 5JA, UK**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          $833,000.00

When was the debt incurred?    **2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Guaranty**

---

**4.1 4**

**Erin Tudron & Brad Roller**
Nonpriority Creditor's Name
**4108 Tujunga Ave., #24**
**Studio City, CA 91604**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          $12,000.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Security deposit for event at The Paramour**

---

**4.1 5**

**Frances Martin**
Nonpriority Creditor's Name
**6115 1/2 Winans Dr.**
**Los Angeles, CA 90068**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No



☐ Yes

Last 4 digits of account number _____          $300,000.00

When was the debt incurred?    **5/25/2010**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
**Personal Loan - 3 Promissory notes.**
**4/27/2010 - $25,000 @ 20% interest**
**6/24/2010 - $25,000 @ 20% interest**
■ Other. Specify  **9/25/2012 - $100,000 @ 10% interest**

---

Debtor 1    **Dana Hollister**

Case number (if know) _____

---

| 4.1 6 | **Glyn Aeppel** | Last 4 digits of account number _____ | **$120,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**175 Rennell Drive**
**Southport, CT 06890**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Personal Loan**

---

| 4.1 7 | **Intnl Church Foursquare Gospel** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o River Rock Real Estate Group**
**100 Bayview Circle, Suite 1200**
**Newport Beach, CA 92660**

**When was the debt incurred?**   **5/31/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Lease guaranty**

---

| 4.1 8 | **Jamie Stovall & Michael Ohanessian** | Last 4 digits of account number _____ | **$7,800.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**8843 Riderwood Dr.**
**Sunland, CA 91040**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Security deposit for event at The Paramour**

---

Debtor 1    **Dana Hollister**    Case number (if know) _____

---

| 4.19 | **Jeanne Kim & Keith Ahn** | Last 4 digits of account number _____ | $11,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**536 Leavenworth St.**
**San Francisco, CA 94109**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Security deposit for event at The Paramour**

---

| 4.20 | **Jena Choi & Kurt Goodwin** | Last 4 digits of account number _____ | $14,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1401 23rd St.**
**Los Angeles, CA 90066**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Security deposit for event at The Paramour**

---

| 4.21 | **Jill Martin & Kevin Fey** | Last 4 digits of account number _____ | $11,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2822 St. George St.**
**Los Angeles, CA 90027**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Security deposit for event at The Paramour.**

---

Debtor 1    **Dana Hollister** _____    Case number (if know) _____

---

| 4.2<br>2 | **Jill Sanford** | Last 4 digits of account number _____ | **$10,500.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**3333 Madera Ave.**
**Los Angeles, CA 90039**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Security deposit for event at The Paramour**

---

| 4.2<br>3 | **Josh Klinghoffer** | Last 4 digits of account number _____ | **$75,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**3130 Wilshire Blvd., #600**
**Santa Monica, CA 90403**
Number Street City State Zip Code

When was the debt incurred?    **3/21/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Personal Loan**

---

| 4.2<br>4 | **Juckiness Law Firm** | Last 4 digits of account number _____ | **$250,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**302 E. Liberty Street, #203**
**Ann Arbor, MI 48104**
Number Street City State Zip Code

When was the debt incurred?    **7/7/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Legal Fees**

---

Debtor 1    **Dana Hollister**    Case number (if know) _____

---

**4.2 5**

| **Kassia Miller & Patrick O'Brien** | | **$9,000.00** |
|---|---|---|

Nonpriority Creditor's Name

**1343 Maltman Ave., #10**
**Los Angeles, CA 90026**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Security deposit for event The Paramour**

---

**4.2 6**

| **Keith Greco** | | **$150,000.00** |
|---|---|---|

Nonpriority Creditor's Name

**Greco Decor, Inc.**
**2750 Casitas Ave.**
**Los Angeles, CA 90039**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **5/15/2017**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Purchase of interest in Cliffs, LLC**

---

**4.2 7**

| **Law Office of Randy Snyder** | | **$60,000.00** |
|---|---|---|

Nonpriority Creditor's Name

**21333 Oxnard Street, 1st Fl.**
**Woodland Hills, CA 91367**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **7/7/2005**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Legal Fees**

---

Debtor 1    **Dana Hollister**

Case number (if know) _____

---

**4.2 8**

**Lorie Margolis & Adam Rejwan**
Nonpriority Creditor's Name
**1401 Sinaloa Ave.**
**Pasadena, CA 91104**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$5,400.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Security deposit for event at The Paramour**

---

**4.2 9**

**Mitie Tucker, LLC**
Nonpriority Creditor's Name
**1629 Griffith Park Blvd., #302**
**Los Angeles, CA 90026**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$5,200.00**

When was the debt incurred?    **3/1/16**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Security deposit**

---

**4.3 0**

**Odyssesus Investment Group, LLC**
Nonpriority Creditor's Name
**c/o Gideon Kotzer, Manager**
**1333-35 Willow St.**
**Los Angeles, CA 90013**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **9/7/2006**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Lease guaranty**

---

Debtor 1 **Dana Hollister**

Case number *(if know)* _____

| 4.3 1 | **Odyssesus Investment Group, LLC** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**c/o Gideon Kotzer, Manager**
**1333-35 Willow St.**
**Los Angeles, CA 90013**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Damages related to counterclaim in LASC Case #BC641794.**

---

| 4.3 2 | **Olson Kundig** | **Last 4 digits of account number** _____ | **$214,916.29** |

Nonpriority Creditor's Name
**159 S. Jackson St., #600**
**Seattle, WA 98104**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Architecural services 206-624-5670**

---

| 4.3 3 | **Presbytery of the Pacific** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**c/o Rev. Linda Culbertson**
**6323 W. 80th St.**
**Los Angeles, CA 90045**
Number Street City State Zip Code

**When was the debt incurred?** **3/1/2011**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Lease**

---

Debtor 1    **Dana Hollister**    Case number *(if know)* _____

---

| 4.3 4 | **Rachel  Bartov Douglas** | Last 4 digits of account number _____ | **$75,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1965 Redcliff Street**
**Los Angeles, CA 90039**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?    **6/5/2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Loan**
**Balloon 6/5/19**

---

| 4.3 5 | **Regina Hwang & Eric Chow** | Last 4 digits of account number _____ | **$6,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**940 E. 2nd St., #37**
**Los Angeles, CA 90012**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Security deposit for event at The Paramour**

---

| 4.3 6 | **Robins Kaplan** | Last 4 digits of account number _____ | **$700,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**2049 Century Park East, #3400**
**Los Angeles, CA 90067**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?    **8/7/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Legal Fees**

---

Debtor 1  **Dana Hollister**                                                              Case number (if know)

---

| | |
|---|---|
| **4.3 7** | |

**Samantha Longman & Mattthew Hok**
Nonpriority Creditor's Name
**336 N. Genesee Ave.**
**Los Angeles, CA 90036**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$15,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Security deposit for event at The Paramour.**

---

| | |
|---|---|
| **4.3 8** | |

**Spring 7 Loft, LLC a/k/a BOBS, LLC**
Nonpriority Creditor's Name
**600 S. Spring St.**
**Los Angeles, CA 90014**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$1,100,000.00**

**When was the debt incurred?**   **7/8/2005**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

| | |
|---|---|
| **4.3 9** | |

**Steven Vitalos**
Nonpriority Creditor's Name
**6115 1/2 Winans Dr.**
**Los Angeles, CA 90068**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$500,000.00**

**When was the debt incurred?**   **5/25/2010**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Loan**

---

Debtor 1  **Dana Hollister**

Case number (if know) _____

---

| 4.40 | **Sue Balmforth** | Last 4 digits of account number _____ | **$170,000.00** |

Nonpriority Creditor's Name

**2658 Griffith Park Blvd., #313**
**Los Angeles, CA 90039**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?  **12/7/2017**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Loan**

---

| 4.41 | **Susan Borg & Stuart Schlisserman** | Last 4 digits of account number _____ | **$9,000.00** |

Nonpriority Creditor's Name

**2081 Camino de Los Robles**
**Menlo Park, CA 94025**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Security deposit for event at The Paramour**

---

| 4.42 | **Syntax Design Lab** | Last 4 digits of account number _____ | **$25,676.60** |

Nonpriority Creditor's Name

**P.O. Box 661546**
**Los Angeles, CA 90066**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Architectural services**

---

Debtor 1 **Dana Hollister**

Case number (if know) _____

| 4.4 3 | | | |
|---|---|---|---|

**Toni Maier**
Nonpriority Creditor's Name

**8033 W. Sunset Blvd., #569**
**Los Angeles, CA 90046**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**   **12/15/2015**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Personal Loan**

**$275,000.00**

---

| 4.4 4 | | | |
|---|---|---|---|

**Unkle Productions, LLC**
Nonpriority Creditor's Name

**1163 N. Cornado St**
**Los Angeles, CA 90026**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**   **9/28/16**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Security Deposit**

**$1,500.00**

---

| 4.4 5 | | | |
|---|---|---|---|

**Victor Ngai & Yao Hua Wang**
Nonpriority Creditor's Name

**130 S. Hewitt St., #33**
**Los Angeles, CA 90012**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Security deposit for event at The Paramour**

**$11,000.00**

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?

---

Debtor 1    **Dana Hollister**    Case number (if know)

---

**Andrew Kahn/GEMS**
**1629 Griffith Park Blvd., #104**
**Los Angeles, CA 90026**

Line **4.3** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Daniel Kotzer**
**2006 Hillsboro Ave.**
**Los Angeles, CA 90034**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.30** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Daniel Kotzer**
**2006 Hillsboro Ave.**
**Los Angeles, CA 90034**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.31** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Franchise Tax Board**
**P.O. Box 2952**
**Sacramento, CA 95812**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.2** of (Check one):

■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**George R. Hynick**
**5000 N. Parkway Calabasas, #220**
**Calabasas, CA 91302-1400**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Gideon Kotzer**
**9712 Monte Mar Dr.**
**Los Angeles, CA 90035**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.30** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Gideon Kotzer**
**9712 Monte Mar Dr.**
**Los Angeles, CA 90035**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.31** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Kay Virginia Gustafson, Esq.**
**28863 Eagleton St.**
**Agoura Hills, CA 91301**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.33** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Oh Happy Day, LLC**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Paul Nibarger**
**7310 Via Marie Celeste**
**Rancho Palos Verdes, CA 90275**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.33** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Stanley Stone, Esq.**
**Agent for Service of Process**
**P.O. Box 261727**
**Encino, CA 91426**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.30** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Unkle Productions, LLC**
**1629 Griffith Park Blvd., #102**
**Los Angeles, CA 90026**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.44** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Debtor 1    **Dana Hollister**                                                                 Case number (if know) _____

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 310,609.83 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 310,609.83 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 10,411,466.89 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 10,411,466.89 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dana Hollister** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Andrew Kahn/GEMS**<br>**4003 Cumberland Ave.**<br>**Los Angeles, CA 90027** | **Sublease of commercial real property described as 1629 Griffith Park Blvd., Suite 104, Los Angeles, CA 90026.** |
| 2.2 | **Mitie Tucker, LLC**<br>**1629 Griffith Park Blvd., #302**<br>**Los Angeles, CA 90026** | **Sublease of commercial real property described as 1629 Griffith Park Blvd., #302, Los Angeles, CA 90026** |
| 2.3 | **Odyssesus Investment Group, LLC**<br>**c/o Gideon Kotzer, Manager**<br>**1333-35 Willow St.**<br>**Los Angeles, CA 90013** | **Lease for real property located at 1356 Palmetto Street, Los Angeles, CA 90013.** |
| 2.4 | **Presbytery of the Pacific**<br>**6323 W. 8th St.**<br>**Los Angeles, CA 90045** | **Lease for real property located at 1629 Griffith Park Blvd., Los Angeles, CA 90026 and 1604 Edgecliff Drive, Los Angeles, CA 90026.** |
| 2.5 | **See attached list of pending events** | **Attached list of contracts for events scheduled at The Paramour - all with security deposits paid.** |
| 2.6 | **Sue Balmforth**<br>**2658 Griffith Park Blvd., #313**<br>**Los Angeles, CA 90039** | **Sublease at 1629 Griffith Park Blvd., Los Angeles, CA 90029** |
| 2.7 | **Unkle Productions, LLC**<br>**1163 N. Coronado St.**<br>**Los Angeles, CA 90026** | **Sublease of commercial real property described as 1629 Griffith Park Blvd., #102, Los Angeles, CA 90026** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## List of Events Scheduled at The Paramour

| Client Name | Address | Event Date | Type |
|---|---|---|---|
| Jill Sanford | 3333 Madera Ave. Los Angeles, CA 90039 | 03/09/18 | Birthday Party |
| Courtney Wilk/Daniel Mandel | 1259 Guerrero St. San Francisco, CA 94110 | 03/10/18 | Wedding |
| Danielle Gharst/Chris Cahill | 4811 Frieda Drive, Los Angeles, CA 90065 | 03/24/18 | Wedding |
| Jeanne Kim/Keith Ahn | 536 Leavenworth St. San Francisco, CA 94109 | 04/07/18 | Wedding |
| Regina Hwang/Eric Chow | 940 E 2nd St #37 Los Angeles, CA 90012 | 05/12/18 | Wedding |
| Jena Choi/Kurt Goodwin | 1401 23rd Street Manhattan Beach, CA 90066 | 05/19/18 | Wedding |
| Samantha Longman/Matthew Hok | 336 North Genesee Ave. Los Angeles, CA 90036 | 05/26/18 | Wedding |
| Coral Dabarera/Eli Edelson | 3713 Kelton Ave #3 Los Angeles, CA 90034 | 06/02/18 | Wedding |
| Jill Martin/Kevin Fey | 2822 St. George St. Los Angeles, CA 90027 | 06/03/18 | Wedding |
| Erin Tudron/Brad Roller | 4108 Tujunga Ave #24 Studio City, CA 91604 | 06/08/18 | Wedding |
| Victor Ngai/Yaohua Wang | 130 S Hewitt St. Apt 33 Los Angeles, CA 90012 | 06/23/18 | Wedding |
| Daria Linvill/Everett Livingston | 3630 Marathon St #326 Los Angeles, CA 90026 | 08/18/18 | Wedding |
| Jamie Stovall/Michael Ohanessian | 8843 Riderwood Dr. Los Angeles, CA 91040 | 10/13/18 | Wedding |
| Kassia Miller/Patrick O'Brien | 1343 Maltman Ave. Apt 10 Los Angeles, CA 90026 | 10/20/18 | Wedding |
| Andy Given | 8997 St. Ives Drive Los Angeles, CA 90069 | 11/03/18 | Wedding |
| Lorie Margolis/Adam Rejwan | 1401 Sinaloa Ave. Pasadena, CA 91104 | 12/08/18 | Wedding |
| Susan Borg/Stuart Schlisserman | 2081 Camino de Los Robles, Menlo Park, CA 94025 | 12/31/18 | Wedding |
| Claire Downes/Brenden Gallagher | 1738 N. Kingsley Dr. Apt 4 Los Angeles, CA 90027 | 03/30/19 | Wedding |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Dana Hollister** |
| | First Name ___ Middle Name ___ Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name ___ Middle Name ___ Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
amended filing

# Official Form 106H
## Schedule H: Your Codebtors                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.*)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ■ No
    ☐ Yes.

        In which community state or territory did you live?    **-NONE-**    . Fill in the name and current address of that person.

        _____
        Name of your spouse, former spouse, or legal equivalent
        Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1    **1629 Griffith, LLC** <br> **1923 Micheltorena Street** <br> **Los Angeles, CA 90039** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___ **4.33** <br> ☐ Schedule G <br> **Presbytery of the Pacific** |
| 3.2    **1629 Griffith, LLC** <br> **1923 Micheltorena Street** <br> **Los Angeles, CA 90039** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___ **4.13** <br> ☐ Schedule G <br> **Dartplace Ltd/Watson** |

Debtor 1   **Dana Hollister**
_____

Case number *(if known)*
_____

| ░░░░ | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

---

3.3   **3626 Sunset, LLC**
**1923 Micheltorena Street**
**Los Angeles, CA 90039**
**Borrower**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.8**__
☐ Schedule G _____
**Commercial Bank of California**

---

3.4   **Bridge Tavern, LLC**
**1356 Palmetto Street**
**Los Angeles, CA 90013**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.1**__
☐ Schedule G _____
**Advance Merchant Finance**

---

3.5   **Bridge Tavern, LLC**
**1356 Palmetto Street**
**Los Angeles, CA 90013**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.2**__
☐ Schedule G _____
**Advance Merchant Finance**

---

3.6   **Bridge Tavern, LLC**
**1923 Micheltorena Street**
**Los Angeles, CA 90039**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.30**__
☐ Schedule G _____
**Odyssesus Investment Group, LLC**

---

3.7   **Bridge Tavern, LLC**
**1923 Micheltorena Street**
**Los Angeles, CA 90039**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.31**__
☐ Schedule G _____
**Odyssesus Investment Group, LLC**

---

3.8   **Cliff's LLC**
**1923 Micheltorena Street**
**Los Angeles, CA 90039**
**Borrower**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.8**__
☐ Schedule G _____
**Commercial Bank of California**

---

3.9   **GJV, Inc.**
**1918 West Sunset Blvd.**
**Los Angeles, CA 90026**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.1**__
☐ Schedule G _____
**Advance Merchant Finance**

---

Debtor 1    **Dana Hollister**
_____

Case number *(if known)* _____

| ■ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10  **GJV, Inc.**<br>**1918 West Sunset Blvd.**<br>**Los Angeles, CA 90026** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**Advance Merchant Finance** |
| 3.11  **GJV, Inc.**<br>**1923 Mitcheltorena Ave.**<br>**Los Angeles, CA 90039**<br>**Lessee** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.17__<br>☐ Schedule G _____<br>**Intnl Church Foursquare Gospel** |
| 3.12  **Oh Happy Day, LLC**<br>**1923 Micheltorena St.**<br>**Los Angeles, CA 90039**<br>**Debtor is guarantor.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>**Anea Enterprises, Inc.** |
| 3.13  **Oh Happy Day, LLC**<br>**1923 Micheltorena Street**<br>**Los Angeles, CA 90039** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.38__<br>☐ Schedule G _____<br>**Spring 7 Loft, LLC a/k/a BOBS, LLC** |
| 3.14  **Vintage Event Design, LLC**<br>**1923 Micheltorena Street**<br>**Los Angeles, CA 90039**<br>**Borrower** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>**Commercial Bank of California** |
| 3.15  **1629 Griffith, LLC**<br>**1923 Micheltorena St.**<br>**Los Angeles, CA 90039**<br>**1629 Griffith, LLC** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G __2.4__<br>**Presbytery of the Pacific** |
| 3.16  **Bridge Tavern, LLC**<br>**1923 Micheltorena Street**<br>**Los Angeles, CA 90039** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G __2.3__<br>**Odyssesus Investment Group, LLC** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Dana Hollister** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                    12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:      Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | | |
| | **Employer's name** | | |
| | **Employer's address** | | |
| | **How long employed there?** | | |

**Part 2:      Give Details About Monthly Income**

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

Debtor 1    **Dana Hollister**                                       Case number (*if known*)

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ N/A |

**5.**  **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ N/A |

**6.**  **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ N/A

**7.**  **Calculate total monthly take-home pay.**  Subtract line 6 from line 4.    7.    $ 0.00    $ N/A

**8.**  **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 8,000.00 | $ N/A |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 + | $ N/A |

**9.**  **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 8,000.00    $ N/A

**10.**  **Calculate monthly income.**  Add line 7 + line 9.    10.    $ 8,000.00  +  $ N/A  =  $ 8,000.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.**  **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:    11.  +$ 0.00

**12.**  **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $ 8,000.00

**Combined monthly income**

**13.**  **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☒ Yes. Explain:  **Debtor's income is largely determined by rental income from the property at 1923 Micheltorena. That figure in 2017 was $1.2 million, however in 2017, the property was undergoing partial renovation and improvement for 8 months (thus limiting income), and rented exclusively for a television location shoot for three additional months at a reduced rate.  Those factors will not be repeated in 2018.  Debtor projects that gross revenue will increase in 2018.**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Dana Hollister** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ■ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

| Debtor 1 | **Dana Hollister** | Case number (if known) | |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | 0.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 0.00 |
| | 6d. Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 200.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 0.00 |
| 10. | **Personal care products and services** | 10. | $ | 350.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 150.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 1,065.00 |
| | 15b. Health insurance | 15b. | $ | 1,159.00 |
| | 15c. Vehicle insurance | 15c. | $ | 365.00 |
| | 15d. Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Income FIT** | 16. | $ | 2,000.00 |
| | Specify: **Income SIT** | | $ | 500.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 1,857.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. Other. Specify: | 17c. | $ | 0.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | 21. | +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 8,046.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 8,046.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 8,000.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 8,046.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | -46.00 |
| 24. | **Do you expect an increase or decrease in your expenses within the year after you file this form?** For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage? | | | |

■ No.
☐ Yes.  Explain here:

**Fill in this information to identify your case:**

| Debtor 1 | **Dana Hollister** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☐ No

☐ Yes.  Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X | | X | |
|---|---|---|---|
| **Dana Hollister** | | | Signature of Debtor 2 |
| Signature of Debtor 1 | | | |
| Date   **March 6, 2018** | | Date | |

**Fill in this information to identify your case:**

Debtor 1    **Dana Hollister**
            First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)    _____

☐ Check if this is an
   amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                    4/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ☐ Married
    ■ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

    | Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
    |---|---|---|---|
    | | | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

    | | Debtor 1 | | Debtor 2 | |
    |---|---|---|---|---|
    | | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
    | **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | **Unknown** | ☐ Wages, commissions, bonuses, tips | |
    | | ■ Operating a business | | ☐ Operating a business | |

Debtor 1    **Dana Hollister**                                                                  Case number *(if known)* _____

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and<br>exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2017 ) | ☐ Wages, commissions,<br>bonuses, tips | $1,223,864.00 | ☐ Wages, commissions,<br>bonuses, tips | |
|  | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016 ) | ☐ Wages, commissions,<br>bonuses, tips | $1,591,314.00 | ☐ Wages, commissions,<br>bonuses, tips | |
|  | ■ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment,
    and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery
    winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐  No
    ■  Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from<br>each source**<br>(before deductions and<br>exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions<br>and exclusions) |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016 ) | | $0.00 | | |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■  No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an
              individual primarily for a personal, family, or household purpose."

              During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
              ☐  No.    Go to line 7.
              ■  Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you
                        paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do
                        not include payments to an attorney for this bankruptcy case.
                        * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐  Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
              During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?
              ☐  No.    Go to line 7.
              ☐  Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not
                        include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an
                        attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount<br>paid** | **Amount you<br>still owe** | **Was this payment for ...** |
|---|---|---|---|---|
| **To be amended** | | **$0.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1    **Dana Hollister**                                                    Case number *(if known)*

---

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No
☑ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Cliff's, LLC**<br>**3626 W. Sunset Blvd.**<br>**Los Angeles, CA 90026** | **2/21/18** | **$100,000.00** | **$0.00** | **Refund of retainer balance**<br>**for design services.** |

---

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☐ No
☑ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **To be amended** | | **$0.00** | **$0.00** | |

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Hollister and Bridge Tavern, LLC v. Odyssesus Investment Group, LLC, Gideon Kotzer and Daniel Kotzer**<br>**BC 641794** | **Lease dispute** | **Los Angeles Supeior Court**<br>**111 N Hill Street**<br>**Los Angeles, CA 90012** | ☑ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Counterclaims also pending** |
| **Roman Catholic Archbishop of Los Angeles, The Institute of the Sisters of the Most Holy and Immaculate Heart of the Blessed Virgin Mary v. Dana Hollister and cross actions**<br>**BC585604** | **Debtor ostensibly purchased real property from The Institute of the Sisters of the Most Holy and Immacuate Heart of the Blessed Virgin Mary only to be sued by the Roman Catholic Archibishop of Los Angeles on the basis that the Sisters did not have authority to sell the property.** | **Los Angeles Superior Court**<br>**111 N. Hill St.**<br>**Los Angeles, CA 90012** | ☑ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Post-judgment motions** |

---

Debtor 1    **Dana Hollister**                                                    Case number *(if known)* _____

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied? Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☒ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☒ No
☐ Yes

### Part 5:    List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☐ No
☒ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per Person Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Sister Catherine Rose Sister Rita Callanan 2658 Griffith Park Blvd., #246 Los Angeles, CA 90039** | | 6/2016-12/2017 | $215,418.00 |
| Person's relationship to you: | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☐ No
☒ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Echo Society 2302 Observatory Ave. Los Angeles, CA 90027** | **Use of property without payment of rent.** | 10/13/2017 | $54,750.00 |
| **Jewish Community Center 1110 Bates Ave. Los Angeles, CA 90029** | **Use of property without payment of rent.** | 5/7/2016 | $15,000.00 |
| **Jewish Community Center 1110 Bates Ave. Los Angeles, CA 90027** | **Use of property without payment of rent.** | 4/22/2017 | $15,000.00 |

Debtor 1    **Dana Hollister**                                             Case number *(if known)*

---

**Part 6:**    **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

   ■ No
   ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:**    **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

   ☐ No
   ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Law Offices Of David A. Tilem**<br>**206 N. Jackson Street, #201**<br>**Glendale, CA 91206**<br>**davidtilem@tilemlaw.com** | **Cash** | **Payment of $81,717 - 2/28/18; payment of $10,000 - 3/2/2018** | **$91,717.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
   Do not include any payment or transfer that you listed on line 16.

   ■ No
   ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
   Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.
   ☐ No
   ■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **The Micheltorena Land Trust**<br>**1902 Micheltorena Street**<br>**Los Angeles, CA 90039** | **1902 Micheltorena Street, Los Angeles, CA 90039**<br>**Value $2,800,000** | **$2,800,000** | **2/14/2018** |
| **Elizabeth Moore**<br>**Los Angeles, CA 90039**<br><br>**Neighbor** | **2015 Mini Cooper S Roadster - value $14,000** | **Assumption of remaining balance due of $13,924.77 on purchase money loan.** | **9/29/2017** |

---

Debtor 1    **Dana Hollister**    Case number *(if known)*

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **High Test, LLC**<br>**c/o Lan Nguyen**<br>**901 E. 1st St.**<br>**Los Angeles, CA 90017**<br><br>**None** | **Assignment of leasehold interest - $330,000** | **$330,000** | **12/2016** |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☐ No
☑ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **1629 Griffith Park Blvd.**<br>**Los Angeles, CA 90026** | **Debtor** | **Chinese desk - $10,000**<br>**Chinese cabinet - $1,000**<br>**Hotel round - $15,000**<br>**Triceratops head - $8,000**<br>**Chinese shelf - $1,200**<br>**Antler table - $1,000** | ☐ No<br>☑ Yes |

Debtor 1    **Dana Hollister**

Case number *(if known)*

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ **No**
☑ **Yes. Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Sue Balmforth**<br>**2658 Griffith Park Blvd., #313**<br>**Los Angeles, CA 90039** | **1923 Micheltorena Street**<br>**Los Angeles, CA 90039** | **Moreno bath chandelier -**<br>**$5,000**<br>**Canfield bedroom chandelier**<br>**- $4,000**<br>**4 vintage Bergeres - $2,100**<br>**(total)**<br>**Vintage armoir - $750**<br>**Vintage daybed (1940) -**<br>**$1,450**<br>**Vintage vitrine - $1,150**<br>**Vintage daybed (1940) -**<br>**$1,525**<br>**Antique mirror roses - $2,395**<br>**Charcoal armoir - $6,000** | **$24,370.00** |

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Debtor 1    **Dana Hollister**                                                    Case number *(if known)*

26.    Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|

**Part 11:    Give Details About Your Business or Connections to Any Business**

27.    Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| The Paramour<br>1923 Micheltorena Street<br>Los Angeles, CA 90039 | B&B, event center<br><br>Rich Bartol | EIN:    82-4609097<br><br>From-To    From 1998- still existing |
| 1629 Giffith, LLC<br>1923 Micheltorena Street<br>Los Angeles, CA 90039 | Rental of commercial space<br><br>Rich Bartol | EIN:    95-2345678<br><br>From-To    From 6/24/2011 - still existing |
| 3626 Sunset, LLC<br>3626 W. Sunset Blvd.<br>Los Angeles, CA 90026 | Owner B&B<br><br>Rich Bartol | EIN:    47-1149436<br><br>From-To    4/10/2014 - still existing |
| Bridge Tavern, LLC<br>1923 Micheltorena Street<br>Los Angeles, CA 90039 | Restaurant<br><br>Rich Bartol | EIN:    20-8869280<br><br>From-To    From 1/11/2007 - still existing |
| Cliff's, LLC<br>3626 Sunset Blvd.<br>Los Angeles, CA 90026 | Restaurant<br><br>Rich Bartol | EIN:    20-1415503<br><br>From-To    From 7/26/2004 - still existing |
| GJV, Inc.<br>1918 Sunset Blvd.<br>Los Angeles, CA 90026 | Restaurant<br><br>Rich Bartol | EIN:    95-3939935<br><br>From-To    From 11/13/84 - still existing |
| Oh Happy Day, LLC<br>1923 Micheltorena Street<br>Los Angeles, CA 90039 | Undeveloped land.<br><br>Rich Bartol | EIN:    None<br><br>From-To    From 10/15/15 - still existing |
| Vintage Event Design, LLC<br>1923 Micheltorena Street<br>Los Angeles, CA 90039 | Development multi-family<br>residential<br><br>Rich Bartol | EIN:    95-1234567<br><br>From-To    12/19/2005 - still existing |

Debtor 1    **Dana Hollister**

Case number *(if known)*

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **The Paramour Estate, Inc.**<br>**1923 Micheltorena Street**<br>**Los Angeles, CA 90039** | **Not doing business, no assets**<br><br>**None** | EIN:    **82-2274508**<br><br>From-To    **From 7/18/2017 - still existing** |
| **Gypsy Saloon, Inc.**<br>**1923 Micheltorena Street**<br>**Los Angeles, CA 90039** | **Bar, restaurant - business was**<br>**sold in 2017**<br><br>**None** | EIN:    **45-3598728**<br><br>From-To    **From 8/25/2011 - 2017** |
| **Hollister Venetos Holdings, Inc.**<br>**1923 Michetorena Street**<br>**Los Angeles, CA 90039** | **Holding company**<br><br>**None** | EIN:    **20-3984571**<br><br>From-To    **From 12/19/2005 - still existing** |
| **DAP Dining, Inc.**<br>**1923 Micheltorena Street**<br>**Los Angeles, CA 90039** | **Osso Restaurant - since sold.**<br>**Company no longer has any**<br>**operations or assets**<br><br>**None** | EIN:    **47-3867559**<br><br>From-To    **From 3/16/2015 -** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐  **No**
■  **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City and ZIP Code) | Date Issued |
|---|---|
| **To be amended** | |

Debtor 1   **Dana Hollister**　　　　　　　　　　　　　　　　　Case number (if known)

---

| Part 12: | Sign Below |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **Dana Hollister** | **Signature of Debtor 2** |
| **Signature of Debtor 1** | |
| Date   **March 6, 2018** | Date |

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☐ No
■ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Owned by Dana Hollister

**DomainName**
1629GRIFFITHPARK.COM
BRITESPOTDINER.COM
cliffsedgela.com
cliffsedgerestaurant.com
cliffsrestaurant.com
DANAHOLLISTER.COM
demimondehotel.com
demimondesilverlake.com
EX-VOTO.COM
hoteldemimonde.com
hotellucie.com
hotellucie.us
HOTELSILVERLAKE.COM
luciehotel.com
monumental.la
MONUMENTALDH.COM
MONUMENTALHOSPITALITY.COM
PARAMOUR.ESTATE
paramourhotel.com
paramourhotel.net
paramourhotel.org
SILVERLAKEHOTEL.COM
THECANFIELD-MORENOESTATE.COM
THECANFIELDMORENOESTATE.COM
thedemimondehotel.com
THEGYPSYSALOON.COM
thehotelbohemian.com
thelucie.com
theluciehotel.com
THEPARAMOUR.COM
theparamourestate.com
theparamourhotel.com
theparamourhotel.net
theparamourhotel.org
THEPARAMOURMANSION.COM
THESILVERLAKEHOTEL.COM
THEVILLAINSTAVERN.COM
THEVILLAURBANA.COM
URBANACOLLECTION.COM
VILLAINSTAVERN.COM
VILLAURBAN.COM
VILLAURBAN.US

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Dana Hollister**

_____ Debtor(s)

Case No. _____

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 91,717.00 |
| Prior to the filing of this statement I have received | $ | 91,717.00 |
| Balance Due | $ | 0.00 |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **See retainer agreement. Fees billed on an hourly basis. Amount received is retainer of $81,717 plus additional payment of $10,000 for additional work in anticipation of filing.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **See retainer agreement.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 6, 2018**
_____
Date

David A. Tilem
_Signature of Attorney_
**Law Offices of David A. Tilem**
**206 N. Jackson Street, #201**
**Glendale, CA 91206**
**(818) 507-6000  Fax: (818) 507-6800**
**DavidTilem@TilemLaw.com**
_Name of law firm_

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**David A. Tilem**<br>**206 N. Jackson Street, #201**<br>**Glendale, CA 91206**<br>**(818) 507-6000 Fax: (818) 507-6800**<br>California State Bar Number: **103825 CA**<br>DavidTilem@TilemLaw.com | FOR COURT USE ONLY |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>    **Dana Hollister**<br><br><br><br><br><br>                                   Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of  **11**  sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **March  6, 2018**
_____
Signature of Debtor 1

Date:  _____
_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **March  6, 2018**
_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                               **F 1007-1.MAILING.LIST.VERIFICATION**

Dana Hollister
1923 Micheltorena Street
Los Angeles, CA 90039


David A. Tilem
Law Offices of David A. Tilem
206 N. Jackson Street, #201
Glendale, CA 91206


1629 Griffith, LLC
1923 Micheltorena Street
Los Angeles, CA 90039


1629 Griffith, LLC
1923 Micheltorena St.
Los Angeles, CA 90039


3626 Sunset, LLC
1923 Micheltorena Street
Los Angeles, CA 90039


Advance Merchant Finance
433 N Camden Dr., #810
Beverly Hills, CA 90210


Andrew Kahn/GEMS
4003 Cumberland Ave.
Los Angeles, CA 90027


Andrew Kahn/GEMS
1629 Griffith Park Blvd., #104
Los Angeles, CA 90026

Andy Given
8997 St. Ives Drive
West Hollywood, CA 90069


Anea Enterprises, Inc.
3142 Pacific Coast Hwy., #209
Torrance, CA 90505


Antonette Venetos
14021 Marquesas Way
Marina Del Rey, CA 90292


Bank of America
P.O. Box 31785
Tampa, FL 33631


Bank of America
100 North Tryon Street
Charlotte, NC 28202


Bridge Tavern, LLC
1356 Palmetto Street
Los Angeles, CA 90013


Bridge Tavern, LLC
1923 Micheltorena Street
Los Angeles, CA 90039


Calif Employment Dev Dept
P.O. Box 826215
Sacramento, CA 94230-6215

Claire Downes & Brenden Gallagher
1738 N. Kingsley Dr., #4
Los Angeles, CA 90027


Cliff's LLC
1923 Micheltorena Street
Los Angeles, CA 90039


Commercial Bank of California
805 Wilshire Blvd.
Santa Monica, CA 90401


Coral Dabarera & Eli Edelson
3713 Kelton Ave., #3
Los Angeles, CA 90034


Courtney Wilk & Daniel Mandel
1259 Guerrero St.
San Francisco, CA 94110


Daniel Kotzer
2006 Hillsboro Ave.
Los Angeles, CA 90034


Danielle Gharst & Chris Cahill
4811 Frieda Drive
Los Angeles, CA 90065


Darla Linvill & Everett Livingston
3630 Marathon St., #326
Los Angeles, CA 90026

Dartplace Ltd/Watson
20 Seymour Road
London SW18 5JA, UK


DeeAnna Staats
15301 Ventura Blvd., Suite B470
Sherman Oaks, CA 91403


EResidentAgent, Inc.
c/o Jeff Unger
12121 Wilshire Blvd., #1201
Los Angeles, CA 90025


Erin Tudron & Brad Roller
4108 Tujunga Ave., #24
Studio City, CA 91604


Frances Martin
6115 1/2 Winans Dr.
Los Angeles, CA 90068


Franchise Tax Board
P.O. Box 1673
Sacramento, CA 95812-1673


Franchise Tax Board
P.O. Box 2952
Sacramento, CA 95812


George R. Hynick
5000 N. Parkway Calabasas, #220
Calabasas, CA 91302-1400

Gideon Kotzer
9712 Monte Mar Dr.
Los Angeles, CA 90035


GJV, Inc.
1918 West Sunset Blvd.
Los Angeles, CA 90026


GJV, Inc.
1923 Mitcheltorena Ave.
Los Angeles, CA 90039


Glyn Aeppel
175 Rennell Drive
Southport, CT 06890


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Intnl Church Foursquare Gospel
c/o River Rock Real Estate Group
100 Bayview Circle, Suite 1200
Newport Beach, CA 92660


Jamie Stovall & Michael Ohanessian
8843 Riderwood Dr.
Sunland, CA 91040


Jeanne Kim & Keith Ahn
536 Leavenworth St.
San Francisco, CA 94109

Jena Choi & Kurt Goodwin
1401 23rd St.
Los Angeles, CA 90066


Jill Martin & Kevin Fey
2822 St. George St.
Los Angeles, CA 90027


Jill Sanford
3333 Madera Ave.
Los Angeles, CA 90039


Jose A. Debasa
Agent for Service of Process
3424 Wilshire Blvd.,
Los Angeles, CA 90010-2202


Josh Klinghoffer
3130 Wilshire Blvd., #600
Santa Monica, CA 90403


Juckniess Law Firm
302 E. Liberty Street, #203
Ann Arbor, MI 48104


Kassia Miller & Patrick O'Brien
1343 Maltman Ave., #10
Los Angeles, CA 90026


Kay Virginia Gustafson, Esq.
28863 Eagleton St.
Agoura Hills, CA 91301

Keith Greco
Greco Decor, Inc.
2750 Casitas Ave.
Los Angeles, CA 90039


Law Office of Randy Snyder
21333 Oxnard Street, 1st Fl.
Woodland Hills, CA 91367


Lorie Margolis & Adam Rejwan
1401 Sinaloa Ave.
Pasadena, CA 91104


Los Angeles County
Treasurer & Tax Collector
P.O. Box 54018
Los Angeles, CA 90054


Mitie Tucker, LLC
1629 Griffith Park Blvd., #302
Los Angeles, CA 90026


Odyssesus Investment Group, LLC
c/o Gideon Kotzer, Manager
1333-35 Willow St.
Los Angeles, CA 90013


Oh Happy Day, LLC


Oh Happy Day, LLC
1923 Micheltorena St.
Los Angeles, CA 90039

Oh Happy Day, LLC
1923 Micheltorena Street
Los Angeles, CA 90039


Olson Kundig
159 S. Jackson St., #600
Seattle, WA 98104


Paul Nibarger
7310 Via Marie Celeste
Rancho Palos Verdes, CA 90275


Presbytery of the Pacific
c/o Rev. Linda Culbertson
6323 W. 80th St.
Los Angeles, CA 90045


Presbytery of the Pacific
6323 W. 8th St.
Los Angeles, CA 90045


Rachel  Bartov Douglas
1965 Redcliff Street
Los Angeles, CA 90039


Randolph Erich Steiner
Agent for Service of Process
3424 Wilshire Blvd.
Los Angeles, CA 90010-2202


Regina Hwang & Eric Chow
940 E. 2nd St., #37
Los Angeles, CA 90012

Robins Kaplan
2049 Century Park East, #3400
Los Angeles, CA 90067


Roman Catholic Archbishop of LA
J. Michael Henningan
McKool, Smith & Henningan, PC
300 S. Grand Ave., #2900
Los Angeles, CA 90017


Samantha Longman & Mattthew Hok
336 N. Genesee Ave.
Los Angeles, CA 90036


Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165


Select Portfolio Servicing, Inc.
P.O. Box 65450
Salt Lake City, UT 84165


Select Portfolio Servicing, Inc.
3217 S. Decker Lake Dr.
Salt Lake City, UT 84119-3284


Specialized Loan Servicing, LLC
P.O. Box 105219
Atlanta, GA 30348-5219


Specialized Loan Servicing, LLC
8742 Lucent Boulevard
Highlands Ranch, CO 80129-2386

Spring 7 Loft, LLC a/k/a BOBS, LLC
600 S. Spring St.
Unit Office
Los Angeles, CA 90014


Spring 7 Loft, LLC a/k/a BOBS, LLC
600 S. Spring St.
Los Angeles, CA 90014


Stanley Stone, Esq.
Agent for Service of Process
P.O. Box 261727
Encino, CA 91426


Steven Vitalos
6115 1/2 Winans Dr.
Los Angeles, CA 90068


Sue Balmforth
2658 Griffith Park Blvd., #313
Los Angeles, CA 90039


Susan Borg & Stuart Schlisserman
2081 Camino de Los Robles
Menlo Park, CA 94025


Syntax Design Lab
P.O. Box 661546
Los Angeles, CA 90066


TD Auto Finance
P.O. Box 16039
Lewiston, ME 04243

The Bird Nest, LLC
c/o Michael Starler, Eric Rown
Greenberg Traurig, LLP
1840 Century Park E., #1900
Los Angeles, CA 90067


Toni Maier
8033 W. Sunset Blvd., #569
Los Angeles, CA 90046


Unkle Productions, LLC
1163 N. Cornado St
Los Angeles, CA 90026


Unkle Productions, LLC
1629 Griffith Park Blvd., #102
Los Angeles, CA 90026


Unkle Productions, LLC
1163 N. Coronado St.
Los Angeles, CA 90026


Victor Ngai & Yao Hua Wang
130 S. Hewitt St., #33
Los Angeles, CA 90012


Vintage Event Design, LLC
1923 Micheltorena Street
Los Angeles, CA 90039