# EXHIBIT A

Exhibit A, Page 014

DANA HOLLISTER
ASSETS LIABILITIES
PAGE 1 OF 3
November 15, 2017

| | VALUE (est) | Debt | NET VALUE (est) | NOTES |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Cash On Hand | | | $140,000 | |
| Investment Accounts, Stocks, Bonds, etc | $0 | | | |
| 1923 Micheltorena (Residential Property) | $19,000,000 | | | Appraisals of $17M and $21M |
|     1st TD - SPS Mortgage | | $4,407,023 | | |
|     2nd TD - Spring Lofts, LLC | | $8,000,000 | | Cross Collaterized against Oh Happy Day, LLC |
| | | | $6,592,977 | |
| 1910 Micheltorena (Residential Property) | $1,622,000 | | | Zillow Value |
|     1st - BofA | | $753,441 | | |
|     2nd - SLS | | $116,430 | | |
| | | | $752,129 | |
| 1902 Micheltorena (Residential Property) | $2,000,000 | | | Zillow: $1,980,000 |
|     1st - Chase | | $878,982 | | |
|     2nd - SLS | | $489,270 | | |
| | | | $631,748 | |
| Cross Collaterized Obligations - 1910 and 1902 Micheltorena | | | | |
|     3rd - R. Huizenga | | $300,000 | | |
|     4th - D. Staats | | $1,960,000 | | |
| | | | -$2,260,000 | |
| 50% Interest Cliffs LLC (Restaurant) | | | $210,000 | Estimate based upon distribution of $6,000 per month./$72,000. Actual Value not known |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER        HOLLISTER 004029

Ex. 850, Page 1 of 3                                  Exhibit A, Page 015

DANA HOLLISTER
ASSETS LIABILITIES
PAGE 2 OF 3
November 15, 2017

| | VALUE (est) | Debt | NET VALUE (est) | NOTES |
|---|---|---|---|---|
| 50% Interest - 3626 Sunset LLC (Real Estate Investment LLC) | $3,925,000 | | | Real Estate Value |
| 50% Interest - Vintage Event Design, LLC (Real Estate Investment, LLC) | $1,500,000 | | | Real Estate Value |
| Cross-Collaterized Olbigtions 3626 Sunset, LLC and Vintage Event Design, LLC | | $3,649,419 | | |
| Total Equity 3626 Sunset, LLC and Vintage Event Design, LLC | | $1,775,581 | | |
| 50% Interest - 3626 Sunset, LLC and Vintage Event Design, LLC | | | $887,791 | |
| Bridge Tavern, LLC (Restaurant/Bar) | | | $400,000 | Business valued based upon estimated sales value less debt. D. Staats is holding a cross-collaterized loan in the Hollister Membership Interest in this Company in the amount of $1,960,000 |
| 1629 Griffith Park, LLC (Multi Use Development Project) | $0 | $833,000 | -$833,000 | Leasehold Interest in a non-performing asset. This is a liability |
| GJV, Inc. (Restaurant/Diner) | $650,000 | $100,000 | $550,000 | D. Staats is holding a cross-collaterized loan in the Hollister Membership Interest in this Company in the amount of $1,960,000 |
| Automobiles | $77,230 | $75,890 | $1,340 | |

DANA HOLLISTER
ASSETS LIABILITIES
PAGE 3 OF 3
November 15, 2017

|  | VALUE (est) | Debt | NET VALUE (est) | NOTES |
|---|---|---|---|---|
| Personal Property |  |  | $750,000 |  |
| **OTHER LIABILITIES** |  |  |  |  |
| Personal Loan from T. Maier |  |  | -$300,000 |  |
| Personal Loan from R. Keaton |  |  | -$75,000 |  |
| Personal Loan from J. Kling |  |  | -$75,000 |  |
| Other Unsecured Debot |  |  | -$40,357 |  |
| Robins, Kaplan (est) |  |  | -$500,000 |  |
| Rick Juckiness (est) |  |  | -$156,000 |  |
| Randy S. Snyder (est) |  |  | -$100,000 |  |
| **NET WORTH** |  |  | **$6,576,628** |  |
| **OTHER DEBT** |  |  |  |  |
| Oh Happy Day, LLC (Real Estate Investment, LLC) | Unknown | $1,100,000 |  | Property cannot be valued. Property purchase in 2015 for $1,550,000. Most recently appraised for $5,800,000 based upon development potential. |
|  |  | $1,060,000 |  | Unrecorded Deed of Trust held by Spring Loft LLC on the Oh Happy Day, LLC property |
| **TOTAL NET WORTH** |  |  | **$4,416,628** |  |

