# EXHIBIT B

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                    FOR THE COUNTY OF LOS ANGELES

 3  DEPARTMENT CCH 19              HON. STEPHANIE BOWICK, JUDGE

 4

    ROMAN CATHOLIC ARCHBISHOP OF    )
 5  LOS ANGELES, et al.,            )
                                    )
 6                  Plaintiff,      )   CASE NO. BC585604
                                    )
 7        vs.                       )
                                    )
 8  DANA HOLLISTER, et al.,         )
                                    )
 9                  Defendants.     )
    _____)
10                                  )
    AND RELATED CROSS-ACTIONS.      )
11  _____)

12

13            REPORTER'S TRANSCRIPT OF PROCEEDINGS

14                   FRIDAY, DECEMBER 1, 2017

15

16  APPEARANCES:

17  FOR PLAINTIFFS: ROMAN CATHOLIC ARCHBISHOP OF
                    LOS ANGELES
18
                    MCKOOL SMITH HENNIGAN, PC
19                  BY:  J. MICHAEL HENNIGAN, ESQ.
                         KIRK D. DILLMAN, ESQ.
20                       ROBERT W. MOCKLER, ESQ.
                    300 South Grand Avenue, Suite 2900
21                  Los Angeles, CA  90071
                    213.694.1200
22                  hennigan@mckoolsmithhennigan.com
                    kdillman@mckoolsmithhennigan.com
23                  rmockler@mckoolsmithhennigan.com

24

25              (APPEARANCES CONTINUED ON NEXT PAGE.)

26

27  Christine Kwon-Chang, CSR No. 12143, CRR
    Official Pro Tempore Court Reporter
28  Job No. 141447
```

| | | |
|---|---|---|
| 1 | Q | BY MR. DILLMAN: That's the Paramour, |
| 2 | right? | |
| 3 | A | Yes, sir. |
| 4 | Q | That's your house? |
| 5 | A | That's my business. |
| 6 | Q | It's where you live? |
| 7 | A | No. |
| 8 | Q | Oh, you moved? |
| 9 | A | I live in the stables, sir. I don't |
| 10 | live in the house. | |
| 11 | Q | Which is part of the Paramour Property? |
| 12 | A | It's a house on the property. |
| 13 | Q | Okay. In your statement, let's go to |
| 14 | Exhibit 850, there is a line item for -- there you go, | |
| 15 | right there -- for 1923 Micheltorena. | |
| 16 | | That's Paramour; right? |
| 17 | THE COURT: What page are you on? | |
| 18 | MR. DILLMAN: I'm sorry. First page. | |
| 19 | THE COURT: Thank you. | |
| 20 | Q | BY MR. DILLMAN: Correct? |
| 21 | A | That's correct. |
| 22 | | We provided you with two appraisals, and |
| 23 | we took the average of the two. | |
| 24 | Q | Ms. Hollister, let me just ask you to |
| 25 | focus on my question. Your counsel will get a chance | |
| 26 | to ask you questions. | |
| 27 | | You valued this at 19 million; right? |
| 28 | A | Yes. |

| | | |
|---|---|---|
| 1 | Q | Less than you valued it in May of 2014, |
| 2 | on your signed loan application? | |
| 3 | A | No. |
| 4 | Q | Is 19 not less than 20?  Just curious. |
| 5 | A | It is.  It's the average of the two |
| 6 | appraisals. | |

      7       THE COURT:  That's not the question,
8 Ms. Hollister, so you need to answer his questions
9 directly.
10        So ask the question again, Mr. Dillman.
11    MR. DILLMAN:  Sure.
12    Q   BY MR. DILLMAN:  The value that you
13 have put here, and jury the can -- hold on.
14        Up here is valued -- this column is
15 value, how much you value the asset at.
16        All right.  You valued this asset,
17 Paramour, at $19 million as of today; right?
18    A   Yes, sir.
19    Q   And that's -- we can agree that's less
20 than $20 million?
21    A   Yes, it is, sir.
22    Q   And we can agree that's what you valued
23 it as of May of 2014?
24    A   I valued it at $20 million in 2014, sir.
25    Q   Right.
26        And I believe we've agreed that real
27 estate's gone up since then; right?
28    A   Yes, sir.

```
 1      Q      Now, the two appraisals -- let's get to
 2   the appraisals that you've talked about.
 3             You said you averaged those two
 4   appraisals; right?
 5      A      Yes, sir.
 6      Q      Both of them were before today; right?
 7      A      Yes, sir.
 8      Q      In fact, the $17 million appraisal was
 9   back in 2014, was it not?
10      A      Yes, sir.
11      Q      And the 2000 -- the 21-million-dollar
12   proposal was in June of 2016, nearly a year-and-a-half
13   ago?
14      A      Yes, sir.
15      Q      All right.  So you decided to take an
16   average of old appraisals, the most current of which
17   was a year-and-a-half ago, and average those to come
18   up with today's value; right?
19      A      Yes.
20      Q      And on top of the value of the Paramour,
21   you get -- you receive hundreds of thousands of
22   dollars each year in income from the Paramour, renting
23   it out for movies and so forth?
24      A      It's a business.  It's my primary
25   business, yes, sir.
26      Q      And you haven't included that in your
27   financial statements, have you?
28      A      I gave you tax returns.
```

1  THE COURT: When you say 1940, for the record,
2  it's the third account that says "Dana to 1940"?
3  THE WITNESS: Yes, ma'am.
4  THE COURT: Is that the account you're
5  referring to?
6  THE WITNESS: Yes, ma'am.
7  THE COURT: Thank you.
8  THE WITNESS: And the next account is -- I
9  think it was a -- developed as a tax account.
10  We don't keep very much money in it.
11  The GJV account -- GJV is the Brite Spot. Bridge
12  Tavern is dba Villains Tavern.
13  Q      BY MR. GEIBELSON: You put 140- in the
14  net value, but the number here is $167,000 on
15  Exhibit 845.
16  Why are those numbers different?
17  A      Those numbers go down up and down
18  according to payroll, paying a vendor because these
19  are restaurants.
20  So payrolls come in and out, sales tax
21  comes in and out, so they go up and down a little bit
22  every month. There's never a lot in them.
23  Q      What's the amount of money that you live
24  on every month?
25  A      I personally live on about $3,500 a
26  month myself.
27  Q      And where does that money come from?
28  A      It comes from money coming into the

| | |
|---|---|
| 1 | Paramour for photo shoots, filming.  The Paramour is a |
| 2 | working entity. |
| 3 | Q      Do you have to pay the debt on the |
| 4 | Paramour at the same time? |
| 5 | A      Oh, yes. |
| 6 | Q      What is the debt that you have to pay on |
| 7 | the Paramour? |
| 8 | A      The Paramour has two loans on it. |
| 9 | One is for about 30,000 a month.  That's |
| 10 | the first.  And then the second is $80,000 a month. |
| 11 | Q      And then do you also have an obligation |
| 12 | to pay on the 1902 Micheltorena property? |
| 13 | A      Yes, sir. |
| 14 | Q      Is that one of the rental properties you |
| 15 | talked about before? |
| 16 | A      Those two houses that are on my |
| 17 | statement are the two houses across from the opening |
| 18 | of my gate. |
| 19 | Yes, they both have mortgages on them. |
| 20 | Q      And how do you pay for those mortgages? |
| 21 | A      If there are renters in there, then they |
| 22 | pay some of it.  It's usually a little bit negative |
| 23 | every month though. |
| 24 | Q      Then there's 1962 Griffith Park. |
| 25 | Is that the church that we've talked |
| 26 | about and seen a picture of? |
| 27 | A      Yeah, 1629 Griffith Park, yes, it is. |
| 28 | Q      Sorry I got the number wrong. |

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                   FOR THE COUNTY OF LOS ANGELES
 3    DEPARTMENT CCH 19           HON. STEPHANIE BOWICK, JUDGE
 4
      ROMAN CATHOLIC ARCHBISHOP Of    )
 5    LOS ANGELES, et al.,            )
                                      )
 6                    Plaintiff,      ) CASE NO. BC585604
                                      )
 7         vs.                        )
                                      ) REPORTER'S
 8    DANA HOLLISTER, et al.,         ) CERTIFICATE
                                      )
 9                    Defendants.     )
      _____)
10                                    )
      AND RELATED CROSS-ACTIONS.      )
11    _____)
12
13
14              I, Christine Kwon-Chang, official pro
15    tempore court reporter of the Superior Court of the
16    State of California, for the County of Los Angeles, do
17    hereby certify that I did correctly report the
18    proceedings contained herein and that the foregoing
19    pages comprise a full, true and correct transcript
20    of the proceedings taken in the matter of the
21    above-entitled cause on December 1, 2017.
22
23
                Dated this 3rd day of December, 2017.
24
25

                            _____
26                          Christine Kwon-Chang, CSR No. 12143, CRR
27                          Official Pro Tempore Reporter
28
```