# EXHIBIT C

**This page is part of your document - DO NOT DISCARD**

**20180159011**





Pages: 0004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**02/16/18 AT 08:20AM**

| | |
|---|---:|
| FEES: | 32.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 107.00 |



**LEADSHEET**



201802163320001

00014902125



008910906

**SEQ:**
**01**

DAR - Counter (Upfront Scan)



**THIS FORM IS NOT TO BE DUPLICATED**

E535800

275-214
[Rev. 09/20/13]

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:
GREENBERG TRAURIG, LLP

**WHEN RECORDED MAIL TO:**

NAME:   Eric Rowen

ADDRESS:   1840 Century Park East, Suite 1900

CITY/STATE/ZIP:   Los Angeles, California 90067

02/16/2018

*20180159011*

THIS SPACE FOR RECORDER'S USE ONLY

# DOCUMENT TITLE

ABSTRACT OF JUDGMENT

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION (Govt. Code 27361.6)
(additional recording fee applies)

EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, State Bar number, and telephone number):*
Recording requested by and return to:
Eric V. Rowen (106234); Lisa C. McCurdy (228755)
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
TEL NO.: (310) 586-7700    FAX NO. (Optional): (310) 586-7800
E-MAIL ADDRESS (Optional): RowenE@gtlaw.com

☒ ATTORNEY FOR    ☒ JUDGMENT CREDITOR    ☐ ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Los Angeles Division (Stanley Mosk Courthouse)

PLAINTIFF: Roman Catholic Archbishop of Los Angeles, et al.
DEFENDANT: Dana Hollister, et al.

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    ☐ Amended

CASE NUMBER: BC585604

1. The ☒ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ```
      Dana Hollister
      1923 Micheltorena Street
      Los Angeles, CA 90039
      ```
   b. Driver's license no. [last 4 digits] and state:    ☒ Unknown
   c. Social security no. [last 4 digits]: 1042    ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): Dana Hollister
      1923 Micheltorena Street
      Los Angeles, CA 90039

2. ☐ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   The Bird Nest, LLC
   c/o Greenberg Traurig, LLP,
   1840 Century Park E, Ste 1900, Los Angeles CA 90067
4. ☐ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: February 15, 2018
Eric V. Rowen for Greenberg Traurig, LLP
(TYPE OR PRINT NAME)

▶ *(signed)* Eric Rowen
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $5,244,294.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 2/5/2018
   b. Renewal entered on *(date):*
9. ☐ This judgment is an installment judgment.

10. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until *(date):*

12. a. ☒ I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

[SEAL]
SHERRI R. CARTER
This abstract issued on *(date):* FEB 15 2018

Clerk, by *(signed)*, Deputy
ANITA BARRON

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

Exhibit C, Page 029

| PLAINTIFF: Roman Catholic Archbishop of Los Angeles, et al. | COURT CASE NO.: |
|---|---|
| DEFENDANT: Dana Hollister, et al. | BC585604 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

This page is part of your document - DO NOT DISCARD

**20180152766**



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

02/14/18 AT 12:43PM

Pages: 0013

| | |
|---|---:|
| FEES: | 70.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 145.00 |

**PCOR SURCHARGE $20.00**


LEADSHEET


201802143250018

00014894748


008906576

SEQ:
01

DAR - Counter (Upfront Scan)



THIS FORM IS NOT TO BE DUPLICATED

275-214.
[Rev. 09/20/13]

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:

Greenberg Traurig, LLP

**WHEN RECORDED MAIL TO:**

NAME: Eric Rowen

ADDRESS: 1840 Century Park East, Suite 1900

CITY/STATE/ZIP: Los Angeles, California 90067

02/14/2018

*20180152766*

THIS SPACE FOR RECORDER'S USE ONLY

# **DOCUMENT TITLE**

JUDGMENT

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION (Govt. Code 27361.6)
(additional recording fee applies)



FILED
Superior Court of California
County of Los Angeles
FEB 05 2018
Sherri R. Carter, Executive Officer/Clerk
By _____ Deputy
Marisela Fregoso

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES, a Corporation Sole; THE CALIFORNIA INSTITUTE OF THE SISTERS OF THE MOST HOLY AND IMMACULATE HEART OF THE BLESSED VIRGIN MARY; ARCHDIOCESE OF LOS ANGELES EDUCATION & WELFARE CORPORATION;<br><br>Plaintiffs,<br><br>v.<br><br>DANA HOLLISTER, and DOES 1 through 20,<br><br>Defendants. | CASE NO. BC585604<br><br>[~~PROPOSED~~] JUDGMENT<br><br>JUDGE:   Hon. Stephanie Bowick<br>DEPT:   19<br><br>DATE FILED:   June 19, 2015<br><br><br>RECEIVED<br>JAN 17 2018<br>DEPT. 19 |

[~~PROPOSED~~] JUDGMENT

LA 133466731v1

| | |
|---|---|
| 1 | THE CALIFORNIA INSTITUTE OF THE SISTERS OF THE MOST HOLY AND IMMACULATE HEART OF THE BLESSED VIRGIN MARY, a California non-profit religious corporation, SISTER RITA CALLANAN, IHM, SISTER ROSE HOLZMAN, IHM, |
| 5 | Plaintiffs in Intervention, |
| 6 | v. |
| 7-9 | ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES, a Corporation Sole; MSGR. JOSEPH BRENNAN; FR. THOMAS ANSLOW, C.M.; THE BIRD NEST, LLC, and DOES 1 through 10, |
| 10 | Defendants in Intervention. |
| 11-12 | THE BIRD NEST, LLC, a California limited liability company, |
| 13 | Cross-Complainant, |
| 14 | v. |
| 15-20 | ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES, a Corporation Sole; ARCHDIOCESE OF LOS ANGELES EDUCATION & WELFARE CORPORATION; THE CALIFORNIA INSTITUTE OF THE SISTERS OF THE MOST HOLY AND IMMACULATE HEART OF THE BLESSED VIRGIN MARY, a California non-profit corporation; DANA HOLLISTER, an individual, and DOES 1 through 20, inclusive, |
| 21 | Cross-Defendants. |

2
[PROPOSED] JUDGMENT

LA 133466731v1

# JUDGMENT

This is the final judgment in the above-entitled action (the "Judgment") as to all matters between Plaintiffs Roman Catholic Archbishop of Los Angeles ("RCALA"), Archdiocese of Los Angeles Education & Welfare Corporation, and The California Institute of the Sisters of the Most Holy and Immaculate (the "Institute"), Defendant and Cross-Defendant Dana Hollister ("Hollister"), Intervenors Sister Rita Callanan and Sister Rose Holzman ("Intervenors"), and Defendant-in-Intervention and Cross-Complainant The Bird Nest, LLC ("Bird Nest").

A. All references in this Judgment to the "Property" or "Waverly Property" shall mean that certain real property commonly known as 3431 and 3441 Waverly Drive, Los Angeles, California, which is legally described as follows:

> Parcel 1: Parcels 1, 2, 3 and 17 in the City of Los Angeles, County of Los Angeles, State of California, as shown on the Licensed Surveyor's map of Los Feliz Park, filed in Book 25 page 25 of Record of Survey, in the office of the county recorder of said county.
>
> Excepting from said Lot 13 any portions included within Tract No. 9780 as per map recorded in Book 140 pages 17 through 17 inclusive of said map records.
>
> Parcel 2: That portion of Lot 20 of Tract No. 9780, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in book 140 pages 17 through 19 inclusive of Maps, in the office of the county recorder of said county, described as follows:
>
> Beginning at the point in the Southeasterly boundary of said Lot 20, distant thereon Northeasterly 25.00 feet from the most Southerly corner thereof, thence South 47° 49' 05" West 25.00 feet to said corner; thence along the Southwesterly boundary of said Lot 20; North 31° 08' 50" West 15.00 feet to an angle point therein; thence North 81° 27' 10" East 26.58 feet to the point of beginning.
>
> Parcel 3: Parcels 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15 and 16 in the City of Los Angeles, County of Los Angeles, State of California, as shown on the Licensed Surveyor's map of Los Feliz Park, filed in Book 25 page 25 of Record of Survey, in the office of the county recorder of said county.
>
> Parcel 4: That portion of Lot 14 of Tract No. 9780, in the City of Los Angeles, County of Los Angeles, State of California as per map recorded in Book 140 pages 17 through 19 inclusive of Maps, in the Office of the County Recorder of said County, described as follows:
>
> Beginning at the most Easterly corner of said Lot 14; thence North 40° 34' 17" West along the Northeasterly line of said Lot, a distance of 49.63 feet to an angle point in the Northerly line of said Lot; thence South 21° 19' 15" West, a distance of 111.14 feet, more or less, to the most Southerly corner of said Lot; thence North 47° 49' 58" East along the southeasterly line of said Lot, a distance of 98.07 feet to the point of beginning.

(collectively, the "Waverly Property"). For convenience only and not legal effect, the Waverly Property is referenced as Assessor Parcel Numbers 5434-009-011, 5434-009-010, 5434-009-012, 5434-009-008, 5434-010-007, 5434-010-008, 5434-010-009, 5434-012-004, 5434-009-013 and 5434-009-014.

B.   On June 19, 2015, Plaintiffs filed a complaint against Defendant Hollister for (I) declaratory relief, (II) quiet title, (III) cancellation of a void instrument, (IV) trespass, and (V) injunctive relief.  On June 26, 2015, Plaintiffs filed a Verified Amended Complaint against Defendant Hollister for (I) declaratory judgment, (II) quiet title, (III) cancellation of void instruments, (IV) slander of title, (V) trespass, (VI) intentional interference with contract, (VII) intentional interference with prospective economic advantage, and (VIII) injunctive relief.

C.   On July 17, 2015, Intervenors filed a Complaint-in-Intervention for (I) declaratory judgment against Plaintiffs and Bird Nest, (II) declaratory judgment against Plaintiffs and Bird Nest, and (III) injunctive relief against Plaintiffs and Bird Nest.  On August 24, 2015, Intervenors filed an Amended Complaint in Intervention for (I) declaratory judgment against Plaintiffs and Bird Nest, (II) declaratory judgment against Plaintiffs and Bird Nest, (III) declaratory judgment against Plaintiffs, (IV) injunctive relief against Plaintiffs and Bird Nest, and (V) breach of trust against Plaintiffs.

D.   On September 24, 2015, Bird Nest filed its Cross-Complaint for (I) declaratory relief, (II) intentional interference with prospective economic advantage, (III) intentional interference with contract, (IV) slander of title, and (V) cancellation of clouds on title.

E.   Plaintiffs moved for summary adjudication as to Plaintiffs' claims for declaratory judgment (Count I) and quiet title (Count II).  On April 13, 2016, the Court granted summary adjudication for Plaintiffs as to both claims, found that the Hollister transaction was invalid, and, by Order dated May 2, 2016, ordered cancellation of the Hollister Purchase and Sale Agreement, Memorandum of Agreement, First Amendment of Real Estate and Sale Agreement, Grant Deed, and Deed of Trust (the "MSA Order").

F.   Bird Nest moved for judgment on the pleadings as to Bird Nest's claims for declaratory relief (Count I) and cancellation of clouds on title (Count V).  On April 13, 2016, the Court granted judgment on the pleadings for Bird Nest's claim for cancellation of clouds on title (Count V) and denied without prejudice Bird Nest's claim for declaratory relief (Count I) (the "MJP Order").

G. Intervenors, joined by Hollister, sought writ relief with respect to both the MSA and MJP Orders (Appeal No. B272403). This Court vacated both Orders to allow additional discovery, following which the Court granted renewed motions for identical relief on identical grounds, as reflected in rulings dated March 14, 2017, and orders dated April 4, 2017. Intervenors and Hollister again sought writ relief, which was denied on October 13, 2017 (Appeal Nos. B282106 and B285541).

H. On April 25, 2017, Intervenors dismissed their first through fourth causes of action. On October 23, 2017, the Court granted judgment on the pleadings in favor of Plaintiffs and against Intervenors on Intervenors' remaining cause of action (Count V) against Plaintiffs for breach of trust.

I. On January 18, 2018, Plaintiffs dismissed without prejudice the following causes of action: Archdiocese of Los Angeles Education & Welfare Corporation—Counts IV through VIII; RCALA—Counts V through VIII; the Institute—Counts V and VIII.

J. Except as to Bird Nest's claim for declaratory relief, the remaining claims were tried before a jury. On November 17, 2017, the jury returned a verdict on the causes of action for slander of title, interference with contract, and interference with prospective economic advantage (a) in favor of RCALA and the Institute, jointly, and against Hollister for compensatory damages in the amount of $3,476,842.57, and (b) in favor of Bird Nest and against Hollister for compensatory damages in the amount of $1,571,020. The jury's verdict further found that Hollister had acted with oppression, fraud and/or malice as to each of RCALA, the Institute, and Bird Nest.

K. On December 4, 2017, following the trial on punitive damages, the jury awarded punitive damages in favor of RCALA and the Institute, jointly, and against Hollister in the amount of $6,670,000, and in favor of Bird Nest and against Hollister in the amount of $3,330,000.

L. On December 15, 2017, Bird Nest's cause of action for declaratory relief was heard by the Court, the matter having been deferred at the request of Hollister to follow the jury verdict. The Court granted declaratory and injunctive relief and awarded $1,914,294 in compensatory damages, offset by the jury's award of compensatory damages in favor of Bird Nest. In respect to this cause of action, the Court issued a final Statement of Decision on February 5, 2018.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT judgment is hereby entered (i) against Intervenors and in favor of Plaintiffs and Cross-Complainant Bird

3
[PROPOSED] JUDGMENT

Nest, and (ii) against Dana Hollister and in favor of Plaintiffs RCALA and the Institute, and Cross-Complainant Bird Nest, as follows:

1. Plaintiffs RCALA and the Institute shall have and recover jointly from Dana Hollister (i) the sum of $3,476,842.57 in compensatory damages and $6,670,000 in punitive damages, for a total sum of $10,146,842.57, (ii) with interest at the legal rate of ten percent (10%) per annum from the date hereof until paid, and (iii) costs of suit in the amount of $_____;

2. Cross-Complainant Bird Nest shall have and recover from Dana Hollister (i) the sum of $1,914,294 in compensatory damages and $3,330,000 in punitive damages, for a total sum of $5,244,294, (ii) with interest at the legal rate of ten percent (10%) per annum from the date hereof, and (iii) costs of suit in the amount of $_____;

3. Intervenors Sister Rita Callanan and Sister Catherine Rose Holzman shall take nothing on their First Amended Complaint-in-Intervention; Plaintiffs RCALA and the Institute shall have and recover jointly from Intervenors costs of suit in the amount of $_____, and Bird Nest shall have and recover from Intervenors costs of suit in the amount of $_____.

4. The Court declares as follows:

   a. Neither the religious order known as The Sisters of the Most Holy and Immaculate Heart of the Blessed Virgin Mary ("IHM"), nor any Sister of the IHM ("IHM Sister"), either individually or collectively, has or at any relevant time had any authority to sell, lease, encumber, convey, exchange, transfer or otherwise dispose of all or any part of the Waverly Property.

   b. The Archbishop of Los Angeles, not Intervenors Sisters Rita Callanan and Catherine Rose Holzman, or any IHM Sister, has and at all relevant times had authority over the assets and affairs of the Institute, including the authority to sell, lease, encumber, convey, exchange, transfer or otherwise dispose of all or any part of the Waverly Property;

   c. The Institute is the rightful holder of title to the Waverly Property, and Hollister has no right, title or interest in or to the Waverly Property;

   d. On June 9, 2015, Bird Nest and the Institute entered into a valid written agreement whereby the Institute agreed to sell the Waverly Property to Bird Nest ("Waverly PSA");

  e. The Waverly PSA, as amended, is a valid contract that has not been cancelled or terminated since the date it was entered into and remains in full force and effect;

  f. By reason of the Waverly PSA, Bird Nest holds beneficial title and interest in and to the Waverly Property, and has the sole and exclusive right to acquire title to the Waverly Property;

  g. Hollister has no rights, title, or interest of any type or nature in, to, or otherwise with respect to the Waverly Property, including but not limited to any right to acquire any right, title or interest therein; and

  h. The Hollister Purchase and Sale Agreement dated April 22, 2015, including the First Amendment of Real Estate and Sale Agreement dated June 10, 2015, and the related purchase and sale transaction is null, void *ab initio* and of no force or effect, and Hollister and her agents, representatives, invitees and assigns have no right to possession of the Waverly Property.

5. Because the Hollister purchase and sale transaction is null, void *ab initio* and of no force or effect, Hollister did not acquire any rights, title or interest by the instruments below, all of which are and are declared and adjudged to be null, void *ab initio* and of no force or effect, and hereby are cancelled:

  i. The Memorandum of Agreement recorded on May 20, 2015, in the Official Records, County of Los Angeles as Instrument No. 20150587540 (the "Hollister Memorandum").

  ii. The Grant Deed recorded on June 11, 2015, in the Official Records, County of Los Angeles as Instrument No. 20150689879 (the "Hollister Grant Deed").

  iii. The Deed of Trust recorded on June 11, 2015, in the Official Records, County of Los Angeles as Instrument No. 20150689880 (the "Hollister Deed of Trust").

6. At the request of Plaintiffs or Bird Nest, Hollister shall execute and deliver any instruments reasonably necessary to clear title to the Waverly Property and to withdraw, expunge and release the foregoing instruments declared null and void; in the event Hollister fails for any or no reason to execute and deliver such instruments as are reasonably necessary or desired to clear title to the Waverly Property, the Clerk of the Court is instructed to and shall do so in place and stead of Hollister, pursuant to further order of the Court.

7. Legal title to the Waverly Property is quieted in the Institute subject only to the rights of Bird Nest, and the Institute holds title to the Waverly Property free and clear of any and all claims of Hollister, who has no rights, titles or interests in or to the Waverly Property.

8. Hollister, her representatives, agents, employees, affiliated entities and their officers, members and managers, successors and assigns, and any and all other persons or entities acting for or on her behalf or in concert with her, are hereby:

  a. Permanently enjoined and restrained from taking any action with respect to the Waverly Property, including any action that interferes with or otherwise affects or impacts the Waverly Property or Bird Nest's right to acquire all rights, titles, and interest in and to, and thereafter own, possess, manage, and otherwise control, the Waverly Property;

  b. Ordered to return the Waverly Property to the status *quo ante* as of April 22, 2015, including but not limited to returning all fixtures, personal, and other property removed from the Waverly Property; and

  c. Ordered to immediately and permanently vacate the Waverly Property.

9. The declaratory and cancellation provisions of this Judgment (Sections 4 and 5 above) shall be and are self-executing, such that there shall be nothing preventing this Judgment from being recorded, and the failure, inability or refusal of any party to comply with this Judgment shall not prevent such declarations and cancellations from being enforced and relied upon by any person.

10. The Court retains jurisdiction over this matter in order, *inter alia*, to make and enter such further orders as may be proper or necessary to effectuate and enforce the provisions of this Judgment.

DATED: February 5, 2018

               /s/ Stephanie Bowick
               Honorable Stephanie Bowick
               Judge of the Superior Court

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1840 Century Park East, Suite 1900, Los Angeles, California 90067.

On January 16, 2018, I served the NOTICE OF LODGING [PROPOSED] JUDGMENT on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

| | |
|---|---|
| J. Michael Hennigan<br>Kirk D. Dillman<br>Robert W. Mockler<br>McKOOL SMITH HENNIGAN, P.C.<br>One California Plaza<br>300 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90017<br>Tel: (213) 694-1002<br>Email: hennigan@mckoolsmithhennigan.com | *Attorneys for Plaintiffs, Roman Catholic Archbishop of Los Angeles et al.* |
| Randy S. Snyder<br>L/O of RANDY S. SNYDER<br>21333 Oxnard Street, 1st Floor<br>Woodland Hills, CA 91367<br>Tel: (818) 222-7677<br>Email: rsnyder@rsslegal.com | *Attorney for Defendant Dana Hollister* |
| Michael A. Geibelson<br>Daniel L. Allender<br>ROBINS KAPLAN, LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067<br>Tel: (310) 552-0130<br>Email: MGeibelson@robinskaplan.com<br>         DAllender@robinskaplan.com | *Attorneys for Defendant Dana Hollister* |
| Frederick R. Juckniess<br>JUCKNIESS LAW FIRM PLC<br>302 E. Liberty Street, Suite 203<br>Ann Arbor, MI 48104-2206<br>Tel: (734) 707-1515<br>Email: rick@juckniesslaw.com | *Attorney for Defendant Dana Hollister* |

PROOF OF SERVICE

| | |
|---|---|
| John N. Scholnick<br>Amy M. Rubenstein<br>Jim Yan<br>SCHIFF HARDIN LLP<br>233 S. Wacker Drive, Suite 6600<br>Chicago, IL 60606-6306<br>jscholnick@schiffhardin.com<br>arubenstein@schiffhardin.com | *Attorneys for Intervenors and Petitioners,*<br>*Sister Rita Callanan and Sister Catherine*<br>*Rose Holzman* |
| Eric M. George<br>BROWN GEORGE ROSS, LLP<br>2121 Avenue of the Stars<br>24th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 274-7100<br>Email: egeorge@bgrfirm.com | *Attorneys for Intervenors and Petitioners,*<br>*Sister Rita Callanan and Sister Catherine*<br>*Rose Holzman* |

☒ **(BY UPS OVERNIGHT)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by UPS Overnight Delivery. Under the practice it would be deposited with UPS on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by UPS Overnight is more than one day after date of deposit with UPS.

☒ **(BY ELECTRONIC MAIL – COURTESY COPY)**
I served the above-mentioned document electronically on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

☒ **(STATE)**    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 16, 2018, at Los Angeles, California.

_____
CHRISTINE C. CRONKRITE

**PROOF OF SERVICE**

I certify that this is a true and correct copy of the original __Judgment__ on file in this office consisting of 10 pages.
SHERRI R. CARTER, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles.
Date: FEB 14 2018    By: _____, Deputy
Yuliya Tarasyuk