# EXHIBIT E

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Dana Hollister** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  | | Your assets<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B.................................................. | $ 38,400,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B...................................... | $ 10,655,621.30 |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................ | $ 49,055,621.30 |

### Part 2:    Summarize Your Liabilities

|  | | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... | $ 30,370,844.57 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................. | $ 310,609.83 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 10,411,466.89 |
| | **Your total liabilities** | $ 41,092,921.29 |

### Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.................................................... | $ 8,000.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.................................................... | $ 8,046.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information          page 1 of 2

Debtor 1    **Dana Hollister**                                                                    Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
   122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.                                    $ _____

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

   **Total claim**

   **From Part 4 on *Schedule E/F*, copy the following:**

   | | | |
   |---|---|---|
   | 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 310,609.83 |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
   | 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |

   9g. **Total.** Add lines 9a through 9f.                                            $ _____310,609.83_____

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Dana Hollister** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

| 1.1 | | | |
|---|---|---|---|
| **1923 Micheltorena Street** | | | |
| Street address, if available, or other description | | | |

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Los Angeles** | **CA** | **90039-0000** |
|---|---|---|
| City | State | ZIP Code |

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $36,000,000.00 | $36,000,000.00 |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

| **Los Angeles** | |
|---|---|
| County | |

☐ Check if this is community property (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

Debtor 1    **Dana Hollister**                                                                     Case number *(if known)* _____

---

**If you own or have more than one, list here:**

1.2

**1910 Micheltorena Street**
Street address, if available, or other description

| | | |
|---|---|---|
| **Los Angeles** | **CA** | **90039-0000** |
| City | State | ZIP Code |

**Los Angeles**
County

**What is the property?** Check all that apply

�too/■ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,400,000.00** | **$2,400,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..............................................=>  | **$38,400,000.00** |

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No

■ Yes

3.1 | Make: | **Mercedes Benz** |
| Model: | **G55 Class** |
| Year: | **2011** |
| Approximate mileage: | |
| Other information: | |

**Vehicle is fully encumbered. Location: 1923 Micheltorena Street, Los Angeles CA 90039**

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$70,000.00** | **$70,000.00** |

---

4.  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..............................................=>  | **$70,000.00** |

**Part 3:    Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions.

---

Official Form 106A/B                          Schedule A/B: Property                                    page 2

| Debtor 1 | Dana Hollister | | Case number *(if known)* | |
|---|---|---|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
■ Yes. Describe.....

| See Attachment - 1923 Micheltorena Inventory. Location: 1923 Micheltorena Street, Los Angeles CA 90039<br>See Attachment - Kitchen appliances: Location: 1923 Micheltorena Street, Los Angeles CA 90039 | $1,487,300.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
■ Yes. Describe.....

| 46' television - $1,000; Macbook pro - $1,500; Assorted I-pads - $1,000.<br>Location: 1923 Micheltorena Street, Los Angeles CA 90039 | $3,500.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
■ Yes. Describe.....

| All located at 1923 Micheltorena Street, Los Angeles CA 90039<br><br>Stained glass - $3,000<br>Chinese opera hats - $2,400.<br>Books - $20,000<br>Pottery - $15,000<br>Vintage handbags - $10,000<br>Vintage clothing - $10,000 | $60,400.00 |
|---|---|

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
■ Yes. Describe.....

| Pelleton, treadmill machines<br>Location: 1923 Micheltorena Street, Los Angeles CA 90039 | $1,100.00 |
|---|---|

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No
☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes. Describe.....

| Womens clothes and accessories<br>Location: 1923 Micheltorena Street, Los Angeles CA 90039 | $12,500.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

Debtor 1    **Dana Hollister**                                    Case number *(if known)*  _____

■ Yes.  Describe.....

| Collection of vintage and costume jewelry<br>Location: 1923 Micheltorena Street, Los Angeles CA 90039 | $10,000.00 |

**13.  Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
■ Yes.  Describe.....

| Dog<br>Location: 1923 Micheltorena Street, Los Angeles CA 90039 | $10.00 |

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
☐ No
■ Yes.  Give specific information.....

| Salvage construction/decoration materials (like used antique doors)<br>Location: 1923 Micheltorena Street, Los Angeles CA 90039 | $12,000.00 |

**15.    Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...................................................................................

| $1,586,810.00 |

**Part 4:  Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16.  Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes...................................................................................................

Cash
Location:
1923
Micheltorena
Street, Los
Angeles CA
90039                                                    $200.00

**17.  Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.......................                        Institution name:

| | 17.1. | **Checking** | **City National Bank Account No. 1940** | $53,677.72 |
| | 17.2. | **Checking** | **City National Bank Account No. 7221** | $2.36 |
| | 17.3. | **Checking** | **City National Bank Account No. 3307** | $15.00 |

| Debtor 1 | **Dana Hollister** | Case number *(if known)* | |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ■ No
   ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
| --- | --- | --- |
| The Paramour Estate, Inc. | 100 % | $0.00 |
| Oh Happy Day, LLC | 100 % | $3,600,000.00 |
| Bridge Tavern, LLC | 100 % | $510,000.00 |
| GJV, Inc. | 100 % | $451,000.00 |
| 1629 Griffith, LLC | 100 % | $1,200,000.00 |
| 3626 Sunset, LLC - Value is 50% of equity shown in draft 2/28/2018 balance sheet. | 50 % | $230,182.00 |
| Vintage Event Design, LLC | 50 % | $1,100,000.00 |
| Cliff's LLC - Value is 50%. | 50% % | $1,000,000.00 |
| Gypsy Saloon, Inc. Location: 1923 Micheltorena Street, Los Angeles CA 90039 Operating restaurant was sold 2017. Has no remaining assets. | 100% % | $0.00 |
| Hollister Venetos Holdings, Inc. Location: 1923 Micheltorena Street, Los Angeles CA 90039 Has no assets, no operating business | 100% % | $0.00 |
| Dap Dining, Inc. Location: 1923 Micheltorena Street, Los Angeles CA 90039 Operating restaurant was sold.  Corporation has no assets at this time. | 33% % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ■ No
   ☐ Yes. Give specific information about them
        Issuer name:

---

Official Form 106A/B    Schedule A/B: Property    page 5

Debtor 1    **Dana Hollister**                                                    Case number *(if known)* _____

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                            Type of account:        Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ No
    ■ Yes. ...................                    Institution name or individual:

               **Rent**                  **Security deposit for lease of property located**        $250,000.00
                                          **at 1629 Griffith Park Place, Los Angeles, CA**
                                          **90029**

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

               **See Schedule attached of URLs**                                    $500.00

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☐ No
    ■ Yes. Give specific information about them...

               **Type 47 liquor license used by Cliff's LLC in operation of its**        $95,000.00
               **restaurant.**

**Money or property owed to you?**                                    **Current value of the**
                                                                      **portion you own?**
                                                                      Do not deduct secured
                                                                      claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

Debtor 1    **Dana Hollister**    Case number *(if known)* _____

**30.  Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
             benefits; unpaid loans you made to someone else

☐ No
■ Yes.  Give specific information..

| | |
|---|---:|
| Ryan Lynch, Psomas, P.O. Box 51463, Los Angeles, CA 90051.<br>**Retainer paid to contractor - refund balance due.** | **$4,034.22** |

**31.  Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---:|
| **Debtor has a term life insurance policy with no cash surrender value.** | | **$0.00** |

**32.  Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
■ No
☐ Yes.  Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No
■ Yes.  Describe each claim.........

| | |
|---|---:|
| **Sisters of Immaculate Heart counter claims - info to be provided by Daniel Allender** | **$500,000.00** |
| **Claims against Odyssesus Investment Group, LLC, Gideon Kotzer and Daniel Kotzer arising from action pending in LASC Case #BC641794.** | **Unknown** |
| **Pierre Casanova, 1336 Mohawk St., Los Angeles, CA 90026. Claim for partition of Cliff's, LLC, 3626 Sunset, LLC and Vintage Event Design, LLC** | **Unknown** |

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No
■ Yes.  Describe each claim.........

| | |
|---|---:|
| **See response to #33.** | **$0.00** |

**35.  Any financial assets you did not already list**
■ No
☐ Yes.  Give specific information..

**36.**  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
    for Part 4. Write that number here............................................................................................................

| |
|---:|
| **$8,994,611.30** |

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Debtor 1    **Dana Hollister**                                                                      Case number *(if known)*

37. **Do you own or have any legal or equitable interest in any business-related property?**
  ☐ No. Go to Part 6.
  ☒ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
  ☒ No
  ☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
  *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
  ☐ No
  ☒ Yes. Describe.....

| | |
|---|---|
| Assorted printers, fax machines, scanners.<br>Location: 1923 Micheltorena Street, Los Angeles CA 90039 | $3,000.00 |

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
  ☐ No
  ☒ Yes. Describe.....

| | |
|---|---|
| Pressure washer, leaf blower, lawn mower.<br>Location: 1923 Micheltorena Street, Los Angeles CA 90039 | $1,200.00 |

41. **Inventory**
  ☒ No
  ☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
  ☒ No
  ☐ Yes. Give specific information about them...................
      Name of entity:                              % of ownership:

43. **Customer lists, mailing lists, or other compilations**
  ☒ No.
  ☐ Do your lists include **personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      ☒ No
      ☐ Yes. Describe.....

44. **Any business-related property you did not already list**
  ☒ No
  ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................................................

$4,200.00

Debtor 1    **Dana Hollister**                                                                    Case number *(if known)*

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|

If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.........

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ...................................    $0.00

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| 55. | **Part 1: Total real estate, line 2** .......................................................................................... | | $38,400,000.00 |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | $70,000.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $1,586,810.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $8,994,611.30 | |
| 59. | **Part 5: Total business-related property, line 45** | $4,200.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property. Add lines 56 through 61...** | $10,655,621.30 | Copy personal property total | $10,655,621.30 |
| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62** | | | $49,055,621.30 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# Summary Page

| Item | Value | Page # |
|---|---|---|
| Mirrors | $177,500.00 | 2 |
| Beds | $108,500.00 | 3 |
| Statues | $275,200.00 | 4 |
| Art | $149,500.00 | 5 |
| Chandeliers | $92,500.00 | 6 |
| Light Fixtures | $107,800.00 | 7 |
| Armoirs | $116,200.00 | 8 |
| Sofas | $59,100.00 | 9 |
| Tables | $79,600.00 | 10 |
| Cloisonne | $185,100.00 | 11 |
| Chairs | $81,900.00 | 12 |
| Rugs | $51,200.00 | 13 |
| **Total** | **$1,484,100.00** | |

## Mirrors

| Item | # | Value |
|------|---|-------|
| Foyer | | |
| | 1 | $3,000.00 |
| Zebra Hall | | |
| | 1 | $5,000.00 |
| | 2 | $5,000.00 |
| Dining Room | | |
| | 1 | $47,000.00 |
| Butler's Pantry | | |
| | Oval | $1,500.00 |
| Ballroom | | |
| | 1 | $8,000.00 |
| Den | | |
| | 1 | $6,000.00 |
| | 2 | $1,000.00 |
| | 3 | $1,000.00 |
| Marks room | | |
| | 1 | $8,000.00 |
| | 1 | $4,000.00 |
| Bridal | | |
| | 1 | $8,500.00 |
| | 2 | $4,500.00 |
| Brick Room | | |
| | 1 | $8,000.00 |
| Bridal bath | | |
| | 1 | $5,000.00 |
| | 2 | $1,500.00 |
| Landing | | |
| | 1 | $2,500.00 |
| Canfield | | |
| | Lincoln | $5,000.00 |
| | Pier | $4,000.00 |
| Canfield bath | | |
| | 1 | $2,000.00 |
| Moreno | | |
| | 1 | $2,000.00 |
| Moreno Bath | | |
| | 1 | $5,000.00 |
| | 2 | $3,000.00 |
| Fiona | | |
| | 1 | $1,800.00 |
| Fiona Bath | | |
| | 1 | $1,500.00 |
| Wong | | |
| | Silver | $1,500.00 |

## Mirrors

| Item | # | Value |
|------|---|-------|
| Balcony Suite | | |
| | 1 | $1,200.00 |
| Balcony Bath | | |
| | 1 | $2,500.00 |
| Coach Cottage | | |
| | Lg Rect | $3,000.00 |
| | Star burst | $1,500.00 |
| | Over sink | $2,000.00 |
| Gate Cottage | | |
| | By spriral | $3,500.00 |
| Corner Cottage | | |
| | Over bed | $2,000.00 |
| | Over sink | $1,500.00 |
| | Over vanity | $1,500.00 |
| | Oval kitchen | $1,000.00 |
| By Air conditioner | | |
| | Lg Rect | $3,500.00 |
| Bottom of stairs | | |
| | Lg Rect | $3,000.00 |
| Bedroom | | |
| | Lg Rect | $6,000.00 |
| **Total** | | **$177,500.00** |

## Beds

| Item | # | Value |
|------|---|-------|
| Gilded mirror bed | | $1,800.00 |
| Lion bed | | $2,000.00 |
| Plastic bed | | $6,000.00 |
| Venecian headboard | | $2,500.00 |
| Bridal bed | | $6,000.00 |
| Indian Beds | | |
| | 1 | $7,000.00 |
| | 2 | $7,000.00 |
| | 3 | $7,000.00 |
| | 4 | $7,000.00 |
| Moreno Bed | | $10,000.00 |
| Barley Beds | | |
| | 1 | $3,000.00 |
| | 2 | $3,000.00 |
| | 3 | $2,500.00 |
| Opium bed - den | | $10,000.00 |
| DeeAnna bed | | $1,000.00 |
| Ralph Lauren Bed | | $2,500.00 |
| Corner Cottage bed | | $1,200.00 |
| 1902 Guest Rm bed | | $1,000.00 |
| Circle Chinese bed | | $12,000.00 |
| Vampire bed | | $2,000.00 |
| Crown bed | | $6,000.00 |
| Inlaid opium bed | | $8,000.00 |
| **Total** | | **$108,500.00** |

## Statues

| Item | # | Value |
|---|---|---|
| Voldemart bride | | $1,000.00 |
| Zebra | | $20,000.00 |
| Emu | | $4,000.00 |
| Shell Angel | | $1,000.00 |
| Modonna/child | | $3,000.00 |
| Gothic apse | | $3,000.00 |
| shiva | | $2,200.00 |
| Liberty | | $3,500.00 |
| winged lady | | $4,200.00 |
| Rose | | $3,000.00 |
| Statue/bird hall | | $4,000.00 |
| Angel of death | | $4,000.00 |
| Marble winged lady | | $5,000.00 |
| wolf | | $3,500.00 |
| bust on mantle | | $2,000.00 |
| puck (window sill) | | $6,000.00 |
| Polar Bear | | $25,000.00 |
| Buddha (den) | | $2,000.00 |
| Diana | | $2,000.00 |
| Bacchus | | $2,000.00 |
| Baby Bacchus (pool) | | $9,000.00 |
| dancing lady (circle) | | $6,000.00 |
| Angel w/ staff | | $3,500.00 |
| Gothic candlesticks | | $3,600.00 |
| tiger | | $85,000.00 |
| musk ox | | $10,000.00 |
| big blue ceramic Urn | | $10,000.00 |
| front door foo dogs | | $4,000.00 |
| Eleyonne head | | $1,500.00 |
| b/w Morrocan fountain | | $1,000.00 |
| penguin | | $2,000.00 |
| kitchen birds | | $4,000.00 |
| Crest of England | | $8,000.00 |
| Bambi | | $1,000.00 |
| Moors | | $3,000.00 |
| Ceramic Fish | | $3,000.00 |
| Bronze Gothic Candlesticks | | |
| | Pair 1 | $3,200.00 |
| | Pair 2 | $2,400.00 |
| Coach Cottage | | |
| | Medusa | $2,000.00 |
| Gate Cottage | | |
| Nude Lady by Spiral stables | | $1,800.00 |
| | Mary | $3,000.00 |
| | Angel | $1,800.00 |
| | Horse heads | $6,000.00 |
| **Total** | | **$275,200.00** |

## Art

| Item | # | Value |
|------|---|-------|
| Horse lady | | $4,000.00 |
| Ships | | |
| | 1 | $3,000.00 |
| | 2 | $3,000.00 |
| Lady/angel | | $35,000.00 |
| devil/lady | | $25,000.00 |
| Archangle | | $6,000.00 |
| Matador | | $4,000.00 |
| Sacred Heart | | $3,000.00 |
| Saint/palm | | $3,000.00 |
| Psyche | | $4,000.00 |
| God | | $9,000.00 |
| Pink lady/dove | | $8,000.00 |
| 4 Tonkas | | $30,000.00 |
| Adam and Eve | | $10,000.00 |
| Elephant necklace | | $2,500.00 |
| **Total** | | **$149,500.00** |

## Chandeliers

| Item | # | Value |
|------|---|-------|
| Foyer | | $3,500.00 |
| main hall | | |
| | 1 | $8,000.00 |
| | 2 | $3,000.00 |
| dining room | | $12,000.00 |
| sun room | | $8,000.00 |
| basement kitchen | | $4,000.00 |
| den | | |
| | 1 | $3,000.00 |
| | 2 | $3,000.00 |
| Marks room | | $3,500.00 |
| Bridal bedroom | | $3,000.00 |
| bridal baths | | |
| | 1 | $2,500.00 |
| | 2 | $2,500.00 |
| brick room | | $1,800.00 |
| Canfield sitting room | | $4,000.00 |
| Canfield/moreno bath | | |
| | 1 | $2,000.00 |
| | 2 | $2,000.00 |
| Moreno bedroom | | $8,000.00 |
| Moreno hall | | $2,200.00 |
| Moreno dressing room | | $1,100.00 |
| Upper North Hall - pair | | $1,500.00 |
| Fiona bedroom | | $1,800.00 |
| Fiona bath | | $3,500.00 |
| Wong | | $1,800.00 |
| Balcony Suite bath | | $2,000.00 |
| Corner Cottage tub | | $1,800.00 |
| Stables bedroom | | $3,000.00 |
| **Total** | | **$92,500.00** |

## Light Fixtures

| Item | # | | Value |
|------|---|---|-------|
| Front Door | | | $3,500.00 |
| Coatroom | | | |
| | 1 | | $1,200.00 |
| | 2 | | $1,200.00 |
| Zebra hall | | | |
| | 2 | | $3,000.00 |
| | 2 | | $3,000.00 |
| Butler's Pantry | | | |
| | 1 | | $1,000.00 |
| | 2 | | $1,000.00 |
| Kitchen | | | |
| globe | | | $1,000.00 |
| lady sconce | | | $2,800.00 |
| silver sconces | | | |
| | 1 | | $2,000.00 |
| | 2 | | $2,000.00 |
| globe | | | $1,000.00 |
| Main Hall sconce | | | |
| | 1 | | $4,000.00 |
| | 2 | | $4,000.00 |
| Stairwell | | | $3,500.00 |
| Balcony Suite | | | |
| Pagoda | | | $1,800.00 |
| 4 fortuny | | | $4,000.00 |
| | | | |
| Pool over 3 doors | | | $2,500.00 |
| 4 standing fortuny lamps | | | $12,000.00 |
| fortuny multi shade sconces | | | |
| | 1 | 1 | $4,000.00 |
| | 2 | 2 | $4,000.00 |
| 4 ballroom light fixtures | | | $24,000.00 |
| Coach Cottage | | | |
| Stars | | | $3,000.00 |
| sconces | | | $1,200.00 |
| Gate Cottage | | | |
| Morrocan lantern | | | $1,500.00 |
| sconce kitchen | | | $3,000.00 |
| Corner Cottage | | | |
| Over bed fixture | | | $5,000.00 |
| kitchen fixture | | | $1,000.00 |
| Abalone fixture | | | $1,000.00 |
| Stables | | | |
| jeweled lantern | | | $1,600.00 |
| lantern in bath | | | $4,000.00 |
| **Total** | | | **$107,800.00** |

## Armoirs/Cabinets/Screens/dressers

| Item | # | Value |
|------|---|-------|
| Buffet in dining room | | $3,000.00 |
| Italian cabinet - ballroom | | $3,000.00 |
| Chinese cabinets bar | | |
| | 1 | $2,200.00 |
| | 2 | $2,200.00 |
| Cream leaved dresser | | $8,000.00 |
| Bridal armoir | | $4,000.00 |
| Chinese cabinets upper hall | | |
| | 1 | $10,000.00 |
| | 2 | $10,000.00 |
| Emperor screen | | $20,000.00 |
| Moreno dresser | | $4,000.00 |
| Canfield big black cabinet | | $10,000.00 |
| Canfield small black cabinet | | $4,000.00 |
| Cabinet in BP | | $2,000.00 |
| Sweater cabinets kitchen | | |
| | 1 | $2,000.00 |
| | 2 | $2,000.00 |
| Gate Cottage | | |
| medical cabinet dining room | | $1,500.00 |
| medical cabinet TC | | $1,500.00 |
| Corner Cottage | | |
| Morrocan vanity | | $8,000.00 |
| Stables | | |
| medical cabinet kitchen | | $1,500.00 |
| hutch bedroom | | $1,000.00 |
| Dresser matches CC bed | | $1,500.00 |
| 2 painted Tibetan Cabinets | | $2,000.00 |
| Chinese credenza Moreno | | $1,800.00 |
| Metal trunk | | $2,500.00 |
| Curtain armoir | | $1,000.00 |
| Legged Italian cabinet | | $1,500.00 |
| Landing cabinet | | $3,500.00 |
| Multi drawer cabint | | $2,500.00 |
| **Total** | | **$116,200.00** |

## Sofas

| Item | | # | Value |
|------|--|---|-------|
| Paisley sun room | | | $1,800.00 |
| maroon flair arm | | | $3,500.00 |
| Orange carved wood | | | $12,000.00 |
| NY white puffy | | | $1,000.00 |
| brick room | | | |
| | leather | 1 | $2,000.00 |
| | leather | 2 | $2,000.00 |
| teal upper hallway | | | $6,000.00 |
| bench BP | | | $3,000.00 |
| bench North Wing | | | $4,000.00 |
| tall back Italian bench | | | $1,500.00 |
| tall back Chinese bench | | | $4,500.00 |
| bench kitchen nook | | | $2,800.00 |
| kitchen red floral | | | $1,000.00 |
| Coach Cottage | | | |
| | leather Restoration | | $1,800.00 |
| Gate Rottage | | | |
| | black/white striped | | $1,200.00 |
| puff arm camel colored leather | | | $2,000.00 |
| red floral hump back hallway | | | $3,000.00 |
| black rolled armed leather distressed | | | $1,000.00 |
| Roman stone bench | | | $5,000.00 |
| **Total** | | | **$59,100.00** |

## Tables

| Item | # | Value |
|------|---|-------|
| dining table | | $8,000.00 |
| sun room table | | $6,000.00 |
| leather library table | | $1,500.00 |
| foyer altar table | | $7,000.00 |
| Zebra altar table | | $1,500.00 |
| carved black table hall | | $2,000.00 |
| big Tibetan altar tabel | | $5,000.00 |
| chinese red altar table | | $2,500.00 |
| 2 cloisonne altar tables | | $4,000.00 |
| 4 carved Chinese pedistals | | $3,500.00 |
| desk Fred damaged | | $2,500.00 |
| Silver mermaid table | | $5,000.00 |
| carved women desk | | $3,000.00 |
| "zebra" table | | $2,500.00 |
| metal industrial carts | | |
| | 1 | $1,000.00 |
| | 2 | $1,000.00 |
| | 3 | $1,000.00 |
| MGM Vanity | | $6,000.00 |
| gold Chinese pedestal dining room | | $2,000.00 |
| red inlayed desk | | $1,000.00 |
| Butcher Block | | $2,500.00 |
| triangle glided table | | $3,600.00 |
| Coach Cottage | | |
| printers block | | $2,500.00 |
| Gate Cottage | | |
| marble/wood dining table | | $3,000.00 |
| Stables | | |
| Marble counter | | $2,000.00 |
| **Total** | | **$79,600.00** |

## Cloisonne

| Item | Value |
| --- | --- |
| 2 incense burners (pool) | $25,000.00 |
| 2 Urns dining table | $15,000.00 |
| 2 Urns foyer table | $12,000.00 |
| 4 tall vases | $8,000.00 |
| 2 small vases | $3,000.00 |
| 2 small pedestals | $5,000.00 |
| 2 tall pedestals | $8,000.00 |
| 2 yellow vases | $7,000.00 |
| 2 "hatted" urns | $8,000.00 |
| 2 round Urns small | $6,000.00 |
| 2 R2D2 vases | $2,500.00 |
| 2 platters | $3,600.00 |
| Various bowls | $12,000.00 |
| 1 table | $8,000.00 |
| 3 handled bowls | $7,000.00 |
| 4 candle sticks | $4,000.00 |
| 2 lidded bulb Urns | $6,000.00 |
| 2 vases with eyes | $4,000.00 |
| 2 floor lamps | $9,000.00 |
| 2 big vases foyer | $4,000.00 |
| 2 armed pedestals (pool) | $8,000.00 |
| 2 blue spherical Urns | $8,000.00 |
| 2 dragon Urns | $6,000.00 |
| 2 square vases | $3,000.00 |
| 1 Dragon tri leg Urn | $3,000.00 |
| **Total** | **$185,100.00** |

## Chairs

| Item | # | Value |
|------|---|-------|
| mauve carved dragon | | $1,000.00 |
| 2 bishops chairs | | $2,500.00 |
| Dining Room set | | $4,000.00 |
| Carved Chinese dragon | | |
| | 1 | $1,200.00 |
| | 2 | $1,200.00 |
| | 3 | $1,200.00 |
| | 4 | $2,300.00 |
| | 5 | $2,300.00 |
| Lg Chinese carved | | |
| | 1 | $1,800.00 |
| | 2 | $1,800.00 |
| 2 orange velvet club chairs | | $3,500.00 |
| 2 seance chairs | | $1,800.00 |
| 2 hears castle chairs | | $4,000.00 |
| white "tea" set | | $1,800.00 |
| 2 velvet green chairs | | $2,000.00 |
| overstuffed blue Victorian | | $1,500.00 |
| silk Italian hallway set | | $2,000.00 |
| 2 Chinese landing chairs | | $1,000.00 |
| Coach Cottage | | |
| leather rocker | | $1,200.00 |
| Gate Cottage | | |
| leather carved arm chair | | $1,500.00 |
| leather rocker | | $1,200.00 |
| Outdoor: | | |
| 3 Ricardo Maltaban | | $6,000.00 |
| 4 wicker peacock chairs | | $4,000.00 |
| 4 metal peacock chairs set | | $4,800.00 |
| orange/white patio set | | $1,500.00 |
| Wood carved "king" chair | | $1,800.00 |
| 2 brown suede "sling" | | $4,000.00 |
| alligaor chair | | $2,000.00 |
| Victorian Horn chiar | | $6,000.00 |
| 2 "duke" chairs ballroom | | $3,000.00 |
| paisley tuffet | | $5,000.00 |
| 2 gilded red chairs | | $3,000.00 |
| **Total** | | **$81,900.00** |

## Rugs

| Item | Value |
| --- | --- |
| Dining Room | $8,000.00 |
| Sun Room | $2,000.00 |
| Den | $2,000.00 |
| Canfield Sitting Room | $8,000.00 |
| Wong Room | $3,000.00 |
| Hallway Runner | $4,000.00 |
| Kitchen Runner | $6,500.00 |
| Orange Runner | $3,200.00 |
| Black Dragon carpet | $4,500.00 |
| Tibetean Orange | $4,000.00 |
| Coach Cottage carpet | $3,200.00 |
| Gate Cottage carpet | $2,800.00 |
| **Total** | **$51,200.00** |

<u>KITCHEN APPLIANCES AT 1923 MICHELTORENA</u>

| | |
|---|---|
| Kitchen stove | $1,500 |
| Purple stove | $3,600 |
| 24" stove #1 | $2,000 |
| 24" stove #2 | $2,000 |
| Vintage fridge | $1,400 |
| Smeg fridge | $2,000 |
| Assorted smaller appliances | $1,500 |
| Total | $14,000 |

<u>FURNITURE IN OFFSITE STORAGE</u>

| | |
|---|---|
| Chinese desk | $10,000 |
| Chinese cabinet | $1,000 |
| Hotel round | $15,000 |
| Triceratops head | $8,000 |
| Chinese shelf | $1,200 |
| Antler table | $1,000 |
| Total | $36,200 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dana Hollister** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt.** Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **1923 Micheltorena Street Los Angeles, CA 90039  Los Angeles County**<br>Line from *Schedule A/B*: **1.1** | $36,000,000.00 | ■ | $75,000.00 | C.C.P. § 704.730 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2011 Mercedes Benz G55 Class Vehicle is fully encumbered. Location: 1923 Micheltorena Street, Los Angeles CA 90039**<br>Line from *Schedule A/B*: **3.1** | $70,000.00 | ■ | $213.00 | C.C.P. § 704.010 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **46' television - $1,000; Macbook pro - $1,500; Assorted I-pads - $1,000. Location: 1923 Micheltorena Street, Los Angeles CA 90039**<br>Line from *Schedule A/B*: **7.1** | $3,500.00 | ■ | $3,500.00 | C.C.P. § 704.020 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Pelleton, treadmill machines Location: 1923 Micheltorena Street, Los Angeles CA 90039**<br>Line from *Schedule A/B*: **9.1** | $1,100.00 | ■ | $1,100.00 | C.C.P. § 704.020 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Womens clothes and accessories Location: 1923 Micheltorena Street, Los Angeles CA 90039**<br>Line from *Schedule A/B*: **11.1** | $12,500.00 | ■ | $12,500.00 | C.C.P. § 704.020 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Exhibit E, Page 077

Debtor 1    **Dana Hollister**                                                                                                  Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Collection of vintage and costume jewelry**<br>Location: 1923 Micheltorena Street, Los Angeles CA 90039<br>Line from *Schedule A/B*: **12.1** | $10,000.00 | ■ $8,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Dog**<br>Location: 1923 Micheltorena Street, Los Angeles CA 90039<br>Line from *Schedule A/B*: **13.1** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.050 |
| **Salvage construction/decoration materials (like used antique doors)**<br>Location: 1923 Micheltorena Street, Los Angeles CA 90039<br>Line from *Schedule A/B*: **14.1** | $12,000.00 | ■ $3,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.030 |
| **Assorted printers, fax machines, scanners.**<br>Location: 1923 Micheltorena Street, Los Angeles CA 90039<br>Line from *Schedule A/B*: **39.1** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |
| **Pressure washer, leaf blower, lawn mower.**<br>Location: 1923 Micheltorena Street, Los Angeles CA 90039<br>Line from *Schedule A/B*: **40.1** | $1,200.00 | ■ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Dana Hollister** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|
| **2.1 Bank of America** Creditor's Name | Describe the property that secures the claim: **1910 Micheltorena Street Los Angeles, CA 90039** | $749,484.00 | $2,400,000.00 | $0.00 |

**P.O. Box 31785**
**Tampa, FL 33631**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **6/28/2005**     Last 4 digits of account number     **4438**

| | | | | |
|---|---|---|---|---|
| **2.2 DeeAnna Staats** Creditor's Name | Describe the property that secures the claim: **1923 Micheltorena Street Los Angeles, CA 90039** | $950,000.00 | $36,000,000.00 | $0.00 |

**15301 Ventura Blvd., Suite B470**
**Sherman Oaks, CA 91403**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **2/1/2017**     Last 4 digits of account number

Debtor 1    **Dana Hollister**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (if known) _____

---

| **2.3** | **DeeAnna Staats** | | $700,000.00 | $2,400,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**1910 Micheltorena Street Los
Angeles, CA 90039**

**15301 Ventura Blvd.,
Suite B470
Sherman Oaks, CA 91403**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **2/1/2017**          Last 4 digits of account number _____

---

| **2.4** | **Los Angeles County** | | $4,000.00 | $360,000,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**1923 Micheltorena Street, Los
Angeles, CA**

**Treasurer & Tax
Collector
P.O. Box 54018
Los Angeles, CA 90054**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Tax Lien**

Date debt was incurred    **11/27/2017**          Last 4 digits of account number    **9114**

---

| **2.5** | **Los Angeles County** | | $0.00 | $0.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**1923 Micheltorena Street, Los
Angeles, CA**

**Treasurer & Tax
Collector
P.O. Box 54018
Los Angeles, CA 90054**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred          Last 4 digits of account number    **0010,0021**

---

| **2.6** | **Los Angeles County** | | $0.00 | $0.00 | $0.00 |

Describe the property that secures the claim:

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 6

Debtor 1    **Dana Hollister**

First Name          Middle Name          Last Name          Case number (if know) _____

---

**Creditor's Name**

**Treasurer & Tax Collector**
P.O. Box 54018
Los Angeles, CA 90054

Number, Street, City, State & Zip Code

**1910 Micheltorena Street, Los Angeles, CA**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    **5010**

---

| 2.7 | **Roman Catholic Archbishop of LA** | | | | | $10,146,842.57 | Unknown | Unknown |

Creditor's Name

**J. Michael Henningan
McKool, Smith &
Henningan, PC**
300 S. Grand Ave., #2900
Los Angeles, CA 90017

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**All assets - real property by way of abstract, and personal property by way of Judgment Debtor Examination**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **2/6/2018**    Last 4 digits of account number _____

---

| 2.8 | **Select Portfolio Servicing, Inc.** | | | | | $4,392,437.00 | $36,000,000.00 | $0.00 |

Creditor's Name

P.O. Box 65250
Salt Lake City, UT 84165

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**1923 Micheltorena Street Los Angeles, CA 90039**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **9/30/2005**    Last 4 digits of account number    **5811**

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 6

Debtor 1    **Dana Hollister**
_____    Case number (if know) _____
First Name      Middle Name      Last Name

| | | |
|---|---|---|

**2.9**  **Specialized Loan Servicing, LLC**
Creditor's Name

P.O. Box 105219
Atlanta, GA 30348-5219
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred    **8/25/2006**

**Describe the property that secures the claim:**    $114,000.00    $2,400,000.00    $0.00

**1910 Micheltorena Street Los Angeles, CA 90039**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    **4118**

---

**2.10**  **Spring 7 Loft, LLC a/k/a BOBS, LLC**
Creditor's Name

600 S. Spring St.
Unit Office
Los Angeles, CA 90014
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred    **11/21/2014**

**Describe the property that secures the claim:**    $8,000,000.00    $36,000,000.00    $0.00

**1923 Micheltorena Street Los Angeles, CA 90039**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number

---

**2.11**  **TD Auto Finance**
Creditor's Name

P.O. Box 16039
Lewiston, ME 04243
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred    **2/4/2018**

**Describe the property that secures the claim:**    $69,787.00    $70,000.00    $0.00

**2011 Mercedes Benz BG Class**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    **0424**

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 6

Debtor 1   **Dana Hollister**
   First Name       Middle Name       Last Name           Case number (if know)

| | | |
|---|---|---|
| **2.1 2** | | |

| | | | |
|---|---|---|---|
| **The Bird Nest, LLC** | Describe the property that secures the claim: | **$5,244,294.00** | **Unknown** | **$0.00** |

Creditor's Name

c/o Michael Starler, Eric Rown
Greenberg Traurig, LLP
1840 Century Park E., #1900
Los Angeles, CA 90067
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**All assets - real property by way of abstract, and personal property by way of Judgment Debtor Examination**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **2/5/2018**   Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:   **$30,370,844.57**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   **$30,370,844.57**

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Bank of America**
**100 North Tryon Street**
**Charlotte, NC 28202**

On which line in Part 1 did you enter the creditor?   **2.1**
Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**EResidentAgent, Inc.**
**c/o Jeff Unger**
**12121 Wilshire Blvd., #1201**
**Los Angeles, CA 90025**

On which line in Part 1 did you enter the creditor?   **2.12**
Last 4 digits of account number   **c/o The Bird Nest, LLC**

☐ Name, Number, Street, City, State & Zip Code
**Jose A. Debasa**
**Agent for Service of Process**
**3424 Wilshire Blvd.,**
**Los Angeles, CA 90010-2202**

On which line in Part 1 did you enter the creditor?   **2.4**
Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Randolph Erich Steiner**
**Agent for Service of Process**
**3424 Wilshire Blvd.**
**Los Angeles, CA 90010-2202**

On which line in Part 1 did you enter the creditor?   **2.4**
Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Select Portfolio Servicing, Inc.**
**P.O. Box 65450**
**Salt Lake City, UT 84165**

On which line in Part 1 did you enter the creditor?   **2.8**
Last 4 digits of account number ___

Debtor 1    **Dana Hollister**
   First Name        Middle Name        Last Name

Case number (if know) _____

☐  Name, Number, Street, City, State & Zip Code
   **Select Portfolio Servicing, Inc.**
   **3217 S. Decker Lake Dr.**
   **Salt Lake City, UT 84119-3284**

On which line in Part 1 did you enter the creditor?  **2.8**

Last 4 digits of account number ___

☐  Name, Number, Street, City, State & Zip Code
   **Specialized Loan Servicing, LLC**
   **8742 Lucent Boulevard**
   **Highlands Ranch, CO 80129-2386**

On which line in Part 1 did you enter the creditor?  **2.9**

Last 4 digits of account number ___

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Dana Hollister** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Calif Employment Dev Dept** | $17,063.83 | $17,063.83 | $0.00 |

| **2.1** | **Calif Employment Dev Dept** | Last 4 digits of account number  1567 | $17,063.83 | $17,063.83 | $0.00 |
|---|---|---|---|---|---|

**Calif Employment Dev Dept**
Priority Creditor's Name
P.O. Box 826215
Sacramento, CA 94230-6215
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  1567
**When was the debt incurred?**  2012

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify
                    **Employment taxes 4th qtr 2011 - 3rd qtr 2012**

| **2.2** | **Franchise Tax Board** | Last 4 digits of account number | $59,736.00 | $59,736.00 | $0.00 |
|---|---|---|---|---|---|

**Franchise Tax Board**
Priority Creditor's Name
P.O. Box 1673
Sacramento, CA 95812-1673
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number
**When was the debt incurred?**  2016

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify
                    **State Income Taxes**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                51646                Best Case Bankruptcy

Exhibit E, Page 085

Debtor 1  **Dana Hollister** _____    Case number (if know) _____

| 2.3 | **Internal Revenue Service** | | | $53,810.00 | $53,810.00 | $0.00 |
| --- | --- | --- | --- | --- | --- | --- |

Priority Creditor's Name
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number ____  ____  ____  ____

**When was the debt incurred?**    **2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
                        **Federal Income Taxes**

| 2.4 | **Internal Revenue Service** | | $180,000.00 | $160,173.00 | $19,827.00 |
| --- | --- | --- | --- | --- | --- |

Priority Creditor's Name
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number ____  ____  ____  ____

**When was the debt incurred?**    **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
                        **Federal Income Taxes**

---

**Part 2:**    **List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1    **Dana Hollister**                                    Case number (if know) _____

---

| 4.1 | **Advance Merchant Finance** | Last 4 digits of account number    **GJV** _____ | **$75,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**433 N Camden Dr., #810**
**Beverly Hills, CA 90210**    When was the debt incurred?    **1/26/2018**
Number Street City State Zip Code
Who incurred the debt? Check one.    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only    ☐ Contingent
☐ Debtor 2 only    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community    ☐ Student loans
debt    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?    report as priority claims
■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
                **Guarantor**
☐ Yes    ■ Other. Specify    **Alexander's Brite Spot**

---

| 4.2 | **Advance Merchant Finance** | Last 4 digits of account number    **Bridge** _____ | **$75,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**433 N Camden Dr., #810**
**Beverly Hills, CA 90210**    When was the debt incurred?    **1/26/2018**
Number Street City State Zip Code
Who incurred the debt? Check one.    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only    ☐ Contingent
☐ Debtor 2 only    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community    ☐ Student loans
debt    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?    report as priority claims
■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
                **Guarantor**
☐ Yes    ■ Other. Specify    **Villan's Tavern**

---

| 4.3 | **Andrew Kahn/GEMS** | Last 4 digits of account number | **$1,500.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**4003 Cumberland Ave.**
**Los Angeles, CA 90027**    When was the debt incurred?    **3/28/17**
Number Street City State Zip Code
Who incurred the debt? Check one.    As of the date you file, the claim is: Check all that apply

■ Debtor 1 only    ■ Contingent
☐ Debtor 2 only    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community    ☐ Student loans
debt    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?    report as priority claims
■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ■ Other. Specify    **Securty Deposit**

---

Debtor 1    **Dana Hollister**                                                    Case number (if know) _____

---

| 4.4 | **Andy Given** | Last 4 digits of account number _____ | **$6,000.00** |

Nonpriority Creditor's Name

**8997 St. Ives Drive**
**West Hollywood, CA 90069**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Security deposit for event at The Paramour**

---

| 4.5 | **Anea Enterprises, Inc.** | Last 4 digits of account number _____ | **$1,100,000.00** |

Nonpriority Creditor's Name

**3142 Pacific Coast Hwy., #209**
**Torrance, CA 90505**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?    **10/20/2015 - 2018**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **3842 - 3852 W. Roble Vista Dr., Los Angeles, CA 90027.  Balloon 4/23/18.**

---

| 4.6 | **Antonette Venetos** | Last 4 digits of account number _____ | **$436,974.00** |

Nonpriority Creditor's Name

**14021 Marquesas Way**
**Marina Del Rey, CA 90292**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ■ Yes

When was the debt incurred?    **2018**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Personal Loan**

---

Debtor 1    **Dana Hollister**                                                                  Case number (if know) _____

---

| 4.7 | **Claire Downes & Brenden Gallagher** | Last 4 digits of account number _____ | **$6,000.00** |

Nonpriority Creditor's Name
**1738 N. Kingsley Dr., #4**
**Los Angeles, CA 90027**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☒ No
- ☐ Yes

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    **Security deposit for event at The Paramour**

---

| 4.8 | **Commercial Bank of California** | Last 4 digits of account number    3100 | **$3,676,000.00** |

Nonpriority Creditor's Name
**805 Wilshire Blvd.**
**Santa Monica, CA 90401**
Number Street City State Zip Code

When was the debt incurred?    6/1/2017

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    **Loan Guaranty**

---

| 4.9 | **Coral Dabarera & Eli Edelson** | Last 4 digits of account number _____ | **$14,000.00** |

Nonpriority Creditor's Name
**3713 Kelton Ave., #3**
**Los Angeles, CA 90034**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☒ No
- ☐ Yes

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    **Security deposit for event at The Paramour**

---

Debtor 1 **Dana Hollister** _____  Case number (if know) _____

---

**4.10** | **Courtney Wilk & Daniel Mandel** | Last 4 digits of account number ___ ___ ___ ___ | $15,500.00
| Nonpriority Creditor's Name |
| **1259 Guerrero St.** |
| **San Francisco, CA 94110** | When was the debt incurred? _____ |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| **Who incurred the debt? Check one.** |

☐ Debtor 1 only                ☐ Contingent

☐ Debtor 2 only                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**

**Is the claim subject to offset?**           ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                       ■ Other. Specify  **Security deposit for event at The Paramour.**

---

**4.11** | **Danielle Gharst & Chris Cahill** | Last 4 digits of account number ___ ___ ___ ___ | $17,500.00
| Nonpriority Creditor's Name |
| **4811 Frieda Drive** |
| **Los Angeles, CA 90065** | When was the debt incurred? _____ |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| **Who incurred the debt? Check one.** |

☐ Debtor 1 only                ☐ Contingent

☐ Debtor 2 only                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**

**Is the claim subject to offset?**           ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                       ■ Other. Specify  **Security deposit for event at The Paramour**

---

**4.12** | **Darla Linvill & Everett Livingston** | Last 4 digits of account number ___ ___ ___ ___ | $11,000.00
| Nonpriority Creditor's Name |
| **3630 Marathon St., #326** |
| **Los Angeles, CA 90026** | When was the debt incurred? _____ |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| **Who incurred the debt? Check one.** |

☐ Debtor 1 only                ☐ Contingent

☐ Debtor 2 only                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**

**Is the claim subject to offset?**           ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                       ■ Other. Specify  **Security deposit for event at The Paramour**

---

Debtor 1    **Dana Hollister**                                    Case number (if know) _____

---

| 4.1 3 | **Dartplace Ltd/Watson** | Last 4 digits of account number _____ | **$833,000.00** |

Nonpriority Creditor's Name
**20 Seymour Road**
**London SW18 5JA, UK**
Number Street City State Zip Code

When was the debt incurred?    **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Guaranty**

---

| 4.1 4 | **Erin Tudron & Brad Roller** | Last 4 digits of account number _____ | **$12,000.00** |

Nonpriority Creditor's Name
**4108 Tujunga Ave., #24**
**Studio City, CA 91604**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Security deposit for event at The Paramour**

---

| 4.1 5 | **Frances Martin** | Last 4 digits of account number _____ | **$300,000.00** |

Nonpriority Creditor's Name
**6115 1/2 Winans Dr.**
**Los Angeles, CA 90068**
Number Street City State Zip Code

When was the debt incurred?    **5/25/2010**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Loan - 3 Promissory notes.**
**4/27/2010 - $25,000 @ 20% interest**
**6/24/2010 - $25,000 @ 20% interest**
**9/25/2012 - $100,000 @ 10% interest**

---

Debtor 1    **Dana Hollister**                                                                     Case number (if know)

---

**4.16**

| **Glyn Aeppel** | Last 4 digits of account number | | **$120,000.00** |

Nonpriority Creditor's Name

**175 Rennell Drive**
**Southport, CT 06890**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

■ No
□ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Loan**

---

**4.17**

| **Intnl Church Foursquare Gospel** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**c/o River Rock Real Estate Group**
**100 Bayview Circle, Suite 1200**
**Newport Beach, CA 92660**

When was the debt incurred?    **5/31/2011**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ Check if this claim is for a community debt

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

■ No
□ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Lease guaranty**

---

**4.18**

| **Jamie Stovall & Michael Ohanessian** | Last 4 digits of account number | | **$7,800.00** |

Nonpriority Creditor's Name

**8843 Riderwood Dr.**
**Sunland, CA 91040**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

■ No
□ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Security deposit for event at The Paramour**

---

Debtor 1  **Dana Hollister** _____  Case number (if know) _____

---

| 4.19 | **Jeanne Kim & Keith Ahn** | Last 4 digits of account number ___ ___ ___ ___ | $11,000.00 |

Nonpriority Creditor's Name
**536 Leavenworth St.**
**San Francisco, CA 94109**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Security deposit for event at The Paramour**

---

| 4.20 | **Jena Choi & Kurt Goodwin** | Last 4 digits of account number ___ ___ ___ ___ | $14,000.00 |

Nonpriority Creditor's Name
**1401 23rd St.**
**Los Angeles, CA 90066**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Security deposit for event at The Paramour**

---

| 4.21 | **Jill Martin & Kevin Fey** | Last 4 digits of account number ___ ___ ___ ___ | $11,000.00 |

Nonpriority Creditor's Name
**2822 St. George St.**
**Los Angeles, CA 90027**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Security deposit for event at The Paramour.**

---

Debtor 1  **Dana Hollister** _____    Case number (if know) _____

| 4.2 2 | **Jill Sanford** | Last 4 digits of account number _____ | $10,500.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**3333 Madera Ave.**
**Los Angeles, CA 90039**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Security deposit for event at The Paramour**

---

| 4.2 3 | **Josh Klinghoffer** | Last 4 digits of account number _____ | $75,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**3130 Wilshire Blvd., #600**
**Santa Monica, CA 90403**
Number Street City State Zip Code

**When was the debt incurred?**  **3/21/2014**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Loan**

---

| 4.2 4 | **Juckniess Law Firm** | Last 4 digits of account number _____ | $250,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**302 E. Liberty Street, #203**
**Ann Arbor, MI 48104**
Number Street City State Zip Code

**When was the debt incurred?**  **7/7/2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Legal Fees**

---

Debtor 1   **Dana Hollister**                                                      Case number (if know) _____

---

| 4.2 5 | **Kassia Miller & Patrick O'Brien** | Last 4 digits of account number ___ ___ ___ ___ | **$9,000.00** |

Nonpriority Creditor's Name
**1343 Maltman Ave., #10**
**Los Angeles, CA 90026**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Security deposit for event The Paramour**

---

| 4.2 6 | **Keith Greco** | Last 4 digits of account number ___ ___ ___ ___ | **$150,000.00** |

Nonpriority Creditor's Name
**Greco Decor, Inc.**
**2750 Casitas Ave.**
**Los Angeles, CA 90039**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?   **5/15/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Purchase of interest in Cliffs, LLC**

---

| 4.2 7 | **Law Office of Randy Snyder** | Last 4 digits of account number ___ ___ ___ ___ | **$60,000.00** |

Nonpriority Creditor's Name
**21333 Oxnard Street, 1st Fl.**
**Woodland Hills, CA 91367**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?   **7/7/2005**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Legal Fees**

---

Debtor 1   **Dana Hollister** _____   Case number (if know) _____

---

| 4.2 8 | **Lorie Margolis & Adam Rejwan** | Last 4 digits of account number _____ | $5,400.00 |

Nonpriority Creditor's Name
**1401 Sinaloa Ave.**
**Pasadena, CA 91104**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
□ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Security deposit for event at The Paramour**

---

| 4.2 9 | **Mitie Tucker, LLC** | Last 4 digits of account number _____ | $5,200.00 |

Nonpriority Creditor's Name
**1629 Griffith Park Blvd., #302**
**Los Angeles, CA 90026**

When was the debt incurred?   **3/1/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
□ Yes

As of the date you file, the claim is: Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Security deposit**

---

| 4.3 0 | **Odyssesus Investment Group, LLC** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**c/o Gideon Kotzer, Manager**
**1333-35 Willow St.**
**Los Angeles, CA 90013**

When was the debt incurred?   **9/7/2006**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
□ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Lease guaranty**

---

Debtor 1   **Dana Hollister**                                                                    Case number (if know)

---

**4.3 1**

**Odyssesus Investment Group, LLC**
Nonpriority Creditor's Name
c/o Gideon Kotzer, Manager
1333-35 Willow St.
Los Angeles, CA 90013
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                              $0.00

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Damages related to counterclaim in LASC Case #BC641794.**

---

**4.3 2**

**Olson Kundig**
Nonpriority Creditor's Name
159 S. Jackson St., #600
Seattle, WA 98104
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                          $214,916.29

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Architecural services 206-624-5670**

---

**4.3 3**

**Presbytery of the Pacific**
Nonpriority Creditor's Name
c/o Rev. Linda Culbertson
6323 W. 80th St.
Los Angeles, CA 90045
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                            Unknown

When was the debt incurred?  3/1/2011

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Lease**

---

Debtor 1    **Dana Hollister**                                                    Case number (if know)

---

| 4.3 4 | **Rachel Bartov Douglas** | | |
|---|---|---|---|

**Rachel Bartov Douglas**
Nonpriority Creditor's Name
**1965 Redcliff Street**
**Los Angeles, CA 90039**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$75,000.00**

When was the debt incurred?    **6/5/2014**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Personal Loan**
  **Balloon 6/5/19**

---

| 4.3 5 | **Regina Hwang & Eric Chow** | | |
|---|---|---|---|

**Regina Hwang & Eric Chow**
Nonpriority Creditor's Name
**940 E. 2nd St., #37**
**Los Angeles, CA 90012**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$6,000.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Security deposit for event at The Paramour**

---

| 4.3 6 | **Robins Kaplan** | | |
|---|---|---|---|

**Robins Kaplan**
Nonpriority Creditor's Name
**2049 Century Park East, #3400**
**Los Angeles, CA 90067**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$700,000.00**

When was the debt incurred?    **8/7/2017**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Legal Fees**

---

Debtor 1  **Dana Hollister**                                                        Case number *(if know)* _____

---

| 4.3 7 | **Samantha Longman & Mattthew Hok** | Last 4 digits of account number _____ _____ | **$15,000.00** |

Nonpriority Creditor's Name

**336 N. Genesee Ave.**
**Los Angeles, CA 90036**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Security deposit for event at The Paramour.**

---

| 4.3 8 | **Spring 7 Loft, LLC a/k/a BOBS, LLC** | Last 4 digits of account number _____ _____ | **$1,100,000.00** |

Nonpriority Creditor's Name

**600 S. Spring St.**
**Los Angeles, CA 90014**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**   **7/8/2005**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.3 9 | **Steven Vitalos** | Last 4 digits of account number _____ _____ | **$500,000.00** |

Nonpriority Creditor's Name

**6115 1/2 Winans Dr.**
**Los Angeles, CA 90068**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**   **5/25/2010**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Personal Loan**

---

Debtor 1   **Dana Hollister**                                                    Case number (if know)  _____

| 4.4 0 | **Sue Balmforth** | Last 4 digits of account number _____ | $170,000.00 |

Nonpriority Creditor's Name

**2658 Griffith Park Blvd., #313**
**Los Angeles, CA 90039**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **12/7/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Loan**

---

| 4.4 1 | **Susan Borg & Stuart Schlisserman** | Last 4 digits of account number _____ | $9,000.00 |

Nonpriority Creditor's Name

**2081 Camino de Los Robles**
**Menlo Park, CA 94025**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Security deposit for event at The Paramour**

---

| 4.4 2 | **Syntax Design Lab** | Last 4 digits of account number _____ | $25,676.60 |

Nonpriority Creditor's Name

**P.O. Box 661546**
**Los Angeles, CA 90066**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Architectural services**

---

Debtor 1    **Dana Hollister**    Case number (if know) _____

---

| 4.4 3 | | |
|---|---|---|

**Toni Maier**
Nonpriority Creditor's Name
**8033 W. Sunset Blvd., #569**
**Los Angeles, CA 90046**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$275,000.00**

**When was the debt incurred?**    **12/15/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Loan**

---

| 4.4 4 | | |
|---|---|---|

**Unkle Productions, LLC**
Nonpriority Creditor's Name
**1163 N. Cornado St**
**Los Angeles, CA 90026**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$1,500.00**

**When was the debt incurred?**    **9/28/16**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Security Deposit**

---

| 4.4 5 | | |
|---|---|---|

**Victor Ngai & Yao Hua Wang**
Nonpriority Creditor's Name
**130 S. Hewitt St., #33**
**Los Angeles, CA 90012**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$11,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Security deposit for event at The Paramour**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?

---

Official Form 106 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                **Page 17 of 19**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1  **Dana Hollister**    Case number *(if know)* _____

| | | |
|---|---|---|
| **Andrew Kahn/GEMS**<br>**1629 Griffith Park Blvd., #104**<br>**Los Angeles, CA 90026** | Line **4.3** of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Name and Address<br>**Daniel Kotzer**<br>**2006 Hillsboro Ave.**<br>**Los Angeles, CA 90034** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.30** of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Name and Address<br>**Daniel Kotzer**<br>**2006 Hillsboro Ave.**<br>**Los Angeles, CA 90034** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.31** of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Name and Address<br>**Franchise Tax Board**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.2** of *(Check one)*: | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Name and Address<br>**George R. Hynick**<br>**5000 N. Parkway Calabasas, #220**<br>**Calabasas, CA 91302-1400** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.6** of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Name and Address<br>**Gideon Kotzer**<br>**9712 Monte Mar Dr.**<br>**Los Angeles, CA 90035** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.30** of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Name and Address<br>**Gideon Kotzer**<br>**9712 Monte Mar Dr.**<br>**Los Angeles, CA 90035** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.31** of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Name and Address<br>**Kay Virginia Gustafson, Esq.**<br>**28863 Eagleton St.**<br>**Agoura Hills, CA 91301** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.33** of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Name and Address<br>**Oh Happy Day, LLC** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.5** of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Name and Address<br>**Paul Nibarger**<br>**7310 Via Marie Celeste**<br>**Rancho Palos Verdes, CA 90275** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.33** of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Name and Address<br>**Stanley Stone, Esq.**<br>**Agent for Service of Process**<br>**P.O. Box 261727**<br>**Encino, CA 91426** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.30** of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Name and Address<br>**Unkle Productions, LLC**<br>**1629 Griffith Park Blvd., #102**<br>**Los Angeles, CA 90026** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.44** of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

Debtor 1   **Dana Hollister** _____   Case number (if know) _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | | Total Claim |
|---|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | | 310,609.83 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | | 310,609.83 |

| | | | | | | Total Claim |
|---|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | | 10,411,466.89 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | | 10,411,466.89 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dana Hollister** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Andrew Kahn/GEMS**<br>**4003 Cumberland Ave.**<br>**Los Angeles, CA 90027** | **Sublease of commercial real property described as 1629 Griffith Park Blvd., Suite 104, Los Angeles, CA 90026.** |
| 2.2 | **Mitie Tucker, LLC**<br>**1629 Griffith Park Blvd., #302**<br>**Los Angeles, CA 90026** | **Sublease of commercial real property described as 1629 Griffith Park Blvd., #302, Los Angeles, CA 90026** |
| 2.3 | **Odyssesus Investment Group, LLC**<br>**c/o Gideon Kotzer, Manager**<br>**1333-35 Willow St.**<br>**Los Angeles, CA 90013** | **Lease for real property located at 1356 Palmetto Street, Los Angeles, CA 90013.** |
| 2.4 | **Presbytery of the Pacific**<br>**6323 W. 8th St.**<br>**Los Angeles, CA 90045** | **Lease for real property located at 1629 Griffith Park Blvd., Los Angeles, CA 90026 and 1604 Edgecliff Drive, Los Angeles, CA 90026.** |
| 2.5 | **See attached list of pending events** | **Attached list of contracts for events scheduled at The Paramour - all with security deposits paid.** |
| 2.6 | **Sue Balmforth**<br>**2658 Griffith Park Blvd., #313**<br>**Los Angeles, CA 90039** | **Sublease at 1629 Griffith Park Blvd., Los Angeles, CA 90029** |
| 2.7 | **Unkle Productions, LLC**<br>**1163 N. Coronado St.**<br>**Los Angeles, CA 90026** | **Sublease of commercial real property described as 1629 Griffith Park Blvd., #102, Los Angeles, CA 90026** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Exhibit E, Page 104

## List of Events Scheduled at The Paramour

| Client Name | Address | Event Date | Type |
|---|---|---|---|
| Jill Sanford | 3333 Madera Ave. Los Angeles, CA 90039 | 03/09/18 | Birthday Party |
| Courtney Wilk/Daniel Mandel | 1259 Guerrero St. San Francisco, CA 94110 | 03/10/18 | Wedding |
| Danielle Gharst/Chris Cahill | 4811 Frieda Drive, Los Angeles, CA 90065 | 03/24/18 | Wedding |
| Jeanne Kim/Keith Ahn | 536 Leavenworth St. San Francisco, CA 94109 | 04/07/18 | Wedding |
| Regina Hwang/Eric Chow | 940 E 2nd St #37 Los Angeles, CA 90012 | 05/12/18 | Wedding |
| Jena Choi/Kurt Goodwin | 1401 23rd Street Manhattan Beach, CA 90066 | 05/19/18 | Wedding |
| Samantha Longman/Matthew Hok | 336 North Genesee Ave. Los Angeles, CA 90036 | 05/26/18 | Wedding |
| Coral Dabarera/Eli Edelson | 3713 Kelton Ave #3 Los Angeles, CA 90034 | 06/02/18 | Wedding |
| Jill Martin/Kevin Fey | 2822 St. George St. Los Angeles, CA 90027 | 06/03/18 | Wedding |
| Erin Tudron/Brad Roller | 4108 Tujunga Ave #24 Studio City, CA 91604 | 06/08/18 | Wedding |
| Victor Ngai/Yaohua Wang | 130 S Hewitt St. Apt 33 Los Angeles, CA 90012 | 06/23/18 | Wedding |
| Daria Linvill/Everett Livingston | 3630 Marathon St #326 Los Angeles, CA 90026 | 08/18/18 | Wedding |
| Jamie Stovall/Michael Ohanessian | 8843 Riderwood Dr. Los Angeles, CA 91040 | 10/13/18 | Wedding |
| Kassia Miller/Patrick O'Brien | 1343 Maltman Ave. Apt 10 Los Angeles, CA 90026 | 10/20/18 | Wedding |
| Andy Given | 8997 St. Ives Drive Los Angeles, CA 90069 | 11/03/18 | Wedding |
| Lorie Margolis/Adam Rejwan | 1401 Sinaloa Ave. Pasadena, CA 91104 | 12/08/18 | Wedding |
| Susan Borg/Stuart Schlisserman | 2081 Camino de Los Robles, Menlo Park, CA 94025 | 12/31/18 | Wedding |
| Claire Downes/Brenden Gallagher | 1738 N. Kingsley Dr. Apt 4 Los Angeles, CA 90027 | 03/30/19 | Wedding |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dana Hollister** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

    **1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

    ☐ No
    ■ Yes

    **2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

    ☐ No. Go to line 3.
    ■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

        ■ No
        ☐ Yes.

        In which community state or territory did you live?  <u>-NONE-</u>  . Fill in the name and current address of that person.

        Name of your spouse, former spouse, or legal equivalent
        Number, Street, City, State & Zip Code

    **3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

**Column 1: Your codebtor**
Name, Number, Street, City, State and ZIP Code

**Column 2: The creditor to whom you owe the debt**
Check all schedules that apply:

3.1   **1629 Griffith, LLC**
       **1923 Micheltorena Street**
       **Los Angeles, CA 90039**

    ☐ Schedule D, line _____
    ■ Schedule E/F, line  **4.33**
    ☐ Schedule G _____
    **Presbytery of the Pacific**

3.2   **1629 Griffith, LLC**
       **1923 Micheltorena Street**
       **Los Angeles, CA 90039**

    ☐ Schedule D, line _____
    ■ Schedule E/F, line  **4.13**
    ☐ Schedule G _____
    **Dartplace Ltd/Watson**

Debtor 1    **Dana Hollister**                                                    Case number *(if known)*

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.3   **3626 Sunset, LLC**
**1923 Micheltorena Street**
**Los Angeles, CA 90039**
**Borrower**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.8**
☐ Schedule G _____
**Commercial Bank of California**

3.4   **Bridge Tavern, LLC**
**1356 Palmetto Street**
**Los Angeles, CA 90013**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.1**
☐ Schedule G _____
**Advance Merchant Finance**

3.5   **Bridge Tavern, LLC**
**1356 Palmetto Street**
**Los Angeles, CA 90013**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.2**
☐ Schedule G _____
**Advance Merchant Finance**

3.6   **Bridge Tavern, LLC**
**1923 Micheltorena Street**
**Los Angeles, CA 90039**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.30**
☐ Schedule G _____
**Odyssesus Investment Group, LLC**

3.7   **Bridge Tavern, LLC**
**1923 Micheltorena Street**
**Los Angeles, CA 90039**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.31**
☐ Schedule G _____
**Odyssesus Investment Group, LLC**

3.8   **Cliff's LLC**
**1923 Micheltorena Street**
**Los Angeles, CA 90039**
**Borrower**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.8**
☐ Schedule G _____
**Commercial Bank of California**

3.9   **GJV, Inc.**
**1918 West Sunset Blvd.**
**Los Angeles, CA 90026**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.1**
☐ Schedule G _____
**Advance Merchant Finance**

Debtor 1    __Dana Hollister__                                               Case number *(if known)*    _____

| | |
|---|---|
| ▮ **Additional Page to List More Codebtors** | |
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.10    **GJV, Inc.**
       **1918 West Sunset Blvd.**
       **Los Angeles, CA 90026**

☐ Schedule D, line _____
■ Schedule E/F, line    __4.2__
☐ Schedule G _____
**Advance Merchant Finance**

3.11    **GJV, Inc.**
       **1923 Mitcheltorena Ave.**
       **Los Angeles, CA 90039**
       **Lessee**

☐ Schedule D, line _____
■ Schedule E/F, line    __4.17__
☐ Schedule G _____
**Intnl Church Foursquare Gospel**

3.12    **Oh Happy Day, LLC**
       **1923 Micheltorena St.**
       **Los Angeles, CA 90039**
       **Debtor is guarantor.**

☐ Schedule D, line _____
■ Schedule E/F, line    __4.5__
☐ Schedule G _____
**Anea Enterprises, Inc.**

3.13    **Oh Happy Day, LLC**
       **1923 Micheltorena Street**
       **Los Angeles, CA 90039**

☐ Schedule D, line _____
■ Schedule E/F, line    __4.38__
☐ Schedule G _____
**Spring 7 Loft, LLC a/k/a BOBS, LLC**

3.14    **Vintage Event Design, LLC**
       **1923 Micheltorena Street**
       **Los Angeles, CA 90039**
       **Borrower**

☐ Schedule D, line _____
■ Schedule E/F, line    __4.8__
☐ Schedule G _____
**Commercial Bank of California**

3.15    **1629 Griffith, LLC**
       **1923 Micheltorena St.**
       **Los Angeles, CA 90039**
       **1629 Griffith, LLC**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G    __2.4__
**Presbytery of the Pacific**

3.16    **Bridge Tavern, LLC**
       **1923 Micheltorena Street**
       **Los Angeles, CA 90039**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G    __2.3__
**Odyssesus Investment Group, LLC**

| Fill in this information to identify your case: | |
| --- | --- |
| Debtor 1 | **Dana Hollister** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

| | | | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| 1. | Fill in your employment information. | | | |
| | If you have more than one job, attach a separate page with information about additional employers. | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | Occupation | | |
| | | Employer's name | | |
| | Occupation may include student or homemaker, if it applies. | Employer's address | | |
| | | How long employed there? | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $  0.00 | $  N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$  0.00 | +$  N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $  0.00 | $  N/A |

Debtor 1   **Dana Hollister** _____     Case number (*if known*) _____

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ................................................. | 4. | $ 0.00 | $ N/A |
| **5.** | **List all payroll deductions:** | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |
| **6.** | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A |
| **8.** | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 8,000.00 | $ N/A |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: _____ | 8h.+ | $ 0.00 + | $ N/A |
| **9.** | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 8,000.00 | $ N/A |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 8,000.00 + $ N/A = | $ 8,000.00 |
| **11.** | **State all other regular contributions to the expenses that you list in *Schedule J.*** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* Specify: _____ | | 11. +$ | 0.00 |
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies | | 12. $ | 8,000.00 |

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☐ No.

■ Yes. Explain:   Debtor's income is largely determined by rental income from the property at 1923 Micheltorena. That figure in 2017 was $1.2 million, however in 2017, the property was undergoing partial renovation and improvement for 8 months (thus limiting income), and rented exclusively for a television location shoot for three additional months at a reduced rate. Those factors will not be repeated in 2018. Debtor projects that gross revenue will increase in 2018.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Dana Hollister** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Your Household**

1.    **Is this a joint case?**

☐ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.    **Do you have dependents?**    ■ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents names.

☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No / ☐ Yes |
| | | ☐ No / ☐ Yes |
| | | ☐ No / ☐ Yes |
| | | ☐ No / ☐ Yes |

3.    **Do you expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

**Part 2:    Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

4.    **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $    0.00

If not included in line 4:

| 4a. | Real estate taxes | 4a. $ | 0.00 |
|---|---|---|---|
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1   **Dana Hollister**                                        Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | 0.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 0.00 |
| | 6d. Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 200.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 0.00 |
| 10. | **Personal care products and services** | 10. | $ | 350.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 150.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 1,065.00 |
| | 15b. Health insurance | 15b. | $ | 1,159.00 |
| | 15c. Vehicle insurance | 15c. | $ | 365.00 |
| | 15d. Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Income FIT** | 16. | $ | 2,000.00 |
| | Specify: **Income SIT** | | $ | 500.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 1,857.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. Other. Specify: | 17c. | $ | 0.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
| | 20a. Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | 21. | +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 8,046.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 8,046.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ | 8,000.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 8,046.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. $ | -46.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.   | Explain here: |

**Fill in this information to identify your case:**

Debtor 1    **Dana Hollister**
          First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
  amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person                          Attach *Bankruptcy Petition Preparer's Notice,*
                                               *Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____                    X _____
  **Dana Hollister**                             Signature of Debtor 2
  Signature of Debtor 1

Date    **March 6, 2018**                        Date

Official Form 106Dec          Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy