| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David A. Tilem (Bar No 103825 CA)**<br>**206 N. Jackson Street, #201**<br>**Glendale, CA 91206**<br>**(818) 507-6000 Fax:  (818) 507-6800**<br>DavidTilem@TilemLaw.com | |
| ☐ *Individual appearing without attorney*<br>☑ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**Dana Hollister**

CASE NO.: **2:18-bk-12429-NB**

CHAPTER: **11**

**SUMMARY OF AMENDED SCHEDULES,**
**MASTER MAILING LIST,**
**AND/OR STATEMENTS**
**[LBR 1007-1(c)]**

Debtor(s)

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B    ☐ Schedule C    ☑ Schedule D    ☐ Schedule E/F    ☐ Schedule G

☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)    ☐ Statement of Intentions    ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    **May 23, 2018**    _____

_____
Dana Hollister
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Dana Hollister** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:18-bk-12429-NB** |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

**1.1**

**1923 Micheltorena Street**
Street address, if available, or other description

**Los Angeles        CA      90039-0000**
City            State        ZIP Code

**Los Angeles**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
**$36,000,000.00**

Current value of the portion you own?
**$36,000,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

Debtor 1    **Dana Hollister**    Case number *(if known)*    **2:18-bk-12429-NB**

---

1.2

**If you own or have more than one, list here:**

**1910 Micheltorena Street**
_____
Street address, if available, or other description

**Los Angeles**    **CA**    **90039-0000**
_____
City    State    ZIP Code

**Los Angeles**
_____
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,400,000.00** | **$2,400,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property**
(see instructions)

---

1.3

**If you own or have more than one, list here:**

**1629 Griffith Park Blvd.**
_____
Street address, if available, or other description

**Los Angeles**    **CA**    **90026-0000**
_____
City    State    ZIP Code

**Los Angeles**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ■ Other    **Leasehold**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Leasehold Interest**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property**
(see instructions)

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Dana Hollister**                                                                    Case number *(if known)*    **2:18-bk-12429-NB**

**1.4    If you own or have more than one, list here:**

| | |
|---|---|
| **1356 Palmetto Street** | **What is the property?** Check all that apply |
| Street address, if available, or other description | ☐ Single-family home |
| | ☐ Duplex or multi-unit building |
| | ☐ Condominium or cooperative |
| | ☐ Manufactured or mobile home |
| **Los Angeles        CA    90013-0000** | ☐ Land |
| City        State    ZIP Code | ☐ Investment property |
| | ☐ Timeshare |
| | ☐ Other _____ |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

**Unknown**                    **Unknown**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Los Angeles**
County

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**Leasehold Interest**

---

2.   **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**...........................................=>    | **$38,400,000.00** |

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| | | |
|---|---|---|
| 3.1 | Make:    **Mercedes Benz** | **Who has an interest in the property?** Check one |
| | Model:    **G55 Class** | ■ Debtor 1 only |
| | Year:    **2011** | ☐ Debtor 2 only |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only |
| | Other information: | ☐ At least one of the debtors and another |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

**Vehicle is fully encumbered. Location: 1923 Micheltorena Street, Los Angeles CA 90039**

☐ **Check if this is community property**
(see instructions)

**$70,000.00**                    **$70,000.00**

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
     *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

---

5    **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**...........................................=>    | **$70,000.00** |

---

**Part 3:    Describe Your Personal and  Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Dana Hollister** | Case number *(if known)* | **2:18-bk-12429-NB** |

**6.  Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes.  Describe.....

| | |
|---|---|
| See Attachment - 1923 Michetorena Inventory. Location: 1923 Micheltorena Street, Los Angeles CA 90039<br>See Attachment - Kitchen appliances: Location: 1923 Micheltorena Street, Los Angeles CA 90039 | $1,487,300.00 |
| Miscellaneous household furniture and appliances located at residence. | $10,000.00 |

**7.  Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes.  Describe.....

| | |
|---|---|
| 46' television - $1,000; Macbook Pro - $1,500<br>Location: 1923 Micheltorena Street, Los Angeles CA 90039 | $2,500.00 |

**8.  Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes.  Describe.....

| | |
|---|---|
| All located at 1923 Micheltorena Street, Los Angeles CA 90039<br><br>Stained glass - $3,000<br>Chinese opera hats - $2,400.<br>Books - $20,000<br>Pottery - $15,000<br>Vintage handbags - $10,000<br>Vintage clothing - $10,000 | $60,400.00 |

**9.  Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes.  Describe.....

| | |
|---|---|
| Peloton, treadmill machines<br>Location: 1923 Micheltorena Street, Los Angeles CA 90039 | $1,100.00 |

**10.  Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☑ No
   ☐ Yes.  Describe.....

**11.  Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ☑ Yes.  Describe.....

| | |
|---|---|
| Womens clothes and accessories<br>Location: 1923 Micheltorena Street, Los Angeles CA 90039 | $12,500.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Dana Hollister** | Case number *(if known)* | **2:18-bk-12429-NB** |
|---|---|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☑ Yes. Describe.....

| | |
|---|---|
| **Collection of vintage and costume jewelry**<br>**Location: 1923 Micheltorena Street, Los Angeles CA 90039** | **$10,000.00** |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
☑ Yes. Describe.....

| | |
|---|---|
| **Dog**<br>**Location: 1923 Micheltorena Street, Los Angeles CA 90039** | **$10.00** |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☐ No
☑ Yes. Give specific information.....

| | |
|---|---|
| **Salvage construction/decoration materials (like used antique doors)**<br>**Location: 1923 Micheltorena Street, Los Angeles CA 90039** | **$12,000.00** |

| | |
|---|---|
| 15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ........................................................................... | **$1,595,810.00** |

| Part 4: | Describe Your Financial Assets | |
|---|---|---|
| **Do you own or have any legal or equitable interest in any of the following?** | | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
☑ Yes...................................................................................................................

| | |
|---|---|
| **Cash**<br>**Location: 1923 Micheltorena Street, Los Angeles CA 90039** | **$200.00** |

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☑ Yes.......................      Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **City National Bank Account No. 1940** | **$53,677.72** |
| 17.2. | **Checking** | **City National Bank Account No. 7221** | **$2.36** |

| Debtor 1 | **Dana Hollister** | | Case number *(if known)* | **2:18-bk-12429-NB** |

| | 17.3. | **Checking** | **City National Bank Account No. 3307** | | **$15.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **The Paramour Estate, Inc.** | **100** | % | **$0.00** |
| **Oh Happy Day, LLC** | **100** | % | **$3,600,000.00** |
| **Bridge Tavern, LLC** | **100** | % | **$510,000.00** |
| **GJV, Inc.** | **100** | % | **$451,000.00** |
| **1629 Griffith, LLC** | **100** | % | **$0.00** |
| **3626 Sunset, LLC -  Value is 50% of equity shown in draft 2/28/2018 balance sheet.** | **50** | % | **$230,182.00** |
| **Vintage Event Design, LLC** | **50** | % | **$1,100,000.00** |
| **Cliff's LLC - Value is 50%.** | **50%** | % | **$1,000,000.00** |
| **Gypsy Saloon, Inc.**<br>**Location: 1923 Micheltorena Street, Los Angeles CA 90039**<br>**Operating restaurant was sold 2017.**<br>**Has no remaining assets.** | **100%** | % | **$0.00** |
| **Hollister Venetos Holdings, Inc.**<br>**Location: 1923 Micheltorena Street, Los Angeles CA 90039**<br>**Has no assets, no operating business** | **100%** | % | **$0.00** |
| **Dap Dining, Inc.**<br>**Location: 1923 Micheltorena Street, Los Angeles CA 90039**<br>**Operating restaurant was sold.  Corporation has no assets at this time.** | **33%** | % | **$0.00** |
| **Paramour Corporation, Inc.** | **100** | % | **$0.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

| Debtor 1 | **Dana Hollister** | | | Case number *(if known)* | **2:18-bk-12429-NB** |

| | | | | |
|---|---|---|---|---|
| **1923 Micheltorena, LLC** | | 100 | % | $0.00 |
| **Hotel 1923, LLC (Delaware)** | | 100 | % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
   Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
   Type of account:          Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☐ No
   ■ Yes. .....................          Institution name or individual:

| **Rent** | **Security deposit for lease of property located at 1629 Griffith Park Place, Los Angeles, CA 90029** | $100,000.00 |
|---|---|---|

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ☐ No
   ■ Yes. Give specific information about them...

| **See Schedule attached of URLs** | $500.00 |
|---|---|

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☐ No
   ■ Yes. Give specific information about them...

| **Type 47 liquor license used by Cliffs LLC in operation of its restaurant.** | $95,000.00 |
|---|---|

**Money or property owed to you?**                                  **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1    **Dana Hollister**                                   Case number *(if known)*    **2:18-bk-12429-NB**

28. **Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ☐ No
- ■ Yes.  Give specific information..

| | |
|---|---|
| **Ryan Lynch, Psomas, P.O. Box 51463, Los Angeles, CA 90051**<br>**Retainer paid to contractor - refund balance due.** | **$4,034.22** |
| **Park & Velayos LLP, 801 South Figueroa Street, Los Angeles, CA 90017**<br>**Retainer paid - refund balance due.** | **$7,000.00** |

31.  **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☐ No
- ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Debtor has a whole life insurance policy with a $1,500 cash surrender value.**<br>**Protective Life** | **Debtor's Estate** | **$1,500.00** |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ☐ No
- ■ Yes.  Describe each claim.........

| | |
|---|---|
| **Sisters of Immaculate Heart counter claims - info to be provided by Daniel Allender** | **Unknown** |
| **Claims against Odyssesus Investment Group, LLC, Gideon Kotzer and Daniel Kotzer arising from action pending in LASC Case #BC641794.** | **Unknown** |

Debtor 1    **Dana Hollister**                                      Case number *(if known)*    **2:18-bk-12429-NB**

| Pierre Casanova, 1336 Mohawk St., Los Angeles, CA 90026. Claim for partition of Cliff's, LLC, 3626 Sunset, LLC and Vintage Event Design, LLC | **Unknown** |
|---|---|

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ☐ No
- ☑ Yes.  Describe each claim.........

| See response to #33. | **$0.00** |
|---|---|

**35.  Any financial assets you did not already list**
- ☑ No
- ☐ Yes.  Give specific information..

36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here....................................................................................................................    | **$7,153,111.30** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37.  Do you own or have any legal or equitable interest in any business-related property?**
- ☐ No. Go to Part 6.
- ☑ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38.  Accounts receivable or commissions you already earned**
- ☑ No
- ☐ Yes.  Describe.....

**39.  Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
- ☐ No
- ☑ Yes.  Describe.....

| Assorted printers, fax machines, scanners, and iPads Location: 1923 Micheltorena Street, Los Angeles CA 90039 | **$4,000.00** |
|---|---|

**40.  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
- ☐ No
- ☑ Yes.  Describe.....

| Pressure washer, leaf blower, lawn mower. Location: 1923 Micheltorena Street, Los Angeles CA 90039 | **$1,200.00** |
|---|---|

**41.  Inventory**
- ☑ No
- ☐ Yes.  Describe.....

**42.  Interests in partnerships or joint ventures**
- ☑ No
- ☐ Yes.  Give specific information about them...................

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Dana Hollister** | Case number *(if known)* | **2:18-bk-12429-NB** |

| Name of entity: | % of ownership: |

**43. Customer lists, mailing lists, or other compilations**

■ No.

☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

■ No

☐ Yes.  Describe.....

**44. Any business-related property you did not already list**

■ No

☐ Yes. Give specific information.........

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...................................................................................................

$5,200.00

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

$0.00

| Part 8: | **List the Totals of Each Part of this Form** |

| 55. | **Part 1: Total real estate, line 2** ...................................................................................... | | $38,400,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $70,000.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $1,595,810.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $7,153,111.30 | |
| 59. | **Part 5: Total business-related property, line 45** | $5,200.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property. Add lines 56 through 61...** | $8,824,121.30 | Copy personal property total | $8,824,121.30 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $47,224,121.30 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

## Summary Page

| Item | Value | Page # |
|------|-------|--------|
| Mirrors | $177,500.00 | 2 |
| Beds | $108,500.00 | 3 |
| Statues | $275,200.00 | 4 |
| Art | $149,500.00 | 5 |
| Chandeliers | $92,500.00 | 6 |
| Light Fixtures | $107,800.00 | 7 |
| Armoirs | $116,200.00 | 8 |
| Sofas | $59,100.00 | 9 |
| Tables | $79,600.00 | 10 |
| Cloisonne | $185,100.00 | 11 |
| Chairs | $81,900.00 | 12 |
| Rugs | $51,200.00 | 13 |
| **Total** | **$1,484,100.00** | |

## Mirrors

| Item | # | Value |
|------|---|-------|
| Foyer | | |
| | 1 | $3,000.00 |
| Zebra Hall | | |
| | 1 | $5,000.00 |
| | 2 | $5,000.00 |
| Dining Room | | |
| | 1 | $47,000.00 |
| Butler's Pantry | | |
| | Oval | $1,500.00 |
| Ballroom | | |
| | 1 | $8,000.00 |
| Den | | |
| | 1 | $6,000.00 |
| | 2 | $1,000.00 |
| | 3 | $1,000.00 |
| Marks room | | |
| | 1 | $8,000.00 |
| | 1 | $4,000.00 |
| Bridal | | |
| | 1 | $8,500.00 |
| | 2 | $4,500.00 |
| Brick Room | | |
| | 1 | $8,000.00 |
| Bridal bath | | |
| | 1 | $5,000.00 |
| | 2 | $1,500.00 |
| Landing | | |
| | 1 | $2,500.00 |
| Canfield | | |
| | Lincoln | $5,000.00 |
| | Pier | $4,000.00 |
| Canfield bath | | |
| | 1 | $2,000.00 |
| Moreno | | |
| | 1 | $2,000.00 |
| Moreno Bath | | |
| | 1 | $5,000.00 |
| | 2 | $3,000.00 |
| Fiona | | |
| | 1 | $1,800.00 |
| Fiona Bath | | |
| | 1 | $1,500.00 |
| Wong | | |
| | Silver | $1,500.00 |

## Mirrors

| Item | # | Value |
|------|------|------|
| Balcony Suite | | |
| | 1 | $1,200.00 |
| Balcony Bath | | |
| | 1 | $2,500.00 |
| Coach Cottage | | |
| | Lg Rect | $3,000.00 |
| | Star burst | $1,500.00 |
| | Over sink | $2,000.00 |
| Gate Cottage | | |
| | By spriral | $3,500.00 |
| Corner Cottage | | |
| | Over bed | $2,000.00 |
| | Over sink | $1,500.00 |
| | Over vanity | $1,500.00 |
| | Oval kitchen | $1,000.00 |
| By Air conditioner | | |
| | Lg Rect | $3,500.00 |
| Bottom of stairs | | |
| | Lg Rect | $3,000.00 |
| Bedroom | | |
| | Lg Rect | $6,000.00 |
| **Total** | | **$177,500.00** |

## Beds

| Item | # | Value |
|------|---|-------|
| Gilded mirror bed | | $1,800.00 |
| Lion bed | | $2,000.00 |
| Plastic bed | | $6,000.00 |
| Venecian headboard | | $2,500.00 |
| Bridal bed | | $6,000.00 |
| Indian Beds | | |
| | 1 | $7,000.00 |
| | 2 | $7,000.00 |
| | 3 | $7,000.00 |
| | 4 | $7,000.00 |
| Moreno Bed | | $10,000.00 |
| Barley Beds | | |
| | 1 | $3,000.00 |
| | 2 | $3,000.00 |
| | 3 | $2,500.00 |
| Opium bed - den | | $10,000.00 |
| DeeAnna bed | | $1,000.00 |
| Ralph Lauren Bed | | $2,500.00 |
| Corner Cottage bed | | $1,200.00 |
| 1902 Guest Rm bed | | $1,000.00 |
| Circle Chinese bed | | $12,000.00 |
| Vampire bed | | $2,000.00 |
| Crown bed | | $6,000.00 |
| Inlaid opium bed | | $8,000.00 |
| **Total** | | **$108,500.00** |

## Statues

| Item | # | Value |
|---|---|---|
| Voldemart bride | | $1,000.00 |
| Zebra | | $20,000.00 |
| Emu | | $4,000.00 |
| Shell Angel | | $1,000.00 |
| Modonna/child | | $3,000.00 |
| Gothic apse | | $3,000.00 |
| shiva | | $2,200.00 |
| Liberty | | $3,500.00 |
| winged lady | | $4,200.00 |
| Rose | | $3,000.00 |
| Statue/bird hall | | $4,000.00 |
| Angel of death | | $4,000.00 |
| Marble winged lady | | $5,000.00 |
| wolf | | $3,500.00 |
| bust on mantle | | $2,000.00 |
| puck (window sill) | | $6,000.00 |
| Polar Bear | | $25,000.00 |
| Buddha (den) | | $2,000.00 |
| Diana | | $2,000.00 |
| Bacchus | | $2,000.00 |
| Baby Bacchus (pool) | | $9,000.00 |
| dancing lady (circle) | | $6,000.00 |
| Angel w/ staff | | $3,500.00 |
| Gothic candlesticks | | $3,600.00 |
| tiger | | $85,000.00 |
| musk ox | | $10,000.00 |
| big blue ceramic Urn | | $10,000.00 |
| front door foo dogs | | $4,000.00 |
| Eleyonne head | | $1,500.00 |
| b/w Morrocan fountain | | $1,000.00 |
| penguin | | $2,000.00 |
| kitchen birds | | $4,000.00 |
| Crest of England | | $8,000.00 |
| Bambi | | $1,000.00 |
| Moors | | $3,000.00 |
| Ceramic Fish | | $3,000.00 |
| Bronze Gothic Candlesticks | | |
| | Pair 1 | $3,200.00 |
| | Pair 2 | $2,400.00 |
| Coach Cottage | | |
| | Medusa | $2,000.00 |
| Gate Cottage | | |
| Nude Lady by Spiral stables | | $1,800.00 |
| | Mary | $3,000.00 |
| | Angel | $1,800.00 |
| | Horse heads | $6,000.00 |
| **Total** | | **$275,200.00** |

## Art

| Item | # | Value |
|------|---|-------|
| Horse lady | | $4,000.00 |
| Ships | | |
| | 1 | $3,000.00 |
| | 2 | $3,000.00 |
| Lady/angel | | $35,000.00 |
| devil/lady | | $25,000.00 |
| Archangle | | $6,000.00 |
| Matador | | $4,000.00 |
| Sacred Heart | | $3,000.00 |
| Saint/palm | | $3,000.00 |
| Psyche | | $4,000.00 |
| God | | $9,000.00 |
| Pink lady/dove | | $8,000.00 |
| 4 Tonkas | | $30,000.00 |
| Adam and Eve | | $10,000.00 |
| Elephant necklace | | $2,500.00 |
| **Total** | | **$149,500.00** |

## Chandeliers

| Item | # | Value |
|------|---|-------|
| Foyer | | $3,500.00 |
| main hall | | |
| | 1 | $8,000.00 |
| | 2 | $3,000.00 |
| dining room | | $12,000.00 |
| sun room | | $8,000.00 |
| basement kitchen | | $4,000.00 |
| den | | |
| | 1 | $3,000.00 |
| | 2 | $3,000.00 |
| Marks room | | $3,500.00 |
| Bridal bedroom | | $3,000.00 |
| bridal baths | | |
| | 1 | $2,500.00 |
| | 2 | $2,500.00 |
| brick room | | $1,800.00 |
| Canfield sitting room | | $4,000.00 |
| Canfield/moreno bath | | |
| | 1 | $2,000.00 |
| | 2 | $2,000.00 |
| Moreno bedroom | | $8,000.00 |
| Moreno hall | | $2,200.00 |
| Moreno dressing room | | $1,100.00 |
| Upper North Hall - pair | | $1,500.00 |
| Fiona bedroom | | $1,800.00 |
| Fiona bath | | $3,500.00 |
| Wong | | $1,800.00 |
| Balcony Suite bath | | $2,000.00 |
| Corner Cottage tub | | $1,800.00 |
| Stables bedroom | | $3,000.00 |
| **Total** | | **$92,500.00** |

## Light Fixtures

| Item | # | Value |
|------|---|-------|
| Front Door | | $3,500.00 |
| Coatroom | | |
| | 1 | $1,200.00 |
| | 2 | $1,200.00 |
| Zebra hall | | |
| | 2 | $3,000.00 |
| | 2 | $3,000.00 |
| Butler's Pantry | | |
| | 1 | $1,000.00 |
| | 2 | $1,000.00 |
| Kitchen | | |
| globe | | $1,000.00 |
| lady sconce | | $2,800.00 |
| silver sconces | | |
| | 1 | $2,000.00 |
| | 2 | $2,000.00 |
| globe | | $1,000.00 |
| Main Hall sconce | | |
| | 1 | $4,000.00 |
| | 2 | $4,000.00 |
| Stairwell | | $3,500.00 |
| Balcony Suite | | |
| Pagoda | | $1,800.00 |
| 4 fortuny | | $4,000.00 |
| Pool over 3 doors | | $2,500.00 |
| 4 standing fortuny lamps | | $12,000.00 |
| fortuny multi shade sconces | | |
| 1 | 1 | $4,000.00 |
| 2 | 2 | $4,000.00 |
| 4 ballroom light fixtures | | $24,000.00 |
| Coach Cottage | | |
| Stars | | $3,000.00 |
| sconces | | $1,200.00 |
| Gate Cottage | | |
| Morrocan lantern | | $1,500.00 |
| sconce kitchen | | $3,000.00 |
| Corner Cottage | | |
| Over bed fixture | | $5,000.00 |
| kitchen fixture | | $1,000.00 |
| Abalone fixture | | $1,000.00 |
| Stables | | |
| jeweled lantern | | $1,600.00 |
| lantern in bath | | $4,000.00 |
| **Total** | | **$107,800.00** |

## Armoirs/Cabinets/Screens/dressers

| Item | # | Value |
|---|---|---|
| Buffet in dining room | | $3,000.00 |
| Italian cabinet - ballroom | | $3,000.00 |
| Chinese cabinets bar | | |
| | 1 | $2,200.00 |
| | 2 | $2,200.00 |
| Cream leaved dresser | | $8,000.00 |
| Bridal armoir | | $4,000.00 |
| Chinese cabinets upper hall | | |
| | 1 | $10,000.00 |
| | 2 | $10,000.00 |
| Emperor screen | | $20,000.00 |
| Moreno dresser | | $4,000.00 |
| Canfield big black cabinet | | $10,000.00 |
| Canfield small black cabinet | | $4,000.00 |
| Cabinet in BP | | $2,000.00 |
| Sweater cabinets kitchen | | |
| | 1 | $2,000.00 |
| | 2 | $2,000.00 |
| Gate Cottage | | |
| medical cabinet dining room | | $1,500.00 |
| medical cabinet TC | | $1,500.00 |
| Corner Cottage | | |
| Morrocan vanity | | $8,000.00 |
| Stables | | |
| medical cabinet kitchen | | $1,500.00 |
| hutch bedroom | | $1,000.00 |
| Dresser matches CC bed | | $1,500.00 |
| 2 painted Tibetan Cabinets | | $2,000.00 |
| Chinese credenza Moreno | | $1,800.00 |
| Metal trunk | | $2,500.00 |
| Curtain armoir | | $1,000.00 |
| Legged Italian cabinet | | $1,500.00 |
| Landing cabinet | | $3,500.00 |
| Multi drawer cabint | | $2,500.00 |
| **Total** | | **$116,200.00** |

## Sofas

| Item | | # | Value |
|------|------|------|------|
| Paisley sun room | | | $1,800.00 |
| maroon flair arm | | | $3,500.00 |
| Orange carved wood | | | $12,000.00 |
| NY white puffy | | | $1,000.00 |
| brick room | | | |
| | leather | 1 | $2,000.00 |
| | leather | 2 | $2,000.00 |
| teal upper hallway | | | $6,000.00 |
| bench BP | | | $3,000.00 |
| bench North Wing | | | $4,000.00 |
| tall back Italian bench | | | $1,500.00 |
| tall back Chinese bench | | | $4,500.00 |
| bench kitchen nook | | | $2,800.00 |
| kitchen red floral | | | $1,000.00 |
| Coach Cottage | | | |
| | leather Restoration | | $1,800.00 |
| Gate Rottage | | | |
| | black/white striped | | $1,200.00 |
| | | | |
| puff arm camel colored leather | | | $2,000.00 |
| red floral hump back hallway | | | $3,000.00 |
| black rolled armed leather distressed | | | $1,000.00 |
| Roman stone bench | | | $5,000.00 |
| **Total** | | | **$59,100.00** |

# Tables

| Item | # | Value |
|------|---|-------|
| dining table | | $8,000.00 |
| sun room table | | $6,000.00 |
| leather library table | | $1,500.00 |
| foyer altar table | | $7,000.00 |
| Zebra altar table | | $1,500.00 |
| carved black table hall | | $2,000.00 |
| big Tibetan altar tabel | | $5,000.00 |
| chinese red altar table | | $2,500.00 |
| 2 cloisonne altar tables | | $4,000.00 |
| 4 carved Chinese pedistals | | $3,500.00 |
| desk Fred damaged | | $2,500.00 |
| Silver mermaid table | | $5,000.00 |
| carved women desk | | $3,000.00 |
| "zebra" table | | $2,500.00 |
| metal industrial carts | | |
| | 1 | $1,000.00 |
| | 2 | $1,000.00 |
| | 3 | $1,000.00 |
| MGM Vanity | | $6,000.00 |
| gold Chinese pedestal dining room | | $2,000.00 |
| red inlayed desk | | $1,000.00 |
| Butcher Block | | $2,500.00 |
| triangle glided table | | $3,600.00 |
| Coach Cottage | | |
| printers block | | $2,500.00 |
| Gate Cottage | | |
| marble/wood dining table | | $3,000.00 |
| Stables | | |
| Marble counter | | $2,000.00 |
| **Total** | | **$79,600.00** |

## Cloisonne

| Item | Value |
|------|-------|
| 2 incense burners (pool) | $25,000.00 |
| 2 Urns dining table | $15,000.00 |
| 2 Urns foyer table | $12,000.00 |
| 4 tall vases | $8,000.00 |
| 2 small vases | $3,000.00 |
| 2 small pedestals | $5,000.00 |
| 2 tall pedestals | $8,000.00 |
| 2 yellow vases | $7,000.00 |
| 2 "hatted" urns | $8,000.00 |
| 2 round Urns small | $6,000.00 |
| 2 R2D2 vases | $2,500.00 |
| 2 platters | $3,600.00 |
| Various bowls | $12,000.00 |
| 1 table | $8,000.00 |
| 3 handled bowls | $7,000.00 |
| 4 candle sticks | $4,000.00 |
| 2 lidded bulb Urns | $6,000.00 |
| 2 vases with eyes | $4,000.00 |
| 2 floor lamps | $9,000.00 |
| 2 big vases foyer | $4,000.00 |
| 2 armed pedestals (pool) | $8,000.00 |
| 2 blue spherical Urns | $8,000.00 |
| 2 dragon Urns | $6,000.00 |
| 2 square vases | $3,000.00 |
| 1 Dragon tri leg Urn | $3,000.00 |
| **Total** | **$185,100.00** |

## Chairs

| Item | # | Value |
|---|---|---|
| mauve carved dragon | | $1,000.00 |
| 2 bishops chairs | | $2,500.00 |
| Dining Room set | | $4,000.00 |
| Carved Chinese dragon | | |
| | 1 | $1,200.00 |
| | 2 | $1,200.00 |
| | 3 | $1,200.00 |
| | 4 | $2,300.00 |
| | 5 | $2,300.00 |
| Lg Chinese carved | | |
| | 1 | $1,800.00 |
| | 2 | $1,800.00 |
| 2 orange velvet club chairs | | $3,500.00 |
| 2 seance chairs | | $1,800.00 |
| 2 hears castle chairs | | $4,000.00 |
| white "tea" set | | $1,800.00 |
| 2 velvet green chairs | | $2,000.00 |
| overstuffed blue Victorian | | $1,500.00 |
| silk Italian hallway set | | $2,000.00 |
| 2 Chinese landing chairs | | $1,000.00 |
| Coach Cottage | | |
| leather rocker | | $1,200.00 |
| Gate Cottage | | |
| leather carved arm chair | | $1,500.00 |
| leather rocker | | $1,200.00 |
| Outdoor: | | |
| 3 Ricardo Maltaban | | $6,000.00 |
| 4 wicker peacock chairs | | $4,000.00 |
| 4 metal peacock chairs set | | $4,800.00 |
| orange/white patio set | | $1,500.00 |
| Wood carved "king" chair | | $1,800.00 |
| 2 brown suede "sling" | | $4,000.00 |
| alligaor chair | | $2,000.00 |
| Victorian Horn chiar | | $6,000.00 |
| 2 "duke" chairs ballroom | | $3,000.00 |
| paisley tuffet | | $5,000.00 |
| 2 gilded red chairs | | $3,000.00 |
| **Total** | | **$81,900.00** |

## Rugs

| Item | Value |
| --- | --- |
| Dining Room | $8,000.00 |
| Sun Room | $2,000.00 |
| Den | $2,000.00 |
| Canfield Sitting Room | $8,000.00 |
| Wong Room | $3,000.00 |
| Hallway Runner | $4,000.00 |
| Kitchen Runner | $6,500.00 |
| Orange Runner | $3,200.00 |
| Black Dragon carpet | $4,500.00 |
| Tibetean Orange | $4,000.00 |
| Coach Cottage carpet | $3,200.00 |
| Gate Cottage carpet | $2,800.00 |
| **Total** | **$51,200.00** |

<u>KITCHEN APPLIANCES AT 1923 MICHELTORENA</u>

| | |
|---|---|
| Kitchen stove | $1,500 |
| Purple stove | $3,600 |
| 24" stove #1 | $2,000 |
| 24" stove #2 | $2,000 |
| Vintage fridge | $1,400 |
| Smeg fridge | $2,000 |
| Assorted smaller appliances | $1,500 |
| Total | $14,000 |

<u>FURNITURE IN OFFSITE STORAGE</u>

| | |
|---|---|
| Chinese desk | $10,000 |
| Chinese cabinet | $1,000 |
| Hotel round | $15,000 |
| Triceratops head | $8,000 |
| Chinese shelf | $1,200 |
| Antler table | $1,000 |
| Total | $36,200 |

Owned by Dana Hollister

**DomainName**

1629GRIFFITHPARK.COM
BRITESPOTDINER.COM
cliffsedgela.com
cliffsedgerestaurant.com
cliffsrestaurant.com
DANAHOLLISTER.COM
demimondehotel.com
demimondesilverlake.com
EX-VOTO.COM
hoteldemimonde.com
hotellucie.com
hotellucie.us
HOTELSILVERLAKE.COM
luciehotel.com
monumental.la
MONUMENTALDH.COM
MONUMENTALHOSPITALITY.COM
PARAMOUR.ESTATE
paramourhotel.com
paramourhotel.net
paramourhotel.org
SILVERLAKEHOTEL.COM
THECANFIELD-MORENOESTATE.COM
THECANFIELDMORENOESTATE.COM
thedemimondehotel.com
THEGYPSYSALOON.COM
thehotelbohemian.com
thelucie.com
theluciehotel.com
THEPARAMOUR.COM
theparamourestate.com
theparamourhotel.com
theparamourhotel.net
theparamourhotel.org
THEPARAMOURMANSION.COM
THESILVERLAKEHOTEL.COM
THEVILLAINSTAVERN.COM
THEVILLAURBANA.COM
URBANACOLLECTION.COM
VILLAINSTAVERN.COM
VILLAURBAN.COM
VILLAURBAN.US

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Dana Hollister** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **2:18-bk-12429-NB** |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☑ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** Bank of America<br>Creditor's Name | Describe the property that secures the claim:<br>**1910 Micheltorena Street Los Angeles, CA 90039** | $749,484.00 | $2,400,000.00 | $0.00 |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**P.O. Box 31785**
**Tampa, FL 33631**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ____

Date debt was incurred  6/28/2005        Last 4 digits of account number  4438

| | | | | |
|---|---|---|---|---|
| **2.2** DeeAnna Staats<br>Creditor's Name | Describe the property that secures the claim:<br>**1923 Micheltorena Street Los Angeles, CA 90039** | $950,000.00 | $36,000,000.00 | $0.00 |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**15301 Ventura Blvd.,**
**Suite B470**
**Sherman Oaks, CA 91403**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ____

Date debt was incurred  2/1/2017        Last 4 digits of account number  ____

| | | | | |
|---|---|---|---|---|
| **2.3** DeeAnna Staats | Describe the property that secures the claim: | $300,000.00 | $2,400,000.00 | $0.00 |

Debtor 1    **Dana Hollister**
_____    _____    _____
First Name    Middle Name    Last Name

Case number (if know)    **2:18-bk-12429-NB**

---

Creditor's Name

**15301 Ventura Blvd.,
Suite B470
Sherman Oaks, CA 91403**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**1910 Micheltorena Street Los
Angeles, CA 90039**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number _____

---

| 2.4 | **DeeAnna Staats** | Describe the property that secures the claim: | $700,000.00 | $2,400,000.00 | $0.00 |

Creditor's Name

**15301 Ventura Blvd.,
Suite B470
Sherman Oaks, CA 91403**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

Date debt was incurred    **2/1/2017**

**1910 Micheltorena Street Los
Angeles, CA 90039  Los Angeles
County**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number _____

---

| 2.5 | **Los Angeles County** | Describe the property that secures the claim: | $4,000.00 | $360,000,000.00 | $0.00 |

Creditor's Name

**Treasurer & Tax
Collector
P.O. Box 54018
Los Angeles, CA 90054**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

Date debt was incurred    **11/27/2017**

**1923 Micheltorena Street, Los
Angeles, CA**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)    **Tax Lien**

Last 4 digits of account number    **9114**

---

| 2.6 | **Los Angeles County** | Describe the property that secures the claim: | $0.00 | $0.00 | $0.00 |

Creditor's Name

**Treasurer & Tax
Collector
P.O. Box 54018
Los Angeles, CA 90054**
Number, Street, City, State & Zip Code

**1923 Micheltorena Street, Los
Angeles, CA**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 6

| Debtor 1 | **Dana Hollister** | | | Case number (if know) | **2:18-bk-12429-NB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    **0010,0021**

---

| 2.7 | **Los Angeles County** | Describe the property that secures the claim: | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Treasurer & Tax Collector
P.O. Box 54018
Los Angeles, CA 90054**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**1910 Micheltorena Street, Los Angeles, CA**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    **5010**

---

| 2.8 | **Roman Catholic Archbishop of LA** | Describe the property that secures the claim: | **$10,146,842.57** | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**J. Michael Henningan
McKool, Smith & Henningan, PC
300 S. Grand Ave., #2900
Los Angeles, CA 90017**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**All assets - real property by way of abstract, and personal property by way of Judgment Debtor Examination**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **2/6/2018**    Last 4 digits of account number    _____

---

| 2.9 | **Select Portfolio Servicing, Inc.** | Describe the property that secures the claim: | **$4,392,437.00** | **$36,000,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**P.O. Box 65250
Salt Lake City, UT 84165**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**1923 Micheltorena Street Los Angeles, CA 90039**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☑ Debtor 1 only
☐ Debtor 2 only

☑ An agreement you made (such as mortgage or secured car loan)

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 6

| Debtor 1 | **Dana Hollister** | | | Case number (if know) | **2:18-bk-12429-NB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a
community debt**

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **9/30/2005**    Last 4 digits of account number **5811**

---

| 2.10 | **Specialized Loan Servicing, LLC** | | $114,000.00 | $2,400,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**1910 Micheltorena Street Los Angeles, CA 90039**

**P.O. Box 105219
Atlanta, GA 30348-5219**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a
community debt**

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **8/25/2006**    Last 4 digits of account number **4118**

---

| 2.11 | **Spring 7 Loft, LLC a/k/a BOBS, LLC** | | $8,000,000.00 | $36,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**1923 Micheltorena Street Los Angeles, CA 90039**

**600 S. Spring St.
Unit Office
Los Angeles, CA 90014**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a
community debt**

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **11/21/2014**    Last 4 digits of account number

---

| 2.12 | **TD Auto Finance** | | $69,787.00 | $70,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**2011 Mercedes Benz BG Class**

**P.O. Box 16039
Lewiston, ME 04243**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a
community debt**

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Dana Hollister**

First Name      Middle Name      Last Name      Case number *(if know)*  **2:18-bk-12429-NB**

---

Date debt was incurred **2/4/2018**    Last 4 digits of account number **0424**

---

| 2.1 3 | **The Bird Nest, LLC** | **Describe the property that secures the claim:** | **$5,244,294.00** | **Unknown** | **$0.00** |

Creditor's Name

**c/o Michael Starler, Eric Rown**
**Greenberg Traurig, LLP**
**1840 Century Park E., #1900**
**Los Angeles, CA 90067**

Number, Street, City, State & Zip Code

**All assets - real property by way of abstract, and personal property by way of Judgment Debtor Examination**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

---

Date debt was incurred **2/5/2018**    Last 4 digits of account number _____

---

| 2.1 4 | **The California Institute of the Sisters of the Most Holy & Immaculate Heart of the Blessed Virgin Mary** | **Describe the property that secures the claim:** | **$10,146,842.57** | **Unknown** | **Unknown** |

Creditor's Name

**3424 Wilshire Boulevard**
**Los Angeles, CA 90010**

Number, Street, City, State & Zip Code

**All assets - real property by way of abstract, and personal property by way of Judgment Debtor Examination**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

---

Date debt was incurred **2/6/2018**    Last 4 digits of account number _____

---

Add the dollar value of your entries in Column A on this page. Write that number here: | **$40,817,687.14**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$40,817,687.14**

---

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Bank of America**
**100 North Tryon Street**
**Charlotte, NC 28202**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number ___

---

Debtor 1    **Dana Hollister**                                    Case number (if know)    **2:18-bk-12429-NB**

First Name          Middle Name          Last Name

---

☐    Name, Number, Street, City, State & Zip Code
**EResidentAgent, Inc.**
**c/o Jeff Unger**
**12121 Wilshire Blvd., #1201**
**Los Angeles, CA 90025**

On which line in Part 1 did you enter the creditor?  **2.13**

Last 4 digits of account number   **c/o The Bird Nest, LLC**

---

☐    Name, Number, Street, City, State & Zip Code
**Jose A. Debasa**
**Agent for Service of Process**
**3424 Wilshire Blvd.,**
**Los Angeles, CA 90010-2202**

On which line in Part 1 did you enter the creditor?  **2.5**

Last 4 digits of account number ___

---

☐    Name, Number, Street, City, State & Zip Code
**Randolph Erich Steiner**
**Agent for Service of Process**
**3424 Wilshire Blvd.**
**Los Angeles, CA 90010-2202**

On which line in Part 1 did you enter the creditor?  **2.5**

Last 4 digits of account number ___

---

☐    Name, Number, Street, City, State & Zip Code
**Select Portfolio Servicing, Inc.**
**P.O. Box 65450**
**Salt Lake City, UT 84165**

On which line in Part 1 did you enter the creditor?  **2.9**

Last 4 digits of account number ___

---

☐    Name, Number, Street, City, State & Zip Code
**Select Portfolio Servicing, Inc.**
**3217 S. Decker Lake Dr.**
**Salt Lake City, UT 84119-3284**

On which line in Part 1 did you enter the creditor?  **2.9**

Last 4 digits of account number ___

---

☐    Name, Number, Street, City, State & Zip Code
**Specialized Loan Servicing, LLC**
**8742 Lucent Boulevard**
**Highlands Ranch, CO 80129-2386**

On which line in Part 1 did you enter the creditor?  **2.10**

Last 4 digits of account number ___

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

The California Institute of the
Sisters of the Most Holy & Immaculate
Heart of the Blessed Virgin Mary
3424 Wilshire Boulevard
Los Angeles, CA 90010

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**206 N. Jackson Street, Suite 201, Glendale, CA 91206**

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __5/23/2018__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __5/23/2018__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The California Institute of the
Sisters of the Most Holy & Immaculate
Heart of the Blessed Virgin Mary
3424 Wilshire Boulevard
Los Angeles, CA 90010

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| __5/23/2018__ | __Joan J. Fidelson__ | __/s/ Joan J. Fidelson__ |
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ECF Service List:**

- **Merak E Eskigian**    meskigian@gmlawplc.net, mgoshgarian@gmlawplc.net,mnewman@gmlawplc.net
- **Sandford L. Frey**    sfrey@leechtishman.com, jabrams@leechtishman.com;skoenig@leechtishman.com
- **Amir Gamliel**    agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Merdaud Jafarnia**    bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- **Dare Law**    dare.law@usdoj.gov, Kenneth.g.lau@usdoj.gov,Alvin.mar@usdoj.gov,ron.maroko@usdoj.gov
- **Robert Mockler**    rmockler@mckoolsmithhennigan.com, louise-tamberg-7224@ecf.pacerpro.com,awallace@mckoolsmithhennigan.com,lmorrin@mckoolsmithhennigan.com,khom@mckoolsmithhennigan.com
- **David L. Neale**    dln@lnbyb.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- **Kelly M Raftery**    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- **David A Tilem**    davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;malissamurguia@tilemlaw.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;MalissaMurguia@ecf.inforuptcy.com;DianaChau@tilemlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Johnny White**    JWhite@wrslawyers.com, aparisi@wrslawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**