```
David A. Tilem (Bar No. 103825)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Tel: 888-257-7648 * 818-507-6000
     Fax:(818) 507-6800
DavidTilem@TilemLaw.com

Attorneys for Debtor and Debtor-
    In-Possession
```

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>**DANA HOLLISTER**<br><br>                Debtor.<br>_____ | Case No. **2:18-bk-12429-NB**<br><br>Chapter 11<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER EXPANDING THE SCOPE OF EMPLOYMENT FOR SPECIAL COUNSEL ROBINS KAPLAN, LLP; DECLARATIONS OF DANA HOLLISTER AND MICHAEL GEIBELSON IN SUPPORT**<br><br>Date: (TO BE SET BY COURT)<br>Time:<br>CtRm: |

**TO THE HONORABLE NEIL BASON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

    Movant DANA HOLLISTER, debtor-in-possession ("Debtor"), has filed a motion entitled "**NOTICE OF MOTION AND MOTION FOR ORDER EXPANDING THE SCOPE OF EMPLOYMENT FOR SPECIAL COUNSEL ROBINS KAPLAN, LLP; DECLARATIONS OF DANA HOLLISTER AND MICHAEL GEIBELSON IN SUPPORT**".

    Movant is requesting that the court grant the motion without hearing, as provided for in LBR 9013-1(o).

The motion is based upon the legal and factual grounds set forth and briefly described in the attached Description of Relief Sought.

  **X**  The full motion is attached hereto; or

  ☐  The full motion has been filed with the court, and a detailed description of the relief sought is attached hereto.

**DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING**: Pursuant to LBR 9013-1(o), any party objecting to the motion may request a hearing on the motion. The deadline for filing and serving a written opposition and request for a hearing is 14 days after the date of service of this notice, plus an additional 3 days unless the notice of motion was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). If you fail to comply with is deadline, the court may treat such failure as waiver of your right to opposed the motion and may grant the motion without further hearing and notice.

Dated: July 5, 2018

LAW OFFICES OF DAVID A. TILEM

By: _____
David A. Tilem, Attorneys for Debtor and Debtor-in-Possession

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

**JURISDICTION AND APPLICABLE LAW**

The court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (D).  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

The statutory predicates for the relief requested are sections 327(e), 1107 and 1108 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure ("FRBP") 2014.

**II.**

**RELIEF SOUGHT**

Debtor seeks an Order authorizing her to employ RK to represent the Estate to evaluate, and if appropriate, file an adversary action against Pierre Casanova seeking declaratory relief and damages related to the interests of the Estate and Mr. Casanova in three limited liability companies previously referred to in these proceedings as the "Cliffs Entities".[1]

**III.**

**BACKGROUND**

Debtor filed her voluntary Chapter 11 petition commencing this reorganization case on March 6, 2018 (the "Petition Date").  Debtor continues to operate as a debtor-in-possession pursuant to Bankruptcy Code §§1107, 1108.

Debtor has previously sought leave to employ the law firm of Robins Kaplan, LLP ("RK") as special counsel to represent her

---

[1] The entities are Cliffs, LLC, 3626 Sunset, LLC and Vintage Event Design, LLC.

Estate.  Specifically, on March 9, 2018, Debtor filed a motion (dkt. #20) seeking leave to employ RK to represent the Estate in matters related to an action pending before the Los Angeles Superior Court as case no. BC585604 and claims asserted against the Estate by the judgment creditors in that action.  The motion acknowledged that employment was sought pursuant to Bankruptcy Code §327(e).[2]  After a series of Orders authorizing employment on an interim basis, the motion was granted in an Order entered June 18, 2018 (dkt. #375).

Since the case was filed, disputes have arisen between the Estate, which owns at least 50% of the equity in the Cliffs Entities, and Mr. Casanova, who owns the remaining equity in those entities.  The disputes concern the relative equitable interests of the Estate and Mr. Casanova in the Cliffs Entities, whether the Estate has claims against the Cliffs Entities and whether Mr. Casanova has breached his fiduciary duties towards the Cliffs Entities to the detriment of the Estate.

Debtor seeks leave to employ RK to evaluate these claims and, if appropriate, seek appropriate relief through litigation.  If authorized by the Court, RK has agreed to provide such services under the terms and conditions of an Amendment dated July 2, 2018 to its retainer agreement.  A true and correct copy of the Amendment is attached to the Debtor's Declaration submitted herewith.

/ / /

/ / /

---

[2]    RK was, and remains, a creditor of the Estate.

## IV.

## ARGUMENT

Bankruptcy Code Section 327 authorizes a Trustee (and pursuant to §§1107, 1108 a debtor-in-possession) to employ professional persons such as attorneys, accountants and brokers to assist in the administration of the Estate.

Pursuant to §327 and Bankruptcy Rule 2014, professionals who seek to be employed must: (1) establish their knowledge, skill and expertise; (2) establish the lack of any conflicts of interest or at least any known conflicts of interest; and (3) which disclose their proposed compensation terms.

Having been previously employed to represent the Estate, RK has already provided sufficient evidence regarding its knowledge, skill and expertise in litigation matters.  Thus the first condition is satisfied.

Section 327(e) authorizes the employment of counsel for a specific purpose without regard to the disinterestedness standard in §327(a) provided that counsel "does not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed."  In this case, the proposed legal services would enhance the value and liquidity of the Estate, thereby enhancing the prospects that RK will recover on its pre-petition claim.  As set forth in the attached Declaration of Michael Gaebelson, RK has no prior relationship with Mr. Casanova or with the Cliffs Entities.  For those reasons, the conflict of interest standard established under §327(e) is satisfied.

As to the third element, the Amendment to the retainer letter

seeks compensation under the same terms and conditions as have previously been approved by the Court in its Order entered June 18, 2018 (dkt. #375).

Having satisfied all of the requirements of §327, Debtor believes that the employment of RK to represent the Estate in connection with disputes related to the Cliffs Entities is appropriate and reasonable.

WHEREFORE, Debtor prays as follows:

a.  For an Order authorizing the Estate to employ RK to evaluate and, if appropriate, prosecute an action related to the Cliffs Entities;

b.  For an Order authorizing RK to be paid in accordance with §§330, and 331 of the Bankruptcy Code after proposed compensation is considered and authorized by the Court; and

c.  For such other relief and further relief as this Court deems just and proper.

Dated: July 5, 2018

LAW OFFICES OF DAVID A. TILEM

By: _____
David A. Tilem Attorney
for the Debtor

## DECLARATION OF DANA HOLLISTER

I, DANA HOLLISTER, hereby declare and state as follows:

1. I am the Debtor and debtor in possession in this case.

2. If called upon to testify concerning the facts contained in this declaration I could and would testify to those facts based upon my own personal knowledge.

3. I filed my voluntary Chapter 11 petition commencing this reorganization case on March 6, 2018 (the "Petition Date"). I continue to operate as a debtor-in-possession.

4. I previously asked the Court for permission to employ the law firm of Robins Kaplan, LLP ("RK") as special counsel to represent my Estate. Specifically, on March 9, 2018, I filed a motion (dkt. #20) to employ RK to represent the Estate in matters related to an action pending before the Los Angeles Superior Court as case no. BC585604 and claims asserted against the Estate by the judgment creditors in that action.

5. RK is a creditor of my Estate.

6. After a series of Orders authorizing the employment of RK on an interim basis, the motion was granted in an Order entered June 18, 2018.

7. Since the case was filed, disputes have arisen between the Estate, which owns at least 50% of the equity in the Cliffs Entities, and Mr. Casanova, who owns the remaining equity in those entities. The disputes concern the relative equitable interests of the Estate and Mr. Casanova in the Cliffs Entities, whether the Estate has claims against the Cliffs Entities and whether Mr. Casanova has breached his fiduciary duties towards the Cliffs Entities to the detriment of the Estate.

8.   I want to engage RK to evaluate these claims and, if appropriate, seek appropriate relief through litigation.

9.   Subject to approval by the Court, RK has agreed to provide such services under the terms and conditions of an Amendment dated July 2, 2018 to its retainer agreement. A true and correct copy of the Amendment is attached as Exhibit 1.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct, and that this declaration was executed on July 4, at Los Angeles, California.



DANA HOLLISTER

### DECLARATION OF MICHAEL A. GAEBELSON

I, Michael A. Gaebelson, hereby declare and state as follows:

1. I am an attorney licensed to practice before the Courts of the State of California and the Central District of California.

2. This Declaration is based on my personal knowledge. If asked to do so, I would testify to the statements made below.

3. I am a partner of Robins Kaplan, LLP ("RK") which has a claim against Dana Hollister ("Debtor"), and hence her Estate.

4. In connection with her Chapter 11 proceeding, Debtor asked RK to represent her in matters related to an action pending before the Los Angeles Superior Court as case no. BC585604 and claims asserted against the Estate by the judgment creditors in that action. RK agreed and Debtor filed a motion asking the Court for leave to employ RK as special counsel (dkt. #20).

5. After a series of Orders authorizing employment on an interim basis, the motion was granted in an Order entered June 18, 2018 (dkt. #375).

6. Debtor has now asked RK to evaluate, and if appropriate, prosecute an action based on certain potential claims against Pierre Casanova and three entities in which the Estate owns an equitable interest previously referred to in this proceeding as the Cliffs Entities.[3]

7. RK has agreed to evaluate, and if appropriate, prosecute an action based on these potential claims under the same terms and conditions as RK is already representing the Estate.

8. RK has provided Debtor with an Amendment to the existing

---

[3] The entities are Cliffs, LLC, 3626 Sunset, LLC and Vintage Event Design, LLC.

retainer agreement which provides for the Estate's representation in these matters. A true and correct copy of the Amendment is attached as Exhibit 1.

9. RK has no prior relationship with Mr. Casanova or with the Cliffs Entities.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct, and that this declaration was executed on July 5, 2018 at Los Angeles, California.

_____
MICHAEL A. GEIBELSON

**"EXHIBIT 1"**

**0011**



2049 CENTURY PARK EAST      310 552 0130 TEL
SUITE 3400      310 229 5800 FAX
LOS ANGELES CA 90067      ROBINSKAPLAN.COM

MICHAEL A. GEIBELSON
310 229 5823 TEL
MGEIBELSON@ROBINSKAPLAN.COM

July 2, 2018

Dana Hollister
1923 Micheltorena St.
Los Angeles, CA 90039

  Re: Amended Agreement to Hire Lawyers During Bankruptcy

Dear Ms. Hollister:

  We currently represent you as special litigation counsel during your pending bankruptcy case. That representation was approved by the bankruptcy court, and is subject to a written retainer agreement, dated March 5, 2018. You have now asked us to expand our representation to include additional matters. Any expansion of our representation will require further approval by the bankruptcy court.

  The purpose of this letter is to memorialize our agreement to expand our representation to include investigation of claims against the Cliff's Edge Restaurant, its associated companies, Cliffs, LLC, Vintage Event Design, LLC, 3626 Sunset, LLC and against Pierre Casanova, and, if our investigation discloses that we can efficiently do so, then also the prosecution of those claims (the "Additional Matter").

  Provided that this expansion of our role is approved by the bankruptcy court, our representation of you concerning the Additional Matter will be on the same terms stated in the March 5, 2018 retainer.

  We look forward to assisting you find the best path through these issues. As always, please do not hesitate to call if you have any questions.

Sincerely,

Michael A. Geibelson

61463785.1

**0012**

July 2, 2018
Page 2

The undersigned has read and understands all the terms of this Agreement, *including the Arbitration and Waiver of Jury Trial provision in Section 10 of the March 5, 2018 letter*. The foregoing accurately sets forth all the terms of the engagement of RK, and upon those terms it is approved and accepted subject to the approval of the Bankruptcy Court.

Dated: July 4, 2018        FOR: Dana Hollister

By: _____
Dana Hollister

0013

61463785.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**206 N. Jackson Street, Suite 201, Glendale, CA 91206**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF MOTION AND MOTION FOR ORDER EXPANDING THE SCOPE OF EMPLOYMENT FOR SPECIAL COUNSEL ROBINS KAPLAN, LLP; DECLARATIONS OF DANA HOLLISTER AND MICHAEL GEIBELSON IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **07/5/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>:
On **07/5/18**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.** <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u> (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **7/5/2018** | **Malissa Murguia** | **/s/ Malissa Murguia** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**ECF Service List:**

- **David I Brownstein**    david@brownsteinfirm.com
- **Leonardo Drubach**    leo@9000LAW.COM
- **Merak E Eskigian**    meskigian@gmlawplc.net, mgoshgarian@gmlawplc.net,mnewman@gmlawplc.net
- **Sandford L. Frey**    sfrey@leechtishman.com, jabrams@leechtishman.com;skoenig@leechtishman.com
- **Amir Gamliel**    amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com;JDerosier@perkinscoie.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Merdaud Jafarnia**    bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- **Dare Law**    dare.law@usdoj.gov
- **Robert Mockler**    rmockler@mckoolsmithhennigan.com, louise-tamberg-7224@ecf.pacerpro.com,awallace@mckoolsmithhennigan.com,lmorrin@mckoolsmithhennigan.com,khom@mckoolsmithhennigan.com,sbyrd@mckoolsmithhennigan.com
- **Randall P Mroczynski**    randym@cookseylaw.com
- **David L. Neale**    dln@lnbyb.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- **Kelly M Raftery**    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- **David A Tilem**    davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;malissamurguia@tilemlaw.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;MalissaMurguia@ecf.inforuptcy.com;DianaChau@tilemlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**Core Service List**

Specialized Loan Servicing, LLC
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129


DeeAnna Staats
15301 Ventura Blvd., Suite B470
Sherman Oaks, CA 91403


Capital One Bank (USA), N.A. by American InfoSource LP as Agent
PO Box 71083
Charlotte, NC 28272-1083


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Spring 7 Loft, LLC a/k/a BOBS, LLC
600 S. Spring St., Unit Office
Los Angeles, CA 90014


TD Auto Finance
Randall P. Mroczynski
Cooksey, Tollen, Gage Duffy & Woog
535 Anton Blvld, 10th Floor
Costa Mesa, CA 92626


Los Angeles County Treasurer & Tax Collector
PO Box 54110
Los Angeles, CA 90054


Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952


Advance Merchant Finance 1, LLC
c/o Brian Born
950 Pacific Avenue, #1050
Tacoma, WA 98402