```
David A. Tilem (SB # 103825)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Tel: 888-257-7648 * 818-507-6000
     Fax:(818) 507-6800
DavidTilem@TilemLaw.com

Attorneys for Debtor
```

FILED & ENTERED

JUL 20 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi   DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>**DANA HOLLISTER**<br><br>                    Debtor. | Case No. 2:18-bk-12429-NB<br><br>Chapter 11<br><br>**ORDER ON DEBTOR'S MOTION TO USE HER EQUITY IN BRIDGE TAVERN, LLC TO CAUSE THAT ENTITY TO SELL ITS ASSETS (PACER #112)**<br><br>Date: July 18, 2018<br>Time: 10:00 a.m.<br>Ctrm: 1545 |

   Debtor's motion seeking leave to use her equity in Bridge Tavern, LLC to sell its assets (PACER #112) came on for continued hearing at the date, time and place set forth above.

   David A. Tilem appeared on behalf of the Debtor-in-Possession.  Amir Gamliel of Perkins Coie, LLP appeared on behalf of Odyssesus Investment Group, LLC.  There were no other appearances.

For reasons set forth on the record and good cause appearing,

**IT IS HEREBY ORDERED:**

The motion is moot and deemed withdrawn.

###

Date: July 20, 2018

Neil W. Bason
United States Bankruptcy Judge

2