David A. Tilem (SB # 103825)
**LAW OFFICES OF DAVID A. TILEM**
206 N. Jackson Street, Suite 201
Glendale, California 91206
Tel: 888-257-7648 * 818-507-6000
      Fax:(818) 507-6800
DavidTilem@TilemLaw.com

Attorneys for Debtor

**FILED & ENTERED**

JUL 20 2018

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi  DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>**DANA HOLLISTER**<br><br>                    Debtor. | Case No. 2:18-bk-12429-NB<br><br>Chapter 11<br><br>**ORDER ON DEBTOR'S MOTION TO ASSUME AND ASSIGN BRIDGE TAVERN LEASE (PACER #187)**<br><br>Date: July 18, 2018<br>Time: 10:00 a.m.<br>Ctrm: 1545 |

Debtor's motion seeking leave to assume and assign the lease for real property located at 1356 Palmetto Street, Los Angeles (PACER #187) came on for continued hearing at the date, time and place set forth above.

David A. Tilem appeared on behalf of the Debtor-in-Possession.  Amir Gamliel of Perkins Coie, LLP appeared on behalf of Odyssesus Investment Group, LLC.  There were no other appearances.

For reasons set forth on the record and good cause appearing,

**IT IS HEREBY ORDERED:**

1. That portion of the motion which seeks to assign the lease is moot and deemed withdrawn.

2. That portion of the motion which seeks to assume the lease is continued to August 3, 2018 at 10:00 a.m.

3. The hearing on August 3, 2018 will be treated solely as a scheduling conference.

4. Unless the parties reach some agreement with respect to the disposition of the motion, no further papers are to be filed with respect to this motion prior to the hearing.

###

Date: July 20, 2018

Neil W. Bason
United States Bankruptcy Judge

2