1  Alan G. Tippie (CA State Bar No. 89587)
    *atippie@sulmeyerlaw.com*
2  Mark S. Horoupian (CA Bar No. 175373)
    *mhoroupian@sulmeyerlaw.com*
3  Steven F. Werth (CA State Bar No. 205434)
    *swerth@sulmeyerlaw.com*
4  **Sulmeyer**Kupetz
    A Professional Corporation
5  333 South Grand Avenue, Suite 3400
    Los Angeles, California  90071
6  Telephone: 213.626.2311
    Facsimile: 213.629.4520
7
    Attorneys for Dean G. Rallis Jr., Agent
8

9

10

                    **UNITED STATES BANKRUPTCY COURT**
11
                    **CENTRAL DISTRICT OF CALIFORNIA**
12
                         **LOS ANGELES DIVISION**
13

    In re                                    Case No. 2:18-bk-12429-NB
14
    DANA HOLLISTER,                           Chapter 11
15
               Debtor.                        **AGENT'S REPORT REGARDING STATUS
16                                            OF OVERBIDS RE: PROPOSED SALE OF
                                              LEASEHOLD INTEREST AND RELATED
17                                            RIGHTS (1629 Griffith Park Boulevard and
                                              1604-1606 N. Edgecliff Drive)**
18
                                              Hearing:
19
                                              Date:  July 2, 2019
20                                            Time: 2:00 p.m.
                                              Place: Courtroom 1545
21                                                   255 East Temple Street
                                                     Los Angeles, California 90012
22

23

24

25       **TO THE HONORABLE NEIL BASON, UNITED STATES BANKRUPTCY JUDGE,**

26  **THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST**:

27       Dean Rallis, Jr., the court-appointed agent in the above-captioned case ("Agent")

28  hereby provides the following status report with respect to the status of overbids related to the

                                         1

1   proposed sale of the Estate's leasehold interest and appurtenant rights in the following real property

2   (the "Properties") commonly known as (i) 1629 Griffith Park Boulevard (currently improved with a

3   church and ancillary buildings), in the city of Los Angeles, California, APN 5429-021-032, and (ii)

4   1604-6 N. Edgecliff Drive (currently improved as a parking lot), in the city of Los Angeles,

5   California, APN 5429-022-036.

6           Pursuant to the Court order approving the proposed bidding procedures (Dkt No.

7   826) (the "Bid Procedures Order"), notice of those bidding procedures was widely disseminated by

8   the Agent's real estate brokers, and was served on all parties in interest in the case.  Despite this

9   extensive outreach, the Agent did not receive any Qualified Bids (as that term is defined in the Bid

10  Procedures Order) by the Bid Deadline of June 10, 2019, or thereafter.   Accordingly, the auction

11  that was scheduled to take place on June 21, 2019 will not go forward.   Instead, the Agent and

12  Debtor will request that the Leasehold Interest and the lease ("the "Lease") be sold and assigned to

13  the stalking horse buyer, Griffith Sunset Partners, LP, a Delaware limited liability partnership

14  ("GSP") at the hearing schedule on July 2, 2019.

15  DATED:  June 19, 2019                    Respectfully submitted,

16

17                                          **Sulmeyer**Kupetz
                                            A Professional Corporation
18

19

20                                          By:    _s/Mark S. Horoupian_
                                                Alan G. Tippie
21                                              Mark S. Horoupian
                                                Attorneys for Dean G. Rallis Jr., Agent
22

23

24

25

26

27

28

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

333 South Grand Avenue, Suite 3400, Los Angeles, California 90071

A true and correct copy of the foregoing document entitled (*specify*):  **AGENT'S REPORT REGARDING STATUS OF OVERBIDS RE: PROPOSED SALE OF LEASEHOLD INTEREST AND RELATED RIGHTS (1629 Griffith Park Boulevard and 164-1606 N. Edgecliff Drive)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* June 19, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

William C Beall on behalf of Interested Party Griffith Sunset Partners, LP
will@beallandburkhardt.com, carissa@beallandburkhardt.com

David I Brownstein on behalf of Creditor Bobs, LLC
david@brownsteinfirm.com

David I Brownstein on behalf of Interested Party Courtesy NEF
david@brownsteinfirm.com

Leonardo Drubach on behalf of Creditor ANEA ENTERPRISES, LLC
leo@9000LAW.COM

Merak E Eskigian on behalf of Interested Party Courtesy NEF
meskigian@gmlawplc.net, mgoshgarian@gmlawplc.net,mnewman@gmlawplc.net,zanderson@gmlawplc.net

Merak E Eskigian on behalf of Interested Party Pierre Cassanova
meskigian@gmlawplc.net, mgoshgarian@gmlawplc.net,mnewman@gmlawplc.net,zanderson@gmlawplc.net

Dane W Exnowski on behalf of Interested Party Courtesy NEF
dane.exnowski@mccalla.com, bk.ca@mccalla.com

Michael G Fletcher on behalf of Interested Party Courtesy NEF
mfletcher@frandzel.com, sking@frandzel.com

Sandford L. Frey on behalf of Interested Party Pierre Cassanova
sfrey@leechtishman.com, lmoya@leechtishman.com;dmulvaney@leechtishman.com

Amir Gamliel on behalf of Creditor Odyssesus Investment Group, LLC
amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com

Scott F Gautier on behalf of Special Counsel Robins Kaplan
sgautier@robinskaplan.com

Robert P Goe on behalf of Interested Party The Presbytery of the Pacific
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Mark S Horoupian on behalf of Attorney Dean G. Rallis, Jr.
mhoroupian@sulmeyerlaw.com, dwalker@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com

---

KM\ 2645396.1 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com, dwalker@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com

Mark S Horoupian on behalf of Other Professional Rallis Jr., Agent Dean G.
mhoroupian@sulmeyerlaw.com, dwalker@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com

Merdaud Jafarnia on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov, ron.maroko@usdoj.gov;Alvin.mar@usdoj.gov

Harris M Madnick on behalf of Interested Party Harris Mark Madnick
hmmadnick@kramarmadnick.com

Robert Mockler on behalf of Creditor Roman Catholic Archbishop of Los Angeles, a Corporation Sole
rmockler@mckoolsmithhennigan.com, robert-mockler-
0364@ecf.pacerpro.com,awallace@mckoolsmithhennigan.com,lmorrin@mckoolsmithhennigan.com,khom@mckoolsmith
hennigan.com,sbyrd@mckoolsmithhennigan.com

Robert Mockler on behalf of Creditor The Bird's Nest
rmockler@mckoolsmithhennigan.com, robert-mockler-
0364@ecf.pacerpro.com,awallace@mckoolsmithhennigan.com,lmorrin@mckoolsmithhennigan.com,khom@mckoolsmith
hennigan.com,sbyrd@mckoolsmithhennigan.com

Robert Mockler on behalf of Creditor The California Institute of The Sisters of The Most Holy and Immaculate Heart of the
Blessed Virgin Mary
rmockler@mckoolsmithhennigan.com, robert-mockler-
0364@ecf.pacerpro.com,awallace@mckoolsmithhennigan.com,lmorrin@mckoolsmithhennigan.com,khom@mckoolsmith
hennigan.com,sbyrd@mckoolsmithhennigan.com

Randall P Mroczynski on behalf of Creditor TD Auto Finance LLC
randym@cookseylaw.com

David L. Neale on behalf of Creditor Committee Official Committee Of Unsecured Creditors
dln@lnbyb.com

David L. Neale on behalf of Interested Party Levene, Neale, Bender, Yoo & Brill L.L.P.
dln@lnbyb.com

Matthew D Pham on behalf of Interested Party Courtesy NEF
mpham@afrct.com, msinclair@afrct.com;afrctecf@afrct.com

Hamid R Rafatjoo on behalf of Creditor DeeAnna Staats
hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com

Kelly M Raftery on behalf of Creditor US Bank NA, successor trustee to Bank of America NA (successor to LaSalle Bank
NA), as Trustee, on behalf of the holders of the Thornburg Mortgage Securities Trust 2006-1 Mortgage Loan Pass-
Through Ce
bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

Kelly M Raftery on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

Dean G Rallis, Jr on behalf of Interested Party Courtesy NEF
drallis@afrct.com, msinclair@afrct.com;AFRCTECF@afrct.com;mpham@afrct.com;drallis@ecf.courtdrive.com

---

KM\ 2645396.1 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Ashish R Rawat on behalf of Creditor Shellpoint Mortgage Servicing
ashish.rawat@americaninfosource.com

Lindsey L Smith on behalf of Creditor Committee Levene, Neale, Bender Yoo & Brill LLP
lls@lnbyb.com, lls@ecf.inforuptcy.com

Lindsey L Smith on behalf of Creditor Committee Official Committee Of Unsecured Creditors
lls@lnbyb.com, lls@ecf.inforuptcy.com

Lindsey L Smith on behalf of Interested Party Levene, Neale, Bender, Yoo & Brill L.L.P.
lls@lnbyb.com, lls@ecf.inforuptcy.com

Howard Steinberg on behalf of Creditor Roman Catholic Archbishop of Los Angeles, a Corporation Sole
steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com

Howard Steinberg on behalf of Creditor The Bird's Nest
steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com

Howard Steinberg on behalf of Creditor The California Institute of The Sisters of The Most Holy and Immaculate Heart of
the Blessed Virgin Mary
steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com

Howard Steinberg on behalf of Defendant The Bird Nest, LLC
steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com

Howard Steinberg on behalf of Plaintiff Roman Catholic Archbishop of Los Angeles
steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com

Howard Steinberg on behalf of Plaintiff The Bird Nest, LLC
steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com

Howard Steinberg on behalf of Plaintiff The California Institute of the Sisters of the Most Holy and Immaculate Heart of the
Blessed Virgin Mary
steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com

David A Tilem on behalf of Debtor Dana Hollister
davidtilem@tilemlaw.com,
DavidTilem@ecf.inforuptcy.com;malissamurguia@tilemlaw.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy
.com;MalissaMurguia@ecf.inforuptcy.com;DianaChau@tilemlaw.com

David A Tilem on behalf of Defendant Dana Hollister
davidtilem@tilemlaw.com,
DavidTilem@ecf.inforuptcy.com;malissamurguia@tilemlaw.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy
.com;MalissaMurguia@ecf.inforuptcy.com;DianaChau@tilemlaw.com

David A Tilem on behalf of Plaintiff Dana Hollister
davidtilem@tilemlaw.com,
DavidTilem@ecf.inforuptcy.com;malissamurguia@tilemlaw.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy
.com;MalissaMurguia@ecf.inforuptcy.com;DianaChau@tilemlaw.com

Alan G Tippie on behalf of Attorney Dean G. Rallis, Jr.
atippie@sulmeyerlaw.com, atippie@ecf.courtdrive.com;dperez@ecf.courtdrive.com;dperez@sulmeyerlaw.com

KM\ 2645396.1 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Alan G Tippie on behalf of Interested Party Courtesy NEF
atippie@sulmeyerlaw.com, atippie@ecf.courtdrive.com;dperez@ecf.courtdrive.com;dperez@sulmeyerlaw.com

Alan G Tippie on behalf of Other Professional Rallis Jr., Agent Dean G.
atippie@sulmeyerlaw.com, atippie@ecf.courtdrive.com;dperez@ecf.courtdrive.com;dperez@sulmeyerlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Reed S Waddell on behalf of Interested Party Courtesy NEF
rwaddell@frandzel.com, sking@frandzel.com

Gerrick Warrington on behalf of Creditor Bobs, LLC
gwarrington@frandzel.com, sking@frandzel.com

Gerrick Warrington on behalf of Interested Party Courtesy NEF
gwarrington@frandzel.com, sking@frandzel.com

Steven Werth on behalf of Attorney Dean G. Rallis, Jr.
swerth@sulmeyerlaw.com,
asokolowski@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Interested Party Courtesy NEF
swerth@sulmeyerlaw.com,
asokolowski@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Other Professional Rallis Jr., Agent Dean G.
swerth@sulmeyerlaw.com,
asokolowski@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

KM\ 2645396.1 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                     **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* June 19, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Neil W. Bason
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin outside of Suite 1552
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 19, 2019 | Denise Walker | /s/Denise Walker |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

KM\ 2645396.1 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**