David A. Tilem (SBN 103825)
LAW OFFICES OF DAVID A. TILEM
206 North Jackson Street, Suite 201
Glendale, California 91206
Tel: 888-257-7648 * 818-507-6000
     Fax: 818-507-6800
DavidTilem@TilemLaw.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>**DANA HOLLISTER,**<br><br>　　　　Debtor. | **Case No. 2:18-12429-NB**<br><br>Chapter 11<br><br>**CASE STATUS REPORT**<br><br><u>Current Hearing Information</u><br>Date:　　April 7, 2020<br>Time:　　2:00 p.m.<br>Place:　　1545 |

**TO THE HONORABLE NEIL BASON, UNITED STATES BANKRUPTCY JUDGE:**

　　The Court has set a status conference for the date and time set forth above.  Debtor submits the following status report.

　　1.　<u>Generally</u>

　　The pandemic and resulting Executive Orders issued at all levels of government have resulted in a total cessation of business at the Paramour (and also at the Cliffs restaurant).  A few events have been cancelled, but most have merely been postponed.  The Debtor has also received more calls than normal about events (particularly weddings) to be scheduled once the emergency is over.

　　The estate currently has about $87,000 in cash on hand (and expected in the next few days).  Debtor believes that this is

enough to sustain skeletal operations for a period of at least 90 days.

Debtor is preparing grant and loan applications for financial assistance under existing programs as well as the recently passed federal emergency relief act.  If efforts seeking loans are successful, Debtor will submit emergency or short notice applications pursuant to §364.

2. <u>Relief from Stay - Bobs, LLC</u>

Settlement discussions are stalled but ongoing.  There have been two issues, and the current emergency has now added a third.  There are no mediation sessions currently scheduled with Judge Bluebond.

    a. Debtor and Bobs have yet to reach final agreement on the treatment of what, under the proposed settlement, would be a $500,000 general unsecured claim.

    b. Debtor needs to satisfy certain demands of the Creditors Committee to gain its consent to the settlement and to a proposed plan based thereon.  This is further explained below in the section on Plan preparation, but it concerns Debtor's most recent motion for leave to enter into plan treatment negotiations with unsecured creditors.

    c. The new concern is that one feature of the proposed settlement was the commencement of negative amortization payments to Bobs on April 1.  With operations at a standstill, Debtor is unable to agree to that date.  Debtor has reached out to Bobs to discuss a delay.

/ / /

/ / /

3. <u>The Cliffs Entities</u>

Since the last status report, Mr. Rallis has identified a potential buyer for the Cliffs assets.  The parties were documenting the proposed transaction when the Pandemic began.

Debtor is informed and believes that the buyer remains interested in proceeding, but has requested a recess to evaluate its situation.  Debtor is making periodic inquiries through the broker to update this information.

The mortgage lender for Cliffs has proposed, and is now reviewing, a 90 day deferral of payments.

4. <u>Church/Bird Settlement Negotiations</u>

With the sale of the Cliffs assets on hold, Debtor is concerned that she may not be able to pay the payment of $2 million due under the term sheet settlement agreement with Church/Bird.  In light of the current emergent circumstances, Debtor has reached out to Church/Bird seeking an extension of the July payment due date.

5. <u>Plan and Disclosure Statement</u>

In an Order entered March 11, 2020 (Dkt. #1026), the Court granted Debtor's motion for leave to negotiate with unsecured creditors regarding plan treatment.  Debtor has just completed a "form" agreement.  The "form" has been reviewed by counsel for the Creditors Committee, by Dean Rallis and by counsel for Mr. Rallis.  Any objections have been resolved and Debtor believes the language is at least acceptable to all.

Following completion of the form agreement, Debtor initiated communications with a number of her creditors.  Debtor anticipates receiving at least a few favorable responses before the end of the week.  If those efforts prove to be as successful as Debtor

expects, the Creditors Committee should quickly be in a position to support the Bobs settlement.

Debtor will not be in any position to prepare or submit an amended Plan and Disclosure Statement until after the emergency has abated, the economy stabilizes and Debtor's ability to generate income is restored.

CONCLUSION

Debtor is not sitting idle. Despite the fact that her business has been ordered to close by the various executive orders, she is actively working to maintain her situation and complete negotiations with those creditors identified above.

Debtor requests that all deadlines in this case be reset 75 days hence and that a further status conference be scheduled for a date in mid-June, 2020.

Dated: March 31, 2020

LAW OFFICES OF DAVID A. TILEM

By: _____
David A. Tilem, Attorneys
for Debtor and Debtor-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**206 N. Jackson Street, Suite 201, Glendale, CA 91206**

A true and correct copy of the foregoing document entitled (*specify*): **CASE STATUS REPORT**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **03/31/20**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On  **03/31/20** , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **03/31/2020** | **Joan J. Fidelson** | **/s/ Joan J. Fidelson** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**ECF Service List:**

- **William C Beall**   will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **David I Brownstein**   david@brownsteinfirm.com
- **Leonardo Drubach**   leo@9000LAW.COM
- **Merak E Eskigian**   meskigian@gmlawplc.net, mgoshgarian@gmlawplc.net,mnewman@gmlawplc.net,zanderson@gmlawplc.net
- **Oscar Estrada**   oestrada@ttc.lacounty.gov
- **Dane W Exnowski**   dane.exnowski@mccalla.com, bk.ca@mccalla.com
- **Michael G Fletcher**   mfletcher@frandzel.com, sking@frandzel.com
- **Sandford L. Frey**   sfrey@leechtishman.com, lmoya@leechtishman.com;dmulvaney@leechtishman.com
- **Amir Gamliel**   amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Mark S Horoupian**   mhoroupian@sulmeyerlaw.com, dwalker@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com
- **Merdaud Jafarnia**   bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- **Dare Law**   dare.law@usdoj.gov, ron.maroko@usdoj.gov;Alvin.mar@usdoj.gov
- **Harris M Madnick**   hmmadnick@kramarmadnick.com
- **Robert William Mockler**   robert.mockler@diamondmccarthy.com
- **Randall P Mroczynski**   randym@cookseylaw.com
- **David L. Neale**   dln@lnbyb.com
- **Matthew D Pham**   mpham@afrct.com, msinclair@afrct.com;afrctecf@afrct.com
- **Hamid R Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- **Kelly M Raftery**   bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- **Dean G Rallis**   drallis@afrct.com, msinclair@afrct.com;AFRCTECF@afrct.com;mpham@afrct.com;drallis@ecf.courtdrive.com
- **Ashish R Rawat**   ashish.rawat@americaninfosource.com
- **Lindsey L Smith**   lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Steven C Smith**   ssmith@smith-lc.com, kcanaan@smith-lc.com
- **Howard Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- **David A Tilem**   davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau@tilemlaw.com
- **Alan G Tippie**   atippie@sulmeyerlaw.com, atippie@ecf.courtdrive.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Reed S Waddell**   rwaddell@frandzel.com, sking@frandzel.com
- **Gerrick Warrington**   gwarrington@frandzel.com, sking@frandzel.com
- **Steven Werth**   swerth@sulmeyerlaw.com, cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**Core Service List**

Specialized Loan Servicing, LLC
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129


DeeAnna Staats
15301 Ventura Blvd., Suite B470
Sherman Oaks, CA 91403


Capital One Bank (USA), N.A. by American InfoSource LP as Agent
PO Box 71083
Charlotte, NC 28272-1083


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Spring 7 Loft, LLC a/k/a BOBS, LLC
600 S. Spring St., Unit Office
Los Angeles, CA 90014


TD Auto Finance
Randall P. Mroczynski
Cooksey, Tollen, Gage Duffy & Woog
535 Anton Blvld, 10th Floor
Costa Mesa, CA 92626


Los Angeles County Treasurer & Tax Collector
PO Box 54110
Los Angeles, CA 90054


Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952


Advance Merchant Finance 1, LLC
c/o Brian Born
950 Pacific Avenue, #1050
Tacoma, WA 98402