| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| David I. Brownstein (State Bar No. 195393)<br>Law Office of David I. Brownstein<br>2424 SE Bristol Street, Suite 300<br>Newport Beach, California 92660<br>Phone (949) 486-4404  Fax (949) 861-6045<br>david@brownsteinfirm.com<br><br>☑ *Attorney for* Various parties in cases identified in Exhibit A hereto | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re   All cases identified in Exhibit A hereto | |
|---|---|
| Debtor(s), | CHAPTER<br><br>CASE NUMBER |
| Plaintiff(s),<br><br>vs.<br><br><br><br>Debtor(s). | ☐ ADVERSARY NUMBER (if applicable)<br>☑ See attached list for multiple cases that require an update to the attorneys information |

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, ___David I. Brownstein___ , ___195393___ , ___david@brownsteinfirm.com___
        *Name*               *Bar ID Number*          *E-Mail Address*

❏ am **counsel of record** or
❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

_____

☑ am **counsel of record** or
❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to_____
New Firm/Government Agency Name_____
New Address__2424 SE Bristol Street, Suite 300, Newport Beach, California 92660_____
New Telephone Number_(949) 486-4404_____New Facsimile Number _____
New E-Mail Address_____

---

(September 2009)     Notice of Change of Address or Law Firm

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
    ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
    ❏ I am, or
    ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
    ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
    ❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
    ❏ I am, or
    ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

\*\***This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: 4/23/20    _____
                                                      Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

# EXHIBIT "A"

# EXHIBIT "A"

EXHIBIT "A"
Attorney: David I. Brownstein

| Case No. | Case Title | Chapter/ Lead BK case |
|---|---|---|
| 1:09-bk-20447-MT | Law Offices of Masry & Vititoe | 11 |
| 1:12-bk-11243-MB | Peter Brown Kleidman | 11 |
| 1:15-bk-13561-VK | Akop Terpogosyan and Lilit Chaghayan | 7 |
| 1:15-bk-13562-VK | Jaqu De Lili, Inc., a California Corporation | 7 |
| 1:18-bk-11786-MB | Valley C, LLC | 11 |
| 1:18-bk-11844-MB | Joe Wallace | 7 |
| 1:19-ap-01136-MB | Vicino Limited Partnership v. Wallace | Lead BK: 1:18-bk-11844-MB Joe Wallace |
| 1:19-ap-01137-MB | Haba v. Vicino Limited Partnership et al | Lead BK: 1:18-bk-11844-MB Joe Wallace |
| 1:19-ap-01152-MB | Francis Capital & Gavilan Capital Multifamily Oppo v. Strategic Emerging Economics, Inc. et al | Lead BK: 1:19-bk-10202-MB Besorat Investments, Inc. |
| 1:19-bk-10202-MB | Besorat Investments, Inc. | 7 |
| 1:19-bk-11843-VK | 14554 Friar, LLC | 11 |
| 2:11-bk-43502-RK | Henry Isaac Bushkin | 7 |
| 2:16-bk-22437-SK | Christine Elizabeth Holifield | 11 |
| 2:16-bk-25740-ER | QUIGG LA11, LLC and JONATHAN JACKSON, INC., a California Corporation | 7 |
| 2:16-bk-26583-RK | Dalton Evonne Grant | 11 |
| 2:19-bk-23664-NB | Liat Talasazan | 11 |
| 8:20-bk-11008-SC | Carol Ann Rolling | 7 |
| 9:20-bk-10096-DS | Carolina Guzman Meza | 7 |