## Multiple Objections to Claim

Dana Hollister                                                          2:18-bk-12429-NB

Hrg RE:         Motion for Order to Disallow Claims

Hearing Date:   June 16, 2020
Hearing Time:   2:00 p.m.
Judge:          Hon. Neil Bason

# Calendar Listing For Multiple Objections to Claims

| Claim Number | Claimant Name | Claim Amount | Basis of Objection | *(If applicable)* Portion of Claim Subject to Objection |
|---|---|---|---|---|
| **UNSECURED** | | | | |
| 4 | Advance Merchant Finance 1, LLC | $176,161 | claim paid pursuant to an Order of the Court | |
| | Borg, Susan and Schlisserman, Stuart | $9,000 | claim paid for goods or services | |
| 7 | Capital One Bank (USA) N.A. | $660 | claim paid | |
| | Dabarera, Coral and Edelson, Eli | $14,000 | claim paid for goods or services | |
| | Dartplace Ltd/Watson | $833,000 | claim paid pursuant to an Order of the Court | |
| 15 & 17 | Downs, Claire and Gallagher, Brenden | $5,694 | claim paid pursuant to an Order of the Court | |
| | Gharst, Danielle and Cahill, Chris | $17,500 | claim paid for goods or services | |
| | Hwang, Regina and Chow, Eric | $6,000 | claim paid for goods or services | |
| | Kahn, Andrew/GEMS | $1,500 | claim paid pursuant to an Order of the Court | |
| | Kim, Jeanne and Ahn, Keith | $11,000 | claim paid for goods or services | |

|    | Name | Amount | Description |
|----|------|--------|-------------|
|    | Linvill, Darla and Livingston, Everett | $11,000 | claim paid for goods or services |
|    | Longman, Samantha and Hok, Matthew | $15,000 | claim paid for goods or services |
|    | Margolis, Lorie and Rejwan, Adam | $5,400 | claim paid for goods or services |
|    | Martin, Jill and Fey, Kevin | $11,000 | claim paid for goods or services |
|    | Miller, Kassia and O'Brien, Patrick | $9,000 | claim paid for goods or services |
|    | Mitie Tucker, LLC | $5,200 | claim paid pursuant to an Order of the Court |
|    | Ngai, Victor and Wang, Yao Hua | $11,000 | claim paid for goods or services |
| 10 | Pacific Bell Telephone Company | $921.41 | claim paid |
|    | Sanford, Jill | $10,500 | claim paid for goods or services |
|    | Stovall, Jamie and Ohanessian, Michael | $7,800 | claim paid for goods or services |

| | | | |
|---|---|---|---|
| | Tudron, Erin and Roller, Brad | $12,000 | claim paid for goods or services |
| | Unkle Productions | $1,500 | claim paid pursuant to an Order of the Court |
| | Westcoast Gate and Entry Systems | $4,940 | claim paid in ordinary course of business |
| | Wilk, Mandel, Courtney and Daniel | $15,500 | claim paid for goods or services |