DAVID L. NEALE (SBN 141225)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DLN@LNBYG.COM, LLS@LNBYG.COM

Counsel for Official Committee
of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>DANA HOLLISTER,<br><br>    Debtor and Debtor in Possession. | Case No. 2:18-bk-12429-NB<br><br>Chapter 11<br><br>**STATUS REPORT CONCERNING IMPLEMENTATION OF PLAN OF REORGANIZATION FILED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br><u>Hearing</u><br>Date:     October 17, 2023<br>Time:     2:00 p.m.<br>Location:  255 E. Temple St.<br>                 Courtroom 1545 |

TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA:

At a status conference held by the Court on September 19, 2023, the Court ordered the "Plan Proponents" (comprised of Paramour Holdings, LLC ("Paramour") and the Official Committee of Unsecured Creditors (the "Committee")) to file an updated status report concerning implementation of the Plan Proponents' *Joint Chapter 11 Plan (Dated April 28, 2022)* (the "Plan") [Doc. No. 1675] by October 10, 2023 and scheduled a further status conference on October 17, 2023 at 2:00 p.m. As stated on the record at the status conference

1

on September 19, 2023, although the Committee was a proponent of the Plan, the financing required to implement the Plan was entirely to be provided by Paramour. As of September 19, 2023, Paramour had not funded the remaining cash required under the Plan.

The Committee expected Paramour to file a status report on October 10, 2023 as ordered by the Court. However, as of the time of the filing of this Status Report, the Committee was unaware of any status report having been filed by Paramour. In deference to and compliance with the Court's requirement regarding the filing of a status report by October 10, 2023, the Committee is filing this Status Report as a Plan Proponent. The Committee has no independent knowledge of the status of the additional funding to be provided by Paramour, and is therefore unable to provide a substantive update with respect to implementation of the Plan. It is the Committee's hope and expectation that Paramour will provide the requested update prior to the status conference scheduled for October 17, 2023.[1]

Dated: October 11, 2023          LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By:   */s/ David L. Neale*
       DAVID L. NEALE
       Counsel for the Committee

---

[1] The Committee is to be disbanded upon the effective date of the Plan. Given that the only remaining performance due under the Plan is the funding of the unpaid portion of the financing to be provided by Paramour, the Committee has largely been inactive in recent months, and counsel for the Committee has done its best to minimize the additional fees and expenses it is incurring on the Committee's behalf.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document **Status Report Concerning Implementation Of Plan Of Reorganization Filed By The Official Committee Of Unsecured Creditors** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 11, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Peter J Barrett**    peter.barrett@kutakrock.com, charisse.matthews@kutakrock.com;steven.dailey@kutakrock.com;cheri.marten@kutakrock.com;wendy.bonsall@kutakrock.com;jeremy.williams@kutakrock.com
- **William C Beall**    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **David I Brownstein**    david@brownsteinfirm.com
- **Mason S Byrd**    sbyrd@mckoolsmithhennigan.com, LMorrin@mckoolsmithhennigan.com;storm-byrd-1750@ecf.pacerpro.com
- **Howard Camhi**    hcamhi@mrllp.com, bankruptcy@mrllp.com;camhihr98234@notify.bestcase.com;wgenovese@mrllp.com;jkissinger@mrllp.com
- **Leonardo Drubach**    leo@9000LAW.COM
- **John D Ellis**    john.ellis3@usdoj.gov, USACAC.criminal@usdoj.gov;CaseView.ECF@usdoj.gov
- **Merak E Eskigian**    meskigian@gmlawplc.net, mgoshgarian@gmlawplc.net,mnewman@gmlawplc.net,zanderson@gmlawplc.net
- **Oscar Estrada**    oestrada@ttc.lacounty.gov
- **Dane W Exnowski**    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Michael G Fletcher**    mfletcher@frandzel.com, sking@frandzel.com
- **Sandford L. Frey**    sfrey@leechtishman.com, lmoya@leechtishman.com;dmulvaney@leechtishman.com;rsokol@leechtishman.com;kgutierrez@leechtishman.com;NArango@LeechTishman.com
- **Amir Gamliel**    amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Connor Tyler Gants**    connor.gants@bfkn.com
- **Michael A Geibelson**    mgeibelson@robinskaplan.com, lbryant-wilson@robinskaplan.com
- **M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Mark S Horoupian**    mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com
- **Merdaud Jafarnia**    bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- **Lance N Jurich**    ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com
- **Kelly M Kaufmann**    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- **Dare Law**    dare.law@usdoj.gov, ron.maroko@usdoj.gov
- **Harris M Madnick**    hmmadnick@kramarmadnick.com
- **James P Menton**    jmenton@robinskaplan.com, dvaughn@robinskaplan.com

- **Krikor J Meshefejian**   kjm@lnbyg.com
- **Robert William Mockler**   robert.mockler@diamondmccarthy.com
- **Roksana D. Moradi-Brovia**   Roksana@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Randall P Mroczynski**   randym@cookseylaw.com
- **Austin P Nagel**   Kim.Bellanger-Smith@BonialPC.com, Notices.Bonial@ecf.courtdrive.com
- **David L. Neale**   dln@lnbyg.com
- **Matthew D Pham**   mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Hamid R Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Dean G Rallis**   drallis@hahnlawyers.com, jevans@hahnlawyers.com;drallis@ecf.courtdrive.com;jevans@ecf.courtdrive.com
- **Ashish R Rawat**   ashish.rawat@americaninfosource.com
- **Matthew D. Resnik**   Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Nathan Q Rugg**   nathan.rugg@bfkn.com, james.tucker@bfkn.com
- **James R Selth**   jselth@wztslaw.com, jselth@yahoo.com;maraki@wztslaw.com;sfritz@wztslaw.com
- **Janet A Shapiro**   jshapiro@shapirolawfirm.com, shapirofirm@aol.com
- **Lindsey L Smith**   lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Steven C Smith**   ssmith@smith-lc.com, kcanaan@smith-lc.com
- **Randy S Snyder**   rsnyder@rsslegal.com
- **Howard Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Mukta Suri**   Mukta.Suri@BonialPC.com
- **David A Tilem**   davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;TilemDR69450@notify.bestcase.com
- **Alan G Tippie**   Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Reed S Waddell**   rwaddell@frandzel.com, sking@frandzel.com
- **Gerrick Warrington**   gwarrington@frandzel.com, achase@frandzel.com
- **Steven Werth**   steven.werth@gmlaw.com, swerth@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com,Karen.Files@gmlaw.com;patricia.dillamar@gmlaw.com
- **Rebecca L Wilson**   rwilson@ohaganmeyer.com, Kathy.powell@kutakrock.com;wendy.bonsall@kutakrock.com
- **Jennifer C Wong**   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**2.  SERVED BY UNITED STATES MAIL**: On **October 11, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

☐ *Service list served by U.S. Mail attached*

4

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 11, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 11, 2023 | J. Klassi | /s/ J. Klassi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |